BART H. WILLIAMS (State Bar No. 134009)
bart.williams@mto.com
MANUEL F. CACHÁN (State Bar No. 216987)
manuel.cachan@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

DAVID H. FRY (State Bar No. 189276)
david.fry@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:    (415) 512-4077

Attorneys for Defendants, WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAHRIAR JABBARI, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>     vs.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>            Defendants. | Case No. 15-CV-02159 VC<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT**<br><br>Judge:   Hon. Vince Chhabria<br>Ctrm.:   4<br>Action Filed:   May 13, 2015 |

1   This Stipulation is made by and between Plaintiff Shahriar Jabbari and Defendants Wells
2   Fargo Bank, N.A. and Wells Fargo & Company, as follows:
3   WHEREAS, Defendants were served with the summons and complaint in this action on or
4   about May 19, 2015;
5   WHEREAS, Defendants have not yet answered or otherwise responded to the complaint;
6   WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1), Defendants had
7   twenty-one days from the date of service of the complaint to answer or otherwise respond to the
8   complaint (*i.e.*, by June 9, 2015);
9   WHEREAS, Plaintiff has agreed to extend the deadline for Defendants to answer or
10  otherwise respond from June 9, 2015 to July 9, 2015;
11  WHEREAS, counsel for Plaintiff and Counsel for Defendants have agreed that the
12  opposition to any motion filed by Defendants in response to the complaint will be filed not later
13  than September 18, 2015 and any reply in support of such a motion will be filed not later than
14  October 26, 2015.
15  NOW, THEREFORE, Plaintiff and Defendants, through their respective counsel of record,
16  hereby stipulate that:
17  (i)  Defendants shall have through and including July 9, 2015 to answer or otherwise
18  respond to the Complaint;
19  (ii)  Plaintiff shall have through and including September 18, 2015 to file his brief in
20  opposition to any motion Defendants may file in response to the Complaint; and
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

- 1 -   STIPULATION EXTENDING TIME
TO RESPOND TO THE COMPLAINT
CASE NO. 15-CV-02159

(iii) Defendants shall have through and including October 26, 2015 to file any reply brief in support of any motion filed in response to the Complaint.

DATED: June 12, 2015              MUNGER, TOLLES & OLSON LLP

                                  By:  */s/ David H. Fry*
                                       David H. Fry

                                  Attorneys for Defendants,
                                  Wells Fargo Bank, N.A. and Wells Fargo & Company

DATED: June 12, 2015              KELLER RORHBACK, L.L.P.

                                  By:  */s/ Matthew J. Preusch*
                                       Matthew J. Preusch

                                  Attorneys for Plaintiff,
                                  Shahriar Jabbari