UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRIAR JABBARI,<br><br>   Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>   Defendants. | Case No. 15-cv-02159-VC<br><br>**ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>Re: Dkt. No. 14 |

The June 12, 2015 stipulation submitted by the parties is rejected. Although there's nothing wrong with the proposed 30-day extension of the deadline to respond to the complaint, the parties have provided no reason for more than four months to pass between the date the defendants file any motion in response to the complaint and the date the motion is heard. Absent some compelling reason for such a delay, the parties should submit a new briefing schedule which culminates in a hearing on the defendants' responsive motion no later than September 10, 2015.

**IT IS SO ORDERED.**

Dated: June 15, 2015

_____
VINCE CHHABRIA
United States District Judge