# EXHIBIT 1



## Consumer Account Agreement

# Important Legal Information, Disclosures, And Terms You Need To Know

Effective September 24, 2010



Together we'll go far

## Important Notice

THIS CONSUMER ACCOUNT AGREEMENT INCLUDES INFORMATION ABOUT INVESTMENTS IN WELLS FARGO ADVANTAGE MONEY MARKET FUNDS THROUGH SWEEP ACCOUNTS.

*WELLS FARGO ADVANTAGE FUNDS®:*

| NOT FDIC INSURED • NO BANK GUARANTEE • MAY LOSE VALUE |
| --- |

*An investment in a money market fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. Although the Wells Fargo Advantage Money Market Funds seek to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in a money market fund.*

*Carefully consider a funds investment objectives, risks, charges and expenses before investing. For a current prospectus, containing this and other information, call 1-800-222-8222 or visit www.wellsfargo.com/advantagefunds. Please read carefully before investing.*

Wells Fargo Funds Management, LLC, a wholly-owned subsidiary of Wells Fargo & Company, provides investment advisory and administrative services for the Wells Fargo Advantage Funds. Other affiliates of Wells Fargo & Company provide sub-advisory and other services for the Funds. The Funds are distributed by **Wells Fargo Funds Distributor, LLC**, Member FINRA/SIPC, an affiliate of Wells Fargo & Company.

INTRODUCTION

DISPUTE RESOLUTIONS

STATEMENTS & ERROR NOTIFICATIONS

CHECKING & SAVINGS ACCOUNTS

ELECTRONIC BANKING SERVICES

INDEX

i

# Table Of Contents

**Introduction**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
  Words With Special Meaning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
**Dispute Resolution Program: Arbitration Agreement** . . . . . . . . . . . . . . . . . . . . **4**
**Statements And Error Notifications**
  Statements And Other Account Related Information . . . . . . . . . . . . . . . . . . . . . . . . 8
  Fraud Prevention . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
  Claims Of *Unauthorized Transactions;* The Bank's Rights And Liability. . . . . . . . . . . . . 14
**Checking And Savings Accounts**
  Check 21 Mandated Consumer Disclosure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
  Deposits To Your Account . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
  Funds Availability Policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
  Withdrawals From Your Account. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
  Stop Payment Orders; Notices Of Post-Dating. . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
  *Overdrafts;* Security Interest; The Bank's Right To Setoff. . . . . . . . . . . . . . . . . . . . . . 30
  Bank Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
  Checking Subaccounts. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
  Form Of Account Ownership . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
  Miscellaneous . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38
  Interest-Earning Accounts. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42
  Time Accounts (CDs). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45
  Sweep Accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47
  Check Safekeeping And Image Statements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
**Electronic Banking Services**
  ATM Cards And Debit Cards . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50
  ATM Linkages And Designation Of Accounts. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52
  ATM Transactions And Point-Of-Sale (POS) Purchases . . . . . . . . . . . . . . . . . . . . . . 53
  Funds Transfers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59
  Other Electronic Fund Transfer Services. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61
  Liability For Unauthorized Electronic Fund Transfers . . . . . . . . . . . . . . . . . . . . . . . 64
  Wells Fargo Phone Bank℠ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67
  Terms Of Use To Wells Fargo Mobile℠ Text Banking Service. . . . . . . . . . . . . . . . . . . 68
  Index. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72

## Introduction

### Welcome To Your New Account

Congratulations on opening your new Account. We know you have many choices when selecting a financial institution, and we are glad you chose Wells Fargo.

We understand that you may sometimes have questions about your Account and related services. This document and other documents provided are collectively referred to as the "*Agreement*" and includes the following disclosures related to our consumer deposit accounts and related services that we have separately provided to you:

- The *Consumer Account Agreement*
- The *Consumer Account Fee and Information Schedule,* which explains the schedule of our fees and other Account Related Information
- The Privacy Policy
- Rate sheets for interest-earning accounts
- Any additional disclosures regarding your Account that we may provide to you from time to time

We value our relationship with you. This booklet contains important information you need to know about your banking relationship with Wells Fargo. You are responsible for ensuring that all *Authorized Signers* are familiar with this *Agreement*. Unless you have submitted a request to us in writing otherwise, we may communicate information about your Account to an *Authorized Signer* and may treat communications regarding your Account that are received from an *Authorized Signer* as communications from you. You agree to notify the Bank immediately in writing if any *Authorized Signer's* authority has been terminated.

This *Agreement* governs your Account and related Services, and replaces all prior agreements with the Bank regarding them. By signing the Bank's signature card for your Account or using your Account or Service, you will be considered to have received and agreed to this *Agreement*.

You should retain a copy of this *Agreement* (and any information that the Bank provides you regarding changes to this *Agreement*) for as long as you maintain your Account with us.

### Terminology

- You, the account owner, may also be referred to as "you," "your," or "yours"
- Wells Fargo may also be referred to as "the Bank," "we," "us," or "our"
- The companion booklet, the *Consumer Account Fee and Information Schedule,* may also be referred to as "*Schedule*"
- Certain words used in this booklet are defined in the *Schedule's* glossary

1

## Words With Special Meaning

In this *Agreement,* certain words have a special meaning and are therefore defined. You will find certain terms and their definitions will be found in this section and elsewhere in this *Agreement.*

### Affiliate

An *Affiliate* is an entity, other than the Bank, that is, directly or indirectly, a wholly or substantially owned subsidiary of Wells Fargo & Company.

### Authorized Signer

An *Authorized Signer* is a person whom you have authorized to transact business on your Account, whether or not such person has signed the signature card or other documentation for your Account. The Bank may continue to recognize your authorization or the Bank's record of it until the Bank has received and had a reasonable time to act upon your written modification or revocation of it.

### Available Balance

Your *Available Balance* is the most current record we have about the funds that are available for withdrawal from your Account. For more information, please see the Section entitled "Determining your Account's *Available Balance.*"

### Business Days

Every day is a *Business Day* except Saturdays, Sundays, and federal holidays.

### Card

Unless the specific context indicates otherwise, "Card" includes every type of Debit Card (but does not include any prepaid debit card) and every type of ATM Card that the Bank may periodically issue to you. The Debit Card can also be referred to as the Check Card.

### Deposited Item

A *Deposited Item* is an *Item* that the Bank cashes or collects for you or accepts for deposit to your Account.

### Item

An *Item* includes a check, Substitute Check, purported Substitute Check, electronic item, draft, demand draft, remotely created item, remotely created consumer item, image replacement document, indemnified copy, preauthorized draft, or other order or instruction for the payment, transfer, or withdrawal of funds (including a withdrawal slip or bill payment instruction), *Deposited Item* returned unpaid, Automatic Transfer, and electronic transaction including Automated Clearing House (ACH), Automated Teller Machine (ATM), and Point-of-Sale (POS) or a photocopy of any of the foregoing. *Item* also includes any written document created or authorized in your name that would be a check or draft but for the fact that it has not been signed. An *Item* may also include a cash-in ticket or a deposit adjustment.

## Words With Special Meaning

### Overdraft

An *Overdraft* is any event that results in a negative balance in your Account.

### Paper Item

A *Paper Item* is an *Item* that originates in tangible form.

### Unauthorized Transaction

An *Unauthorized Transaction* is a transaction that was not authorized by you, including but not limited to an erroneous or unauthorized debit. It might include a missing signature, an unauthorized signature, or an alteration, or otherwise a transaction that was not authorized by you.

### Unauthorized EFT

An *Unauthorized EFT* is an electronic fund transfer (such as ATM and Debit Card transactions, transfers initiated by telephone, ACH debit or credit transactions) that has been made without your permission.







3

## Dispute Resolution Program: Arbitration Agreement

This section constitutes the Arbitration Agreement between you and the Bank.

### Non-Judicial Resolution Of Disputes

If you have a dispute with the Bank, and you are not able to resolve the dispute informally, you and the Bank agree that any dispute between or among you and the Bank, regardless of when it arose, shall be resolved by the following arbitration process. **You understand and agree that you and the Bank are each waiving the right to a jury trial or a trial before a judge in a public court.**

### Disputes

A dispute is any unresolved disagreement between or among you and the Bank (and its employees, officers, directors, attorneys, and other agents), arising out of or relating in any way to your Account and/or Services. It includes any dispute relating in any way to your Accounts and Services; to your use of any Bank location or facility; or to any means you may use to access the Bank, such as an Automated Teller Machine (ATM) or Online Banking. It includes claims based on broken promises or contracts, torts (injuries caused by negligent, or intentional conduct) or other wrongful actions. It also includes statutory, common law, and equitable claims. A dispute also includes any disagreement about the meaning of this Arbitration Agreement, and whether a disagreement is a "dispute" subject to binding arbitration as provided for in this Arbitration Agreement. **A dispute does not include a claim that may be filed in small claims court. If you have a dispute that is within the jurisdiction of the small claims court, you should file your claim there.**

## Dispute Resolution Program: Arbitration Agreement

### Binding Arbitration

Binding arbitration is a means of having an independent third party resolve a dispute without using the court system, judges, or juries. Either you or the Bank may require the submission of a dispute to binding arbitration at any reasonable time notwithstanding that a lawsuit or other proceeding has been commenced. If either you or the Bank fails to submit to binding arbitration following a lawful demand, the one who fails to submit bears all costs and expenses (including attorney's fees and expenses) incurred by the other compelling arbitration.

**Neither you nor the Bank shall be entitled to join or consolidate disputes by or against others in any arbitration, or to include in any arbitration any dispute as a representative or member of a class, or to act in any arbitration in the interest of the general public or in a private attorney general capacity.**

Each arbitration, including the selection of the arbitrator shall be administered by the American Arbitration Association (AAA), according to the Commercial Arbitration Rules and the Supplemental Procedures for Consumer Related Disputes (excluding the Optional Procedures for Large, Complex Commercial Disputes) and the Optional Rules For Emergency Measures of Protection of the AAA ("AAA Rules"). To the extent that there is any variance between the AAA Rules and this Arbitration Agreement, this Arbitration Agreement shall control. The Arbitrator must be a member of the state bar where the arbitration is held, with expertise in the substantive laws applicable to the subject matter of the dispute.

You and the Bank each agree that in this relationship:

- You and the Bank are participating in transactions involving interstate commerce
- Each arbitration is governed by the provisions of the Federal Arbitration Act (Title 9 of the United States Code) and, to the extent any provision of that Act is inapplicable, unenforceable or invalid, the laws governing the relationship between you and the Bank about which the dispute arose

To find out how to initiate an arbitration, please call any office of the AAA or visit the AAA website at www.adr.org.

## Dispute Resolution Program: Arbitration Agreement

### Rights Preserved

This Arbitration Agreement and the exercise of any of the rights you and the Bank have under this Arbitration Agreement do not stop you or the Bank from exercising any lawful rights to use other remedies available to preserve, foreclose, or obtain possession of real or personal property; exercise self-help remedies, including setoff and repossession rights; or obtain provisional or ancillary remedies such as injunctive relief, attachment, garnishment, or court appointment of a receiver by a court having jurisdiction.

### Miscellaneous

You and the Bank each agree to take all steps and execute all documents necessary for the implementation of arbitration proceedings. The arbitrator may hear and rule on appropriate dispositive motions as part of the arbitration proceeding, such as motions for judgments on the pleadings, summary judgment or partial summary judgment. The AAA, the arbitrators, you and the Bank, must, to the extent feasible, take any necessary action to ensure that an arbitration proceeding, as described in this Arbitration Agreement, is completed within 180 days of filing the dispute with the AAA. These parties must not disclose the existence, content or results of the arbitration, except for disclosures of information required in the ordinary course of business or permitted by the laws governing your Account. This provision shall be liberally construed in order to ensure the enforcement of this Arbitration Agreement. Arbitration proceedings are conducted in the state whose laws govern your Account or at a location determined by the AAA.

All statutes of limitations applicable to any dispute apply to any arbitration between you and the Bank. The provisions of this Arbitration Agreement shall survive termination, amendment, or expiration of your Account relationship or the governing *Agreement* or any other relationship between you and the Bank. This Arbitration Agreement constitutes the entire agreement between you and the Bank and supersedes all prior arrangements and other communications concerning dispute resolution. If more than one arbitration agreement entered into by you and the Bank is potentially applicable to a dispute, the one most directly related to the account or transaction that is the subject of the dispute shall control.

### Fees And Expenses Of Arbitration

Arbitration fees shall be determined by the rules or procedures of AAA, unless limited by the laws governing your Account. Please check with AAA to determine the fees applicable to any arbitration you may file. If the laws governing your Account limits the amount of fees and expenses (including attorney's fees and expenses) to be paid by you, then no allocation of fees and expenses to you shall exceed this limitation. Unless inconsistent with the laws governing your Account, each party shall bear the expense of their own attorneys', experts', and witness' fees, regardless of which party prevails in the arbitration.







This page intentionally left blank.







## Statements And Other Account Related Information

### Mailing Statements And Other Account Related Information To You

Except as expressly provided otherwise in this *Agreement,* the Bank will mail, send electronically, or otherwise make available to you statements for your Account, notices and other information regarding your Account or any Service (collectively "Account Related Information") to the postal or electronic address of the owner as reflected in the Bank's records for your Account. If there is more than one owner on your Account, the Bank may send Account Related Information to any one of them.

- If your account is in a combined statement, your statement is sent to the address associated with the first account (master account) in the combined statement
- Mailed Account Related Information will be deemed to have been delivered the second *Business Day* following the day Account Related Information was mailed
- Account Related Information held for pick up or made available electronically will be deemed to have been delivered when the Bank makes it available to you

If there are co-owners on the account, then the co-owner receiving the Account Related Information shall be responsible for providing copies of all Account Related Information to all co-owners of the Account, and for combined statements, to co-owners of any other accounts included in the combined statement. If the account owner has advised us to give the Account Related Information to an authorized signer, then the authorized signer is responsible for providing copies to all account owners.

### Your Obligation To Review Statements And Account Related Information And To Notify Bank Of Errors

Except as expressly provided otherwise in this *Agreement:*

- You agree to promptly and carefully examine Account Related Information and to promptly notify the Bank of and reimburse the Bank for any erroneous credit to your Account
- Within 30 days after the Bank mails or otherwise makes Account Related Information available to you, you must notify the Bank of any claim for credit or refund due to an *Unauthorized Transaction*
- Within six months after the Bank mails or otherwise makes the Account Related Information available to you, you will notify the Bank of any claim for credit or refund resulting from a forged, unauthorized, or missing endorsement

Such notification is to be made by:

- Calling the telephone number listed on the statement for your Account or in the other Account Related Information for such purpose
- Submitting a written report to the Bank as soon as possible, but in any event, within the time frames specified above

**If you fail to notify the Bank within the time frames specified above, the balance shown on the statement for your Account or other Account Related Information will be conclusively presumed to be correct and the Bank will be released from all liability for the *Items* charged to your Account and for all other transactions or matters covered by the statement or other Account Related Information.**

## Statements And Other Account Related Information

In addition, if you fail to notify the Bank of an *Unauthorized Transaction* on your Account within 30 days after the Bank mails, sends electronically, or otherwise makes available to you the statement or other Account Related Information containing information describing the *Unauthorized Transaction,* the Bank will not be liable to you for any *Unauthorized Transactions* committed by the same person on your Account that could have been prevented if you had complied with your obligations under this subsection. If you notify the Bank of any claim for credit or refund later than required by this subsection, the Bank will assert on your behalf any claim against a third party that the Bank determines in the Bank's sole discretion is permitted under the laws governing your Account.

### Combined Statements

The Bank will automatically provide to you a statement reflecting your account activity for each statement period. To reduce the number of statements you receive each month, the Bank may combine statements if you have more than one deposit account. If you do not want your account automatically combined by the Bank, you can opt-out by going into a bank location or calling the number on your statement.

### Returned, Unclaimed Account Related Information

Unless otherwise prohibited by the laws governing your Account, this subsection applies if two or more Account Related Information documents are returned or in the case of online statement email notifications the email notice is returned undeliverable. The Bank may consider your Account to be "inactive." This means the Bank may discontinue sending Account Related Information to you until you provide a valid postal or electronic address to the Bank.

Additionally, the Bank may:

- Destroy Account Related Information that is sent to you and returned to the Bank as undeliverable
- Hold the Account Related Information for your Account for you to pick up

If the Bank holds Account Related Information for you to pick up and it remains unclaimed for 60 days, the Bank may send the Account Related Information to the address reflected in the Bank's records for your Account or destroy it.

### Address Changes For Bank Statements And Other Account Related Information

You may instruct the Bank to change the address to which the Bank mails or emails Account Related Information concerning your Account at any time. If you are in a combined statement, any owner of the first account (master account) can change the address of all accounts included in the combined statement. The Bank may act on any such instruction purportedly made on your behalf within a reasonable time after the Bank receives such instruction. Unless you instruct the Bank otherwise, the Bank may, in its sole discretion, change the postal or electronic address only for the account(s) you specify or for all or some of your other account(s) with the Bank. The Bank may change your postal or email address of record if it receives an address change notice from the U.S. Postal Service or if the Bank receives information from another party in the business of providing correct address information that the address in the Bank's records no longer corresponds to your address.



## Statements And Other Account Related Information

### Notices And Other Mail

Any notice you send the Bank will not be effective until the Bank actually receives it and has a reasonable opportunity to act on it.

### Contacting You Regarding Servicing and/or Collections

You agree, in order for us to service your Account or to collect any amounts you owe, we may from time to time make calls and/or send text messages to you at any telephone number(s) associated with your Account, including wireless telephone numbers that could result in charges to you. The manner in which these calls or text messages are made to you may include, but is not limited to, the use of prerecorded/artificial voice messages and/or an automatic telephone dialing system. You further agree that, in order for us to service your Account or to collect any amounts you owe, we may send e-mails to you at any e-mail address you provide to us.

### Copies Of Canceled *Paper Item*

You can order a copy of a canceled *Paper Item* by calling the Bank at the number provided on the statement for your Account. When ordering a copy of a canceled *Paper Item,* you need to give the Bank your name, Account number, *Paper Item* number, *Paper Item* amount, and posting date of the *Paper Item* as shown on the statement for your Account. The copy you request will be mailed or otherwise provided to you.



This page intentionally left blank.

## Fraud Prevention

**Fraud Prevention Guidelines**

To help prevent check fraud and other criminal activities against you, we strongly encourage you to comply with the following fraud prevention guidelines.

- Do not preprint your driver's license or Social Security number (SSN) on your checks
- Call the Bank at the number listed on the statement for your Account immediately if your new checks do not arrive within 10 *Business Days* of your order
- Call the Bank immediately if there are discrepancies you cannot explain on the statement for your Account, or if you do not receive your statement or an ordered ATM Card
- Store blank and canceled check copies in a safe place. Remember that your checks provide access to your Account. Even blank and canceled checks have information on them that someone could use to obtain funds from your Account. Notify the Bank immediately if any check is lost or stolen.
- Do not leave any outgoing mail containing checks in an unlocked mail collection box or in your residence mailbox. Whenever possible, deposit this type of mail in the designated slots inside your local post office.
- Thoroughly destroy unused deposit slips, transaction receipts, canceled checks, and statements for your Account before discarding them
- Notify the Bank immediately if any form of identification, your checkbook, or any blank checks are missing, lost or stolen. "Identity theft" is on the rise.
- Write your checks in ink and fill in all lines completely
- Write your checks carefully. Make sure that your numbers are readable and that they begin as far to the left side of the line as possible so someone cannot easily insert additional numbers.
- Sign your checks clearly, as illegible signatures are more easily forged
- Do not give anyone permission to sign your name on checks
- Do not give anyone a pre-signed, blank check
- Do not provide Account information, including account numbers or Personal Identification Numbers (PINs), to callers, even if they claim to be Bank representatives
- Use tamper-resistant checks at all times. If you do not order your checks through the Bank, ask your check vendor about checks with special security features
- Keep accurate records. You can avoid many fees to your Account by keeping an accurate record of your Account balance. The statement for your Account provides space for you to balance your Account for each statement period. Remember to record any transaction you make at an ATM, or by telephone or online. Also remember to record any Point-of-Sale (POS) transaction or automatic payment from your Account.

## Fraud Prevention

### Lost Or Stolen *Paper Items;* Unauthorized *Items*

If any of your unissued *Paper Items* have been lost or stolen, or if someone is issuing unauthorized *Paper Items* against your Account, or unauthorized *Items* occur against your Account, you agree to immediately notify the Bank.  To the extent you fail to notify the Bank within the time frames specified in the section titled *"Your Obligation To Review Statements And Account Related Information And To Notify Bank Of Errors,"* the Bank will be relieved of any liability for such *Paper Items,* and unauthorized *Items.* Upon receipt of any such notice, the Bank may, at its sole discretion, and without any liability to you take one or more of the following actions:

- Close your Account and open a new account for you
- Dishonor any *Paper Item* you have indicated may have been lost or stolen
- Pay any *Paper Item* presented for payment on your Account, provided you have instructed the Bank to pay such *Paper Item,* and given the Bank the number of that *Paper Item*

If the Bank does open a new Account for you and you have authorized any other party to automatically make regular deposits to or withdrawals from your Account (such as wire or electronic payment transfers), the Bank shall have no liability to you if you do not receive any regularly scheduled deposit or if a regularly scheduled payment is not made for you due to your failure to notify that other party in a timely fashion of the number of your new Account.

13

## Claims Of *Unauthorized Transactions*; The Bank's Rights And Liability

### Investigation By The Bank; Your Agreement To Cooperate

The Bank shall investigate any transactions you have reported to the Bank as unauthorized (a "Claim of *Unauthorized Transaction*").

You agree to:

- Submit your Claim of *Unauthorized Transaction* in writing to the Bank by completing a declaration under penalty of perjury describing your Claim of *Unauthorized Transaction* (in an affidavit form approved by the Bank, if so requested)
- File a police report
- Complete and return to the Bank any documents requested of you
- In all respects, cooperate fully with the Bank in its investigation of your Claim of *Unauthorized Transaction*

The Bank shall have the right to reverse any credit made to your Account if you fail to sign such documents, cooperate fully with the Bank's investigation of your Claim of *Unauthorized Transaction* or the Bank's efforts to recover funds related to your Claim of *Unauthorized Transaction* or if the Bank determines that the transaction that gave rise to your Claim of *Unauthorized Transaction* was proper.

### Standard Of Care

The Bank will meet its standard of care for your Account, provided the Bank exercises ordinary care in the transaction at issue. When the Bank takes an *Item* for processing by automated means, "ordinary care" does not require that the Bank examine the *Item*. In all other cases, "ordinary care" requires only that the Bank follow standards that do not vary unreasonably from the general standards followed by similarly situated banks. The Bank's policies and procedures are general internal guidelines and do not establish a higher standard of care for the Bank than is otherwise established by the laws governing your Account. If the Bank waives any of its rights as to you or your Account on one or more occasions, it will not be considered a waiver of the Bank's rights on any other occasion.

### Limitation Of Liability; Indemnification

WHETHER IN CONNECTION WITH YOUR ACCOUNT OR A SERVICE, IN NO EVENT WILL EITHER YOU OR THE BANK, OR ITS *AFFILIATES*, OFFICERS, DIRECTORS, EMPLOYEES, CONSULTANTS, SHAREHOLDERS, OR AGENTS BE LIABLE TO THE OTHER PARTY FOR ANY SPECIAL, CONSEQUENTIAL, INDIRECT OR PUNITIVE DAMAGES, WHETHER ANY CLAIM IS BASED ON CONTRACT OR TORT OR WHETHER THE LIKELIHOOD OF SUCH DAMAGES WAS KNOWN TO EITHER PARTY. The foregoing limitation of liability will not apply where expressly prohibited by the laws governing your Account. The Bank will not have any liability to you if there are insufficient available funds in your Account to pay your *Items* due to actions taken by the Bank in accordance with this *Agreement*. Except to the extent that the Bank fails to exercise "ordinary care" or breaches this *Agreement,* you agree to indemnify and hold the Bank and its *Affiliates*, officers, directors, employees, consultants, shareholders, and agents harmless from all claims, demands, losses, liabilities, judgments, and expenses (including attorney fees and legal expenses) arising out of or in any way connected with performance under this *Agreement*. You agree that this indemnification will survive termination of this *Agreement*.

## Claims Of *Unauthorized Transactions;* The Bank's Rights And Liability

### Adverse Claims

If any person or entity makes a claim against funds in your Account, or if the Bank believes that a conflict exists between or among the owners on your Account or that there is a dispute over matters such as the ownership of your Account or the authority to withdraw funds from your Account, the Bank, without any liability to you, may take one or more of the following actions:

- Continue to rely on the signature card(s) for your Account
- Honor the claim upon receipt of evidence satisfactory to the Bank to justify such claim
- Freeze all or a part of the funds in your Account until the dispute is resolved to the Bank's satisfaction
- Close your Account and send a check for the available balance in your Account payable to you or to you and each claimant
- Pay the funds into an appropriate court

The Bank may charge your Account for expenses (including attorney's fees and expenses) and fees the Bank incurs.

### Legal Process

The Bank may accept and act on any legal process that it believes is valid, whether served in person, by mail, or by electronic notification, at any location of the Bank. "Legal Process" includes a levy, garnishment or attachment, tax levy or withholding order, injunction, restraining order, subpoena, search warrant, government agency request for information, forfeiture, seizure, or other legal process relating to your Account. Any such legal process is subject to the Bank's security interest and right of setoff. The Bank will not notify you of a grand jury subpoena affecting you or your Account. Any fees or expenses (including attorney's fees and expenses) the Bank incurs in responding to any such legal process may be charged against any account you maintain with the Bank.



### "Freezing" Your Account

As part of the Bank's loss prevention program, when the Bank suspects that irregular, unauthorized, or unlawful activities may be involved with your Account, the Bank may "freeze" (or place a hold on) the balance in your Account (and in other accounts you maintain with the Bank) pending an investigation of such suspected activities. If the Bank freezes your Account, the Bank will give any notice required by the laws governing your Account.



### Acts Beyond The Control Of The Bank

Neither you nor the Bank shall be deemed to be in default of any of the obligations required to be performed under this *Agreement* if the performance thereof is delayed, hindered, or becomes impossible because of any act of God or public enemy, hostilities, war (declared or undeclared), guerilla activities, terrorist activities, act of sabotage, blockade, earthquake, flood, land slide, avalanche, tremor, ground movement, hurricane, storm, explosion, fire, labor disturbance, riot, insurrection, strike, accident, civil commotion, epidemic, act of government or its agencies or officers, power interruption or transmission failure, or any cause beyond the control of you or the Bank.



## Check 21 Mandated Consumer Disclosure

**IMPORTANT INFORMATION ABOUT YOUR CHECKING ACCOUNT**

### Substitute Checks And Your Rights

### What is a Substitute Check?

To make check processing faster, federal law permits banks to replace original checks with "Substitute Checks." These checks are similar in size to original checks with a slightly reduced image of the front and back of the original check. The front of a Substitute Check states: "This is a legal copy of your check. You can use it the same way you would use the original check." You may use a Substitute Check as proof of payment just like the original check.

Some or all of the checks that you receive back from the Bank may be Substitute Checks. This notice describes rights you have when you receive Substitute Checks from the Bank. The rights in this notice do not apply to original checks or to electronic debits to your Account. However, you have rights under other laws with respect to those transactions.

### What are your rights regarding Substitute Checks?

In certain cases, federal laws provide a special procedure that allows you to request a refund for losses you suffer if a Substitute Check is posted to your Account (for example, if you think that the Bank withdrew the wrong amount from your Account or that the Bank withdrew money from your Account more than once for the same check). The losses you may attempt to recover under this procedure may include the amount that was withdrawn from your Account and fees that were charged as a result of the withdrawal (for example, bounced check fees).

The amount of your refund under this procedure is limited to the amount of your loss or the amount of the Substitute Check, whichever is less. You also are entitled to interest on the amount of your refund if your Account is an interest-earning account. If your loss exceeds the amount of the Substitute Check, you may be able to recover additional amounts under other laws.

If you use this procedure, you may receive up to $2,500 of your refund (plus interest if your Account earns interest) within 10 *Business Days* after the Bank received your claim and the remainder of your refund (plus interest if your Account earns interest) not later than 45 calendar days after the Bank received your claim.

The Bank may reverse the refund (including any interest on the refund) if we later are able to demonstrate that the Substitute Check was correctly posted to your Account.

## Check 21 Mandated Consumer Disclosure

### How do you make a claim for a refund?

If you believe that you have suffered a loss relating to a Substitute Check that was posted to your Account, please contact the Bank at 1-800-869-3557. You must contact the Bank within 40 calendar days of the date that the Bank mailed (or otherwise delivered by a means to which you agreed) the Substitute Check in question or the statement for your Account showing that the Substitute Check was posted to your Account, whichever is later. The Bank will extend this time period if you were not able to make a timely claim because of extraordinary circumstances.

Your claim must include:

- A description of why you have suffered a loss (for example, you think the amount withdrawn was incorrect)
- An estimate of the amount of your loss
- An explanation of why the Substitute Check you received is non-sufficient to confirm that you suffered a loss
- A copy of the Substitute Check or the following information to help the Bank identify the Substitute Check: the check number, the name of the person to whom you wrote the check, and the amount of the check

### Special Notice for Check Return Customers

If you regularly receive canceled checks with the statement for your Account, on or after October 28, 2004, the Bank will not provide Substitute Checks with such statements. However, the statement for your Account will provide information to inform you that a Substitute Check has posted to your Account. Even if you do not receive a Substitute Check with the statement for your Account, the Bank will grant you rights described above in this notice concerning Substitute Checks as though you received a Substitute Check in the statement cycle describing the posting of it.

## Deposits To Your Account

### General

Unless otherwise agreed in writing, the Bank may, without inquiry, accept a deposit to your Account at any time, from any party, made in any manner, including without limitation, a deposit based on an image of an *Item*. The Bank may also refuse to accept all or any part of any deposit. The Bank may require that you deposit an *Item* that is made payable to you to your Account, instead of permitting you to cash the *Item*. Also review the Funds Availability Policy.

### Collection *Items*

Upon notice to you, the Bank may, in its sole discretion, handle a *Paper Item* as a collection *Item*, instead of as a deposit. This means that the Bank sends the *Item* to the issuer's bank for payment and credits your Account when the Bank receives payment for the *Item*.

### Material Appearing on the Back of *Items*; Check Legends

You are responsible for losses incurred by any person that cashes or accepts your *Paper Items* for deposit, if: (i) the loss is due to a delay in the return of the *Item*; and (ii) the delay is caused by material appearing on the back of the *Item* when it was issued or transferred by you. This material may include, but is not limited to, carbon bands, blacked out areas, and printed or written text or numbers. You are responsible for all losses, claims, damages or expenses (including attorney's fees and expenses) that result from a restrictive legend or notation on your *Paper Items*.

### Endorsements

This subsection applies if the endorsement is necessary for the transfer or negotiation of the *Item*. You authorize the Bank to supply your endorsement on any *Item* that the Bank takes for collection, payment, or deposit to your Account. You also authorize the Bank to collect any unendorsed *Item* that is made payable to you without first supplying your endorsement, provided the *Item* was deposited to your Account. The Bank may refuse to pay or cash any *Item* or accept any *Item* for deposit or collection unless it is able to verify to its satisfaction that all of the necessary endorsements are present on the *Item*. For example, the Bank may require that all endorsers be present at the time that an *Item* is presented to the Bank for payment or encashment or accepted for deposit or collection.

If you issue a check that contains a carbon band, printing, endorsements or other material on the back of the check outside the area extending 1½ inches from the trailing edge of the check, that material could also interfere with endorsements by banks and cause delays in returning the check. Similarly, if you or a prior endorser signs, stamps or affixes an endorsement to a check for deposit which is outside of the area extending 1½ inches from the trailing edge of a check, that material could also interfere with endorsements by banks and cause delays in returning the check. Therefore, you agree that (1) the Bank shall not be liable to you for and (2) you will indemnify and hold the Bank harmless from any and all claims, loss, costs and expenses (including without limitation reasonable attorneys' fees and the costs of litigation) that the Bank or you may incur as a result of the late return of a check caused by carbon band, printing, endorsements or other material on the back of any check drawn on or deposited to your Account that extend outside the area extending 1½ inches from the trailing edge of the check. The trailing edge is defined as the left side of the check when viewing it from the front.

## Deposits To Your Account

### Checks Bearing Notations

Although we are not obligated to, we may pay or accept checks and other *Items* bearing restrictions or notations (for example, "Void after six months," "Void over $50," "Payment in Full"), whether on the front or back, in any form or format. If you cash or deposit an *Item* or write a check with such a notation, you agree that it applies only between you and the payee or maker. The notation will have no effect on us, and you agree to accept responsibility for payment of the *Item*. You agree to indemnify, defend and hold harmless the Bank, its *Affiliates*, officers, directors, employees, consultants, shareholders, and agents from all losses, claims, damages or expenses, (including attorney's fees and expenses) we incur, in connection with any maker or payee involving such notations, whether you are the maker or payee or the funds are otherwise deposited into an account which you have an interest.

### Breach Of Warranties

If you breach any warranty that you make with the Bank or under the laws governing your Account with respect to any *Item*, you shall not be released or otherwise discharged from any liability for such breach so long as the Bank notifies you of the breach within 120 days after the Bank learns of the breach. If the Bank fails to notify you within this 120-day period, you shall be released from liability and discharged only to the extent that the Bank's failure to provide you notice within such time period caused a loss to you.

### When Deposits Are Credited To Your Account

All over-the-counter deposits or ATM deposits to your Account which are received before the Bank's established cutoff time on any *Business Day* will be credited (and will be considered deposited) to your Account as of the close of business that day, and will be reflected in that day's ledger balance for your Account. All other deposits will be processed in accordance with the written agreements governing such deposits or, if there is no written agreement, banking practice. All deposits received after the Bank's established cutoff time on a *Business Day* or at any time on a day which is not a *Business Day* will be credited (and will be considered deposited) to your Account at the end of the next *Business Day*.

### Deposits At Bank

The Bank's Funds Availability Policy describes when funds deposited to your checking or savings Account will be available to be used for all purposes. The Bank may change its collection schedule and Funds Availability Policy from time to time, and provide any notice required by law.

### Deposits At *Affiliates*

You may make deposits at an *Affiliate*, provided the *Affiliate* agrees. If you make a deposit at an *Affiliate*, the availability of the deposit for withdrawal will be described in the *Affiliate's* Funds Availability Policy.



## Deposits To Your Account

### Deposits Of Non-U.S. *Items*

The Bank may refuse to accept for deposit or collection an *Item* that is payable in currency other than U.S. Dollars or an *Item* that is not drawn on a financial institution chartered in the U.S. (each, a "non-U.S. *Item*"). If the Bank accepts any such *Item* for deposit or collection, you accept all risk associated with foreign currency fluctuation (exchange rate risk) and with any late return of the *Item*. You agree that the Bank may use the Bank's current buying and selling rate, as applicable when processing a non-U.S. *Item* and may recover from any account you maintain with the Bank any loss incurred by the Bank as a result of its processing such an *Item* for you. The Bank reserves the right to place longer holds on non-U.S. *Items* than the time frames specified in the Bank's Funds Availability Policy.

### Acts And Omissions Of Other Financial Institutions

When the Bank cashes, collects, or accepts a *Deposited Item*, the Bank is not liable for the insolvency, neglect, misconduct, mistake, or default of another bank or person, or for the loss or destruction of a *Paper Item* or notice of nonpayment in transit or in the possession of others. If a *Deposited Item* is lost or misrouted during the collection process or its subsequent return:

- The Bank shall have no responsibility to you for the actions or inactions of any collecting or returning bank
- The Bank may charge your Account for the amount of the *Deposited Item* (and reverse any interest that may have accrued to your Account in connection with the *Deposited Item*)
- You agree to cooperate with the Bank in recreating the *Deposited Item*

### *Deposited Items* Returned

The Bank has the right to charge back to or otherwise debit any account(s) you maintain with the Bank for any *Deposited Item* that is returned (assess any associated fees and to reverse or recover any associated interest that may have accrued), even if you have made withdrawals against it. This right of charge back or debit is not affected by the expiration of any applicable midnight deadline, provided the Bank does not have actual knowledge that such deadline has expired or, having such knowledge, the Bank concludes that:

- The *Deposited Item* is returned in accordance with the laws governing your Account or rule (including a clearing house rule)
- The Bank has received a breach of warranty claim in connection with the *Deposited Item*

The Bank has the right to pursue collection of such *Deposited Item*, even to the extent of allowing the payor bank to hold the *Deposited Item* beyond the midnight deadline in an attempt to recover payment. The Bank may, without notice to you, redeposit a returned *Deposited Item* and represent it for payment by any means (including electronic means), unless the Bank has received instructions from you not to redeposit such *Deposited Item*. The Bank will have no liability for taking or failing to take any action to recover payment of a returned *Deposited Item*.

If one of your *Deposited Items* is returned with a claim that there is a breach of warranty (for example, that it bears a forged endorsement or is altered in any way), the Bank may debit your Account for the amount of the *Item* (plus any associated fees) and pay the amount to the claiming party. The Bank is under no duty to question the truth of the facts that are being asserted, to assess the timeliness of the claim, or to assert any defense.

## Deposits To Your Account

The Bank need not give you any prior notification of its actions with respect to the claim. You agree to immediately repay any *Overdrafts*. The Bank may create Substitute Checks from your *Deposited Item*s to facilitate the forward collection of such *Item*s. Certain features of a *Deposited Item* (such as security features) impair the quality of the Substitute Check that the Bank creates. You agree to indemnify and hold the Bank and its *Affiliates*, officers, directors, employees, consultants, shareholders, and agents harmless from all claims, demands, losses, liabilities, judgments, and expenses (including attorney's fees and expenses) arising out of or in any way connected with such Substitute Check, including without limitation, any claim based on image quality of such Substitute Check.

### Direct Deposits Returned By The Bank

If, in connection with a Direct Deposit plan, funds are deposited to your Account and later returned to the originator, the Bank has the right to deduct the amount from that or any other account you have, without prior notice and at any time, except as prohibited by the laws governing your Account. The Bank may also use any other legal remedy to recover the amount.

### Reconstructing Lost Or Destroyed *Deposited Items*

If a *Deposited Item* is lost or destroyed during processing or collection (either at the Bank or at another point in the payments system), you agree to cooperate fully with the Bank to reconstruct the *Deposited Item* by promptly:

- Providing the Bank with a copy of the front and back of the *Deposited Item* from your or the issuer's records
- Asking the issuer to place a stop payment on it (at the Bank's expense) and issue a replacement *Item* to you (if the *Deposited Item* has not been paid)
- Reviewing your records and other information and conducting any additional research as may be reasonable to determine the issuer's identity (if you do not know the identity of the issuer of the *Deposited Item*)

If you fail to cooperate with the Bank, at anytime without advance notice to you the Bank may reverse or otherwise adjust any credit made to your Account for a lost or destroyed *Deposited Item*.





21

## Funds Availability Policy

The Bank's policy is to make funds from your cash and check deposits to your checking or savings Account (in this Policy, each an "account") available to you on the first *Business Day* after the day we receive your deposit. Incoming wire transfers, electronic Direct Deposits, cash deposited at a teller window, cash deposited at *Envelope-Free*[SM] ATMs, and the first $100 of a day's first deposit made through a standard envelope accepting *Wells Fargo* ATM will be available on the *Business Day* we receive the deposit. Once they are available, you can withdraw the funds in cash and we will use the funds to pay checks and other *Items* presented for payment and fees and expenses that you have incurred.

### Determining The Day Of Receipt

For determining the availability of your deposits, every day is a *Business Day*, except Saturdays, Sundays, and federal holidays. If you make a deposit before the Bank's established cutoff time on a *Business Day* that we are open, we will consider that day to be the day of your deposit. However, if you make a deposit after our cutoff time or on a day we are not open, we will consider the deposit was made on the next *Business Day* we are open.

Cutoff times may vary by location and are posted in each store and on each *Wells Fargo* ATM. The earliest cutoff time for a store or an ATM is 2:00 p.m. local time.

### Longer Delays May Apply

In some cases, the Bank will not make all the funds that you deposit by check available to you on the first *Business Day* after the day of your deposit. Depending on the type of check that you deposit, funds may not be available until the second or third[1] *Business Day* after the day of your deposit. The first $100 of your deposit, however, may be available on the first or second[1] *Business Day*.

Except as otherwise explained in this paragraph, if the Bank is not going to make all funds from your deposit available on the first *Business Day*, we will notify you at the time you make your deposit. We will also tell you when the funds will be available. If your deposit is not made directly to a Bank employee, or if we decide to take this action after you have left the premises, we will mail you the notice by the first *Business Day* after we receive your deposit.

If you need the funds from a deposit right away, you may ask the Bank when the funds will be available.

In addition, funds you deposit by check may be delayed for a longer period under the following circumstances:

- The Bank believes a check you deposit will not be paid
- You deposit checks totaling more than $5,000 on any one day
- You redeposit a check that has been returned unpaid
- You have overdrawn your Account repeatedly in the last six months
- There is an emergency, such as failure of computer or communications equipment

The Bank will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. The funds will generally be available no later than the seventh or eighth[1] *Business Day* after the day of your deposit.

## Funds Availability Policy

### Additional Rules for Opportunity Checking® and Opportunity Savings℠ Accounts

The Bank's policy is to delay the availability of funds from your check deposits. During the delay, you may not withdraw the funds in cash and we will not use the funds to pay checks and other *Items* presented for payment and fees and expenses that you have incurred.

### Determining the Availability of a Deposit

The length of the delay is counted in *Business Days* from the day of your deposit. Every day is a *Business Day* except Saturdays, Sundays, and federal holidays. If you make a deposit before the Bank's established cutoff time on a *Business Day* that we are open, we will consider that day to be the day of your deposit. However, if you make a deposit after our cutoff time or on a day we are not open, we will consider that the deposit was made on the next *Business Day* we are open. The length of the delay varies depending on the type of deposit and is explained below.

### Same-Day Availability

Funds from incoming wire transfers, electronic direct deposits, and cash deposited at a teller window will be available on the *Business Day* we receive the deposit.

### Next-Day Availability

Funds from the following deposits are available on the first *Business Day* after the day of your deposit:

- U.S. Treasury checks that are payable to you
- Checks drawn on the Bank

If you make the deposit in person to one of our employees, funds from the following deposits are also available on the first *Business Day* after the day of your deposit:

- State and local government checks that are payable to you if you use a special deposit slip available from the Bank upon request
- Cashier's, certified, and teller's checks that are payable to you if you use a special deposit slip available from the Bank upon request
- Federal Reserve Bank checks, Federal Home Loan Bank checks, and postal money orders, if these items are payable to you

If you do not make your deposit in person to one of our employees (for example, if you mail the deposit), funds from these deposits will be available on the second *Business Day* after the day we receive your deposit.

### Other Check Deposits

All other check deposits are considered local checks. $100 will be available on the first *Business Day* after the day of your deposit. The remaining balance will be available on the second or third[1] *Business Day* after the day of your deposit.







23

## Funds Availability Policy

**Longer Delays May Apply**

Funds you deposit by check may be delayed for a longer period under the following circumstances:

- We believe a check you deposit will not be paid.
- You deposit checks totaling more than $5,000 on any one day.
- You redeposit a check that has been returned unpaid.
- You have overdrawn your Account repeatedly in the last six months.
- There is an emergency, such as failure of computer or communications equipment.

The Bank will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. They will generally be available no later than the seventh or eighth[1] *Business Day* after the day of your deposit.

### Special Rules For New Accounts

If you are an owner of a new account, the following special rules will apply during the first 30 days your Account is open:

- Funds from electronic Direct Deposits to your Account will be available on the day the Bank receives the deposit
- Funds from deposits of cash, wire transfers, and the first $5,000 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks will be available on the first *Business Day* after the day of your deposit if the deposit meets certain conditions. For example, the checks must be payable to you (and you may have to use a special deposit slip). The excess over $5,000 will be available on the ninth *Business Day* after the day of your deposit.
- If your deposit of cashier's, certified, teller's, traveler's, and federal, state, and local government checks (other than a U.S. Treasury check) is not made in person to one of our employees, the first $5,000 will not be available until the second *Business Day* after the day of your deposit. Funds from all other check deposits will be available on the eleventh or twelfth[1] *Business Day* after the day of your deposit.

## Funds Availability Policy

### Holds On Other Funds (Check Cashing)

If the Bank cashes a check for you that is drawn on another bank, we may withhold the availability of a corresponding amount of funds that are already in your Account. Those funds will be available at the time funds from the check we cash would have been available if you had deposited it.

### Holds On Other Funds (Other Account)

If the Bank accepts a check for deposit that is drawn on another bank, we may make funds from the deposit available for withdrawal immediately but delay your ability to withdraw a corresponding amount of funds that you have on deposit in another account with us. The funds in the other account would then not be available until the time periods that are described in this Policy.

---

[1]   The Bank may delay availability of funds by one additional *Business Day* for certain checks deposited at a Bank location in Alaska. This right applies only if the check is drawn on or payable at or through a paying bank not located in Alaska.





## Withdrawals From Your Account

### Determining Your Account's *Available Balance*

Your *Available Balance* is the most current record we have about the funds that are available for withdrawal from your Account. It does not reflect all your outstanding checks, automatic bill payments (such as ACH and recurring debit card transactions) that you have authorized, or other transactions that have not been paid from your Account. **Please note it is still possible for you to overdraw your Account even though the *Available Balance* appears to show there are sufficient funds to cover a transaction that you want to make.** For example, when you write a check, the payee may not present the check to us for payment on the same day, so the outstanding check will not be reflected in your *Available Balance*.

Also, your *Available Balance* may not reflect all of your Card transactions. For example, if a merchant does not submit a one-time debit card transaction for payment within three (3) *Business Days* of authorization (or such other period of time as specified in the payment network rules governing your *Card*), we must release the *Authorization Hold* on the transaction. The *Available Balance* will not reflect this transaction until it has been received by us and paid from your Account. See the Section entitled "*Authorization Holds for Card* Transactions" for information about how *Authorization Holds* affect your *Available Balance*. A one-time debit card transaction is referred to as an "everyday debit card transaction" in the document entitled "What You Need to Know about Overdrafts and Overdraft Fees."

Finally, your *Available Balance* may not reflect the most recent deposits to your Account. For details on the availability for withdrawal of your deposits, see the Section entitled "Funds Availability Policy."

### Order of Posting; Categories of *Items*

*Items* are posted to your Account at the end of each *Business Day*, generally after posting deposits that were received that same day. We have the right to post *Items* in any order we choose. The order in which Items are posted to your Account will depend upon a number of factors. For example, in connection with our process of posting *Items*, we have the right to (i) establish different categories of *Items*, (ii) establish a posting order for each category of *Item(s)*, and (iii) establish different posting orders for *Items* within each category. We have the right to change any of the factors described in (i), (ii) and (iii) listed above at any time without notice to you.

<u>Establishing categories of *Items*.</u> We have the right to group *Items* into categories defined by us. For example, we may group *Card* transactions into one category, and group checks into another category. A single category established by us may include more than one type of *Item*.

<u>Establishing a posting order for each category of *Item(s)*.</u> We have the right to establish the order in which we will post each category of *Item(s)*. This means that we have the right to post all of the *Items* in one category before we post any *Items* contained in the next category of *Item(s)* to be posted. For example, if we treat *Card* transactions as belonging to one category and checks as belonging to another category, we have the right to post all *Card* transactions before we post any checks.

<u>Establishing a posting order of *Items* within a single category.</u> We have the right to post *Items* within a single category of *Item(s)* in any order we choose, unless the laws governing your Account and applicable to us explicitly require or prohibit a particular order. We will ordinarily post at least some categories of *Items* from highest dollar

## Withdrawals From Your Account

amount to lowest dollar amount. However, the posting order selected by us may vary from one category to another. For example, we have the right, if we choose, to post *Items* in the order of highest dollar amount to lowest dollar amount for one category of *Item(s)* and choose a different order of posting for another category.

### Relation Between Posting Order and Overdrafts/*Returned Items*

On any given *Business Day*, if we receive more than one *Item* for payment and if we determine there are sufficient funds to pay one or more but not all of the *Items*, then the number of *Items* paid and the *Overdraft* and *Returned Item* fees assessed could be affected by the order that we choose to post those *Items*. For example, if we post *Items* in the order of highest to lowest dollar amount, the total number of *Overdraft* and *Returned Item* fees you are charged could be larger than if we were to post the *Items* in a different order.

### *Paper Items* Presented Over-the-Counter for Payment By A Non-Customer

If a *Paper Item* drawn against your Account is presented over-the-counter for payment by a person who does not have a deposit account at the Bank, the Bank may require identification acceptable to the Bank and not prohibited by the laws governing your Account, including a fingerprint of the person presenting the *Paper Item*. The Bank may dishonor the *Paper Item* if the person refuses to provide the identification the Bank requests.

### Large Cash Withdrawals and Deposits

If you want to cash a check (or make a cash withdrawal) for a very large sum, the Bank may require five *Business Days* advance notice so that it can order the cash from its vault. The Bank may require that you provide adequate security but the Bank has no obligation to do so. The Bank may also require that you arrange to pick up the cash at the Bank's central vault or other location. If you want to deposit cash for a very large amount, the Bank may, but is not obligated to, require you to provide adequate security or exercise other options to mitigate possible risks.

### Withdrawals At *Affiliates*

You may make withdrawals from your Account at an *Affiliate,* provided the *Affiliate* agrees. If an *Affiliate* cashes an *Item* for you, the Bank may place a hold on your Account(s) for a corresponding amount of funds. If the *Item* is later returned to the *Affiliate* for any reason, the Bank may debit one or more of your Accounts at the Bank for the amount of the *Item*.

### *Items* Resulting From Your Voluntary Disclosure Of Your Account Number

If you voluntarily disclose your Account number to another person orally, electronically, or in writing, or by some other means, and the Bank determines that the context of such disclosure implies your authorization to debit your Account, the Bank may treat such disclosure as your authorization to that person to issue *Items* drawn against your Account.

## Withdrawals From Your Account

### Forgeries Or Missing Signatures; Alterations

The Bank will have no responsibility for reviewing the number or combination of signatures on or with an *Item* drawn against your Account. This means that if you have indicated that more than one signature is required in connection with an *Item* drawn on your Account, the Bank will have no liability to you if a transaction is conducted on or through your Account contrary to the signature requirements you have specified, provided at least one of the required signatures appears on or with the *Item*. The Bank will have no liability to you for failing to detect a forgery of your signature or an alteration of one of your *Items*, if the forgery or alteration is such that a reasonable person could not reasonably be expected to detect it.

### Dates And Special Instructions on *Paper Items*

The Bank may, without inquiry or liability, pay one of your *Paper Items* even though:

- Special instructions written on the *Paper Item* indicate that the Bank should refuse payment (e.g., "Void after 30 days," "Paid-In-Full," or "Void over $100")
- The *Paper Item* is stale-dated (i.e., it bears a date that is more than six months in the past), even if the Bank has knowledge of the date on the *Paper Item*
- The *Paper Item* is post-dated (i.e., it bears a date in the future)
- The *Paper Item* is not dated

In addition, the Bank may pay in U.S. Dollars the amount that has been MICR-encoded on your *Paper Item*, even though you have purportedly drawn the *Paper Item* in a foreign currency.

### Facsimile Or Mechanical Signatures

If you have elected to use a facsimile or other mechanical signature (including a stamp) to sign or endorse a *Paper Item*, the Bank may rely on that signature (or any signature that purports to be your facsimile or other mechanical signature) as your authorized signature without regard when or by whom or by what means or in what ink color such signature may have been made or affixed to a *Paper Item* deposited to or drawn against or otherwise debited from your Account.

### The Bank's Right To Require Notice

If your Account is a negotiable order of withdrawal account ("NOW account") or savings account, then in accordance with Regulation D, the Bank reserves the right to require seven days written notice before you withdraw money from your Account.

## Stop Payment Orders; Notices Of Post-Dating

### General

"Stop payment order" refers to both an order to the Bank not to pay a *Paper Item* and to a notice of post-dating. To be effective, a stop payment order must be received in a time and manner that gives the Bank a reasonable opportunity to act on it before paying, accepting, certifying, cashing, or otherwise becoming obligated to pay your *Paper Item* as provided in the Uniform Commercial Code. Each stop payment order is subject to the Bank's verification that the *Item* described in the order has not been paid. This verification may occur subsequent to the time the Bank accepts the stop payment order.



### Content Of Stop Payment Order

To be valid:

- Name of the payee
- Account number on which *Paper Item* is drawn
- *Paper Item* amount
- *Paper Item* number or a range of *Item* numbers

The Bank may, at its sole discretion, use only a portion of the required information in order to identify a *Paper Item*. Failure to provide correct and complete information may prevent us from acting on the stop payment order. You agree to indemnify and hold the Bank and its *Affiliates*, officers, directors, employees, consultants, shareholders, and agents harmless from and against any loss incurred by the Bank as a result of the Bank's paying a *Paper Item* if any of the information relied upon in the stop payment order is incorrect or incomplete.



### Effective Period Of Stop Payment Order; Renewal; Revocation

It is your obligation to remove a stop payment order for a post-dated *Paper Item* once the *Paper Item* is no longer post-dated. You must renew a stop payment order if you do not want the stop payment order to expire. Each renewal is treated as a new stop payment order. The Bank is permitted but need not honor, a *Paper Item* after a stop payment order has expired, even though the *Paper Item* is more than six months old. An instruction to revoke a stop payment order must be received in a time and manner that gives the Bank a reasonable opportunity to act on it.



### Liability To Holders In Due Course

Notwithstanding the timely return of any *Paper Item* due to a valid stop payment order, you may still be liable under the laws governing your Account for the amount of that *Item*.



### *Paper Items* Paid Over Valid Stop Payment Orders

If the Bank pays a *Paper Item* over a valid stop payment order, then the Bank will credit your Account for the amount of loss you prove has occurred, or the face amount of the *Paper Item*, whichever is less. The Bank may charge your Account for the amount of a post-dated *Paper Item* on or after the date of the post-dated *Paper Item*, unless you have given the Bank a new stop payment order.



## Overdrafts; Security Interest; The Bank's Right To Setoff

### *Overdrafts* And Non-sufficient Funds/NSF
#### General

It is important to keep track of the funds in your Account that are available for you to use before you write a check, make a cash withdrawal at an ATM, or use your *Card* for a purchase. We encourage you to manage your funds responsibly by keeping track of transactions using the tools that suit you – keeping a running balance in your checkbook, using Online Alerts, and checking your *Available Balance* online, by phone, or at a *Wells Fargo* ATM. Don't forget to keep track of your outstanding checks or automatic bill payments you may have authorized, as your *Available Balance* will not reflect these transactions until they are paid from your Account. As discussed in the Section entitled "Determining Your Account's *Available Balance*," our record of your *Available Balance* may also not reflect all of your *Card* transactions, including transactions that have been authorized but not yet submitted by the merchant for payment. Do not assume that you can make a covering deposit before an *Item* is presented for payment because your deposit may not be immediately available for withdrawal and *Items* are often presented for payment very quickly. (See our Funds Availability Policy for complete details).

### Debit Card Overdraft Service

You can tells us how you want your ATM and everyday (one-time) debit card transaction handled when you do not have enough money in your checking account or linked Overdraft Protection accounts to cover your transaction. Adding the Debit Card Overdraft Service to your checking account may be an appropriate "back-up" plan to avoid declines when you do not have sufficient funds in your checking account or linked Overdraft Protection account to cover a transaction. If you prefer to have your ATM and everyday (one-time) debit card transactions approved when you do not have sufficient funds, you may want to consider this service.

### Important details

- There is *no fee* to add the Debit Card Overdraft Service to your account and no fee if it is never used.
- There is *no fee* if your account is accidentally overdrawn *during the day* and you make a sufficient deposit or transfer before the posted cut-off time on the same business day.
- The payment of transactions into overdraft is discretionary and the bank reserves the right not to pay. For example, the bank typically does not pay overdrafts if your account is not in good standing or you have had excessive overdrafts.
- If an ATM or everyday debit card transaction overdraws your account, you will pay the overdraft fee described in the *Service Fee Section - Overdraft (OD), Returned Item (insufficient funds/NSF)*. You must immediately bring your account to a positive balance.
- This service does not apply to checks and other transactions such as Bill Pay, ACH and debit card transactions that you have established for recurring payment (such as utilities or club memberships). The Bank may continue to authorize or pay these transactions at our discretion, even if you do not sign up for the Debit Card Overdraft Service.

### Overdraft Protection Plans

If you enroll in an *Overdraft Protection* Plan (such as a linked savings or credit card account) and there are sufficient available funds under that plan to cover the amount of

*Overdrafts; Security Interest; The Bank's Right To Setoff*



the *Overdraft*, we will pay the *Item*, and an *Overdraft Protection* transfer or advance fee will apply. If there are insufficient available funds under that plan to cover the amount of the *Overdraft*, the following terms apply:

**For ATM and one-time debit card transactions:**

- If you have requested that we pay *Overdrafts* for ATM and one-time debit card transactions (also known as everyday debit card transactions), we have the right to either (i) decline the transaction or (ii) pay the transaction by transferring available funds under the *Overdraft Protection* Plan to the Account and creating an Overdraft in your Account in the amount of the difference between the amount of the transaction and the amount transferred.

- If you have not requested that we pay *Overdrafts* for these types of transactions, but your Account nonetheless becomes overdrawn, we will not charge you for the resulting *Overdraft*. However, we are permitted to transfer any available funds under the *Overdraft Protection* Plan to your Account, and you will be subject to any fees in accordance with the terms governing that Plan.

**For *Items* other than ATM and one-time debit card transactions**

We have the right to either (i) return the *Item* or (ii) pay the *Item* by transferring available funds under the *Overdraft Protection* Plan to the Account and creating an *Overdraft* in your Account in the amount of any difference between the amount of the *Item* and the amount transferred.



## Overdrafts

If you do not have an *Overdraft Protection* Plan, the actions we are authorized to take with respect to a transaction creating an *Overdraft* depends upon the type of *Item* involved in the transaction.

- ATM and one-time debit card transactions. We will not authorize an ATM or one-time debit card transactions if it appears from your *Available Balance* that allowing the transaction will result in an *Overdraft* to your Account, unless you have requested us to pay *Overdrafts* on these transactions. We reserve the right on a case-by-case basis, to authorize and pay, at our discretion, an ATM or one-time debit card transaction. Regardless, if you have not requested payment of *Overdrafts* on these transactions, we will not charge you an *Overdraft* fee if an ATM or one-time debit card transaction pays into *Overdraft*, but you must immediately repay the resulting *Overdraft*. Even if you request us to pay such *Overdraft* transactions, it does not mean that we will allow such transactions to occur. Information about how you may request us to pay ATM and one-time debit card transactions that create Overdrafts is separately provided.





- *Items* other than ATM and one-time debit card transactions. We have the right to take the following actions without prior notice to you if we receive an *Item*, other than an ATM or one-time debit card transaction, for payment against your Account and there are insufficient funds in your Account to cover the *Item*:
  - Pay the *Item* and create an *Overdraft* to your Account, or
  - Return or decline the *Item*.

We will in no instance be obligated to pay an *Item* and create an *Overdraft* even if we may have previously established a pattern of honoring or dishonoring such an *Item*. Any negative balance on your Account is immediately due and payable by you, unless we agree otherwise in writing, and you agree to reimburse us for the costs and expenses (including attorney's fees and expenses) we incur in recovering the negative balance (including *Overdraft* and associated fees.)



31

## *Overdrafts;* Security Interest; The Bank's Right To Setoff

### *Overdraft* Protection Plans

The Bank offers a number of *Overdraft* Protection plans to help you avoid the inconvenience and expense of *Overdrafts* and returned *Items*. If there is an *Overdraft* in your checking Account, the Bank will automatically access available funds in the Wells Fargo account(s) you have linked to your checking Account to cover the *Overdraft* so the available balance in your checking Account is sufficient to cover paid *Items* and/or Notices of Presentment (pending authorized POS transactions). The types of accounts that can be linked for *Overdraft* Protection depend on the checking Account you have.

- You may link one savings account and one eligible credit card or line of credit account, except where expressly prohibited by law. See your credit agreement for the terms governing *Overdraft* Protection advances from your credit card or line of credit account.
- If you link both a savings account and credit account as *Overdraft* Protection, you can designate the account that you want the Bank to access first.
- If you do not designate an account, the Bank will access funds in your savings account first, up to the available balance, and then from your credit account. If there are not enough funds or credit available to cover the entire amount of an *Item* presented for payment, the Bank may take any of the actions specified in the subsection "*Overdrafts* and Non-sufficient Funds/NSF."
- The account to which the Bank charges its *Overdraft* Protection transfer fee depends on the account used for *Overdraft* Protection. When the Bank accesses funds in your savings account or your line of credit account, the Bank's fee is charged to your checking account. See "Service Fees" in the *Schedule* applicable to your account. When the Bank accesses funds through your credit card account, the Bank's fee is charged to your credit card in accordance with your credit card agreement. You will be subject to interest charges on funds accessed from your line of credit or credit card and other fees or charges (if applicable) in accordance with your line of credit agreement or credit card agreement.

### Security Interest; The Bank's Right To Setoff

To secure your performance of this *Agreement*, you grant the Bank a lien on and security interest in your Account at the Bank and your accounts with any *Affiliate* of the Bank. In addition, you acknowledge that the Bank may setoff against any accounts you own at the Bank (including matured and unmatured CDs) with any *Affiliate* of the Bank for any obligation you owe the Bank at any time and for any reason as allowed by the laws governing your Account. These obligations include both secured and unsecured debts and debts you owe individually or together with someone else. The Bank may consider this *Agreement* as your consent to the Bank's asserting its security interest or exercising its right of setoff should any laws governing your Account require your consent. The Bank's security interest and its right of setoff shall not apply if such security interest or right would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) that you maintain with the Bank. If your Account is an unmatured CD, the Bank may deduct any early withdrawal fee that may be due as a result of the Bank having exercised its right of setoff. If you have a Sweep Account, you also authorize the Bank to redeem your shares in the Designated Money Market Fund and apply the proceeds to any obligation you owe the Bank. The rights described in this subsection are in addition to and apart from any other rights, including any rights granted under any security interest that you may have granted to the Bank.

## Bank Fees

### General

You agree to pay the Bank in accordance with the fees set out in the *Schedule* applicable to your Account. You also agree to pay an amount equal to any applicable taxes, however designated.

### Payment Of Fees

The Bank may either directly debit your Account, charge you at the time of service, or invoice you for Bank fees and charges and taxes incurred in connection with your Account and any Service.

### Combined Balances

You may be able to waive the monthly service fee on your checking Account by linking your eligible *Wells Fargo* deposit and credit Accounts. This can be a combined dollar total of accounts of all members of a household. The term "household" refers to all persons occupying an individual housing unit, whether a single person or two or more unrelated persons. You must request that deposit or credit accounts for all household members other than the primary account owner of the specified checking Account be linked by a Wells Fargo Banker. Household balances used to qualify for a monthly service fee waiver on one checking Account cannot also be applied to qualify for a second fee waiver. The daily balance in your checking Account and any linked deposit Accounts, plus the outstanding principal balance in your linked credit accounts, will be used to determine your combined minimum balance each day during the monthly checking Account cycle. For credit card, the Bank uses your statement ending balance to calculate the combined minimum balance. For linked credit accounts, the Bank uses either your statement ending or outstanding balance to calculate the combined minimum balance.

Refer to the *Schedule* for accounts offering waiver of the monthly fee.

### Accounts That You Can Link To Meet Combined Balance Requirement

- Deposit Accounts:
  - Checking
  - CDs
  - Savings
  - Retirement Accounts
- Credit Accounts:
  - Personal Loans
  - Personal Line of Credit
  - Home Equity Loans
  - Portfolio Line of Credit
  - Home Equity Line of Credit
  - Credit Cards (eligible linked accounts only)

You may not link student or mortgage loans. Loans and lines of credit from certain *Affiliated* companies like Wells Fargo Financial, Wells Fargo Auto Finance, Wells Fargo Leasing, and Wells Fargo Direct also cannot be linked. Ask your Wells Fargo Banker for details.

Accounts where you receive a statement from Wachovia; Wachovia Bank; Wachovia Bank of Delaware; Wachovia Bank, a division of Wells Fargo Bank, N.A.; Wachovia Bank of Delaware, a division of Wells Fargo Bank, N.A.; as well as Time Accounts with these companies, and brokerage accounts offered by Wells Fargo Advisors, LLC and Wells Fargo Advisors Financial Network, LLC* do not qualify.

*   Wells Fargo Advisors is the trade name used by two separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company: Wells Fargo Advisors, LLC and Wells Fargo Advisors Financial Network, LLC, members SIPC.







## Checking Subaccounts

For each checking Account, the Bank may establish on your behalf, a master account and two subaccounts. All information that is made available to you about your Account will be at the master account level. The subaccounts are composed of a savings account and a transaction account. On the first day of each month, the Bank will allocate funds between the two subaccounts as it deems appropriate. *Items* received by the Bank that are drawn against your master Account will be presented for payment against the transaction subaccount. Funds will be transferred from the savings subaccount to cover checks presented against the transaction subaccount as may be needed. On the sixth transfer from the savings subaccount during a statement period all of the funds on deposit in the savings subaccount will be transferred to the transaction subaccount. If your Account earns interest, the use of subaccounts will not affect the interest you earn.

## Form Of Account Ownership

INTRODUCTION

### Accounts Owned By More Than One Person

If two or more of you open an Account together, the Bank may presume that it is owned by all of you as joint tenants with right of survivorship, unless: state laws governing your Account require other treatment, or the Bank otherwise agrees with you in writing that the Account is owned in some other capacity. Regardless of the form of ownership, the Bank is not obligated to separately record each co-owner's interest in the Account.

Not every form of ownership described below is available in every state:

### Joint Tenants With Right Of Survivorship

If your Account is held by you as joint tenants with right of survivorship and one of you dies, the Account is payable to any surviving co-owner, subject to the Bank's right of setoff and security interest in the Account.

### Tenants-In-Common

If your Account is held by you as tenants-in-common and one of you dies, the Bank may pay the Account, subject to the Bank's right of setoff and security interest in the Account, in whole or in part, to any surviving co-owner or to the personal representative, heirs, or successors of the deceased owner.

### Community Property

If your Account is held as community property, the owners of the Account are husband and wife, and each has an equal and undivided interest in the Account during their lifetimes. When one spouse dies, ownership does not automatically pass to the survivor; rather, the deceased spouse can pass his or her interest by will. Community property does not exist in every state. You should ask your own legal adviser to determine whether your Account will be treated as community property.

### Marital Property

If your Account is held as a marital account, the owners of the Account are husband and wife, and each has an equal and undivided interest in the Account during their lifetimes. When one spouse dies, 50 percent of the funds belong to the surviving spouse and 50 percent of the funds belong to the estate of the deceased spouse, or if applicable, are paid to the pay-on-death (POD) beneficiary. A marital account is available only in the state of Wisconsin, and only if the Bank agrees in writing to establish your Account as a marital account.

35

## Form Of Account Ownership

### Pay-On-Death (POD) Accounts

Regardless of how it is designated, an account that is payable on your death (or the death of the last surviving co-owner) to one or more named payees is considered a POD account. A POD account may be alternatively described as "payable on death," (POD), "in trust for," (ITF), "transfer on death," (TOD), a "Totten Trust" or otherwise. An Account that is owned by one or more persons as trustee for one or more beneficiaries is also a POD account if: the account is to be paid to the beneficiaries only on your death or the death of the last surviving co-owner; the relationship of the trustees and the beneficiaries is established by this *Agreement;* and there is no subject of the trust other than the sums on deposit in the Account.

Unless the account is held as community property or marital property, payee or beneficiary must survive all owners to have an interest in the Account. You may change, add, or remove the name of any payee or beneficiary anytime by giving proper written notice to the Bank. If at the time you die (or the last surviving co-owner dies), a payee or beneficiary is a minor, the Bank may in its discretion transfer the payee's or beneficiary's interest to the person who is appointed custodian for that payee or beneficiary according to the applicable Uniform Transfers/Gifts to Minors Act.

### Uniform Transfers/Gifts To Minors Act Accounts

An account established under a state's Uniform Transfers/Gifts to Minors Act is controlled by the custodian (or a successor custodian). Only the named custodian (or successor custodian) is authorized to instruct the Bank regarding the Account. The Bank may, however, disclose information about the Account to the minor or the minor's representative. When the minor reaches the age that transfer by the custodian to the minor is mandated, or anytime thereafter, the Bank may pay the funds on deposit in the Account to the minor in accordance with the custodian's duty without waiting for instructions from the custodian. The custodian agrees to keep the Bank informed of the minor's location.

### Minor-By Accounts

One or more adults may open an account in the name of the minor as allowed by the Bank or state laws governing your Account. (An "adult" is a person who has reached the age of majority.) Beneficial ownership of the funds deposited in the Account vests exclusively in the minor. Control of the Account is vested exclusively in the adult throughout the period of minority. If there is more than one adult, each may act independently. The Bank is not obligated to inquire about or investigate the application of the funds. When the minor reaches the age of majority, the Bank may act on the instructions of either the minor or the adult. If the adult (or the last of the adults to survive) dies before the minor reaches the age of majority, the Bank may transfer the funds to the person who is appointed custodian according to the Uniform Transfers/ Gifts to Minors Act, as enacted in the state in which the Bank branch holding the Account is located.

### Transferring An Interest In Your Account

To be effective, an assignment must be agreed to by all co-owners and accepted in writing by the Bank. If you attempt to pledge, assign, or in any other manner transfer all or a part of any interest in or to your Account, the Bank is not bound by the transfer or assignment until the Bank acknowledges its acceptance in writing. The Bank does not have to accept or in any way recognize the transfer, and the Bank is not obligated to make any further inquiry

# Form Of Account Ownership

regarding the matter. The Bank does not need to acknowledge or in any way respond to or act on any document the Bank receives that claims to assign or transfer any interest in your Account. If the Bank does accept or in any way recognize the transfer, the Bank may, in its sole discretion, make such acceptance or recognition conditional. Unless the Bank expressly agrees in writing to the contrary, any rights of a transferee or an assignee are subject to the Bank's right of setoff and security interest in the Account, and you are responsible for notifying such transferee or assignee of such fact. The Bank is not obligated to notify you or any other person before the Bank disburses any funds from your Account according to what the Bank in good faith believes to be the terms of the transfer or assignment.

## Reliance On Bank Records To Determine Ownership

The Bank may rely solely on its records to determine the form of ownership of your Account. The Bank may presume that any person named in addition to you in its records for your Account owns the funds in your Account with you as a co-owner, unless the Bank's records indicate that the person is an *Authorized Signer* or has some other relationship to the Account.

## Failure To Supply Signature

The failure of a person identified in the Bank's records as an owner or a co-owner of an account to sign a signature card (or other account related documentation) does not prevent the Bank, in its sole discretion, from treating such person as an owner or a co-owner of that Account, and the Bank is not liable to anyone else as a result.

## Instructions Of Co-Owners And Their Representatives

The Bank may act on the instructions of any co-owner (or a co-owner's legal representative), including instructions to withdraw or transfer funds, make payments, or close the Account. The Bank may pay any sums in the Account on request of any co-owner (or a co-owner's legal representative), regardless of their contributions, whether any other co-owner is then incapacitated or deceased or whether the Account includes a right of survivorship. The Bank may act on the instructions of any co-owner of an Account to open additional, like-titled accounts, provided the same signature requirements apply to such accounts.

## Joint Liability

If there is an *Overdraft* to your Account, you are each individually and jointly liable for the amount, regardless of who caused or benefited from the *Overdraft*. If there is a setoff, the Bank's enforcement of its security interest in your Account, or legal action (such as a third party garnishment, seizure, forfeiture, or tax levy), affecting any co-owner, the Bank has the right to treat all funds in the Account as belonging to the person against whom the setoff, enforcement of the security interest or other legal action is directed. If your Account is closed for unsatisfactory handling, the Bank is permitted to report all of you to the consumer reporting agencies.

## Death Or Incompetence

You agree to notify the Bank immediately in writing if any co-owner or *Authorized Signer* on your Account dies or is declared incompetent by a court. You also agree to instruct all owners and *Authorized Signers* on your Account to notify the Bank of such an event.





## Miscellaneous

### General

This *Agreement* constitutes the entire agreement between you and the Bank and supersedes prior oral or written representations, conditions, warranties, understandings, proposals, or agreements regarding your Account and any Service. Headings do not constitute a part of this *Agreement*. No person or entity will be deemed to be a third party beneficiary under this *Agreement*.

### Acceptable Form Of *Paper Items,* Document And Image Quality

You agree to comply with the Bank's specifications for *Paper Items,* including, without limitation, paper stock, dimensions, and other generally applicable industry standards for *Paper Items* and to include on your *Paper Items* the Bank's name and address as directed by the Bank. Certain features (such as security features) of an original *Paper Item* issued by you or any *Deposited Item* may impair the image quality of a Substitute Check, purported Substitute Check, or electronic item, that the Bank or any third party creates from that *Paper Item* or *Deposited Item.* The Bank reserves the right to accept *Paper Items.* The Bank will not be liable for any claims, demands, judgments, or expenses (including attorney's fees and expenses) paid, suffered or incurred by you, and you will indemnify and hold the Bank and its *Affiliates,* officers, directors, employees, consultants, shareholders, and agents harmless from and against any claims, demands, judgments, or expenses (including attorney's fees and expenses) paid, suffered, or incurred by the Bank, arising directly or indirectly as a result of or in connection with the untimely return of any check you have issued as a result of, and any presentment-related problem resulting from, the failure of the check to conform in any respect to the Bank's specifications for *Paper Items,* including without limitation, failure to include the Bank's full name and address on the *Paper Item.*

### Account Conversion

The Bank may convert your Account to another type of deposit account offered by the Bank at any time, provided the Bank gives you any advance notice that may be required. If you have a high volume of activity, inappropriate activity, or a negative balance or if the Bank stops offering the type of account you have, the Bank may convert your Account to another type of account designed to accommodate your needs. The Bank will give you more information about your new Account when it converts your Account.

### Closing Your Account

You or the Bank may close your Account at any time. If the Account is closed, the Bank may send the collected balance on deposit in your Account by ordinary mail to your most recent address shown on the Bank's records. The Bank may, but shall not be required to, allow you to leave on deposit sufficient funds to cover outstanding *Items* to be paid from your Account. If the Bank does allow such funds to remain on deposit, the terms and conditions of this *Agreement* shall continue until the Bank makes a final disbursement from your Account. If the Bank does not allow you to keep any funds on deposit, the Bank will not be liable for any loss or damage that may result from dishonoring any of your *Items* that are presented or otherwise received after your Account is closed. If your Account is an interest-earning account, it will cease to earn interest from the date you request it be closed. If your Account balance does not reach zero within three months from the date of your request, the Bank may close your Account and send you the balance as described above or return your Account to active status.

## Miscellaneous

### Contract Language

English is the controlling language of the relationship between you and the Bank. The Bank may translate its forms, disclosures, and advertisements into another language for your convenience. However, if there is a discrepancy between the Bank's English language materials and the materials in another language, the English language version is controlling, unless:

- The Bank otherwise agrees with you in writing
- The laws governing your Account specifically provide for a different result.

You agree to issue *Paper Items* in English. You further agree that the Bank will not be liable for any losses incurred if you do not comply with this restriction.

### Credit Reports

You authorize the Bank to make any inquiries that it considers appropriate to determine if it should open and maintain your Account. This may include ordering a credit (or other) report (e.g. information from any motor vehicle department or other state agency) on you.

### Disclosure Of Information

Generally, absent your consent, the Bank will not disclose information about your Account, except under the following circumstances:

- To comply with a statute, regulation, or rule
- In connection with examinations by state and federal banking authorities
- To comply with any legal process, including, without limitation, a subpoena, search warrant, or other order of a government agency or court
- When the Bank determines that disclosure is necessary or appropriate in order to complete a transaction
- To verify the existence and condition of your Account for a third party, such as a merchant or credit bureau
- To provide information to your legal representative or successor
- To report the involuntary closure of your Account
- When the Bank concludes that disclosure is necessary to protect you, your Account, or the interests of the Bank
- To agents, independent contractors, and other representatives of the Bank in connection with the servicing or processing of your Account or account transactions, or similar purposes
- To its affiliated banks and companies
- If you give your permission

39

## Miscellaneous

### Dormant And Unclaimed Accounts

Your Account is dormant if, for one year for a checking account or three years for a savings Account or CD, there is no customer-initiated activity (except where state laws governing your Account require otherwise). If your Account is dormant, the Bank may hold all statements for your Account, but normal maintenance and other fees continue to apply except where prohibited. *Card* privileges (including ATM and Point-of-Sale access) may also be blocked or terminated.

If your Account remains dormant and is unclaimed by you for the period required under the state laws governing your Account, the Bank is required by that law to "escheat" the funds; that is, to deliver the funds in your Account to the state. The Bank may charge a fee for mailing an escheat notice. When the funds in your Account are delivered to the state, your Account is closed, and no interest accrues. To recover funds delivered to the state, you must file a claim with the state. For Sweep Accounts, your shares in the Designated Money Market Fund are redeemed as necessary in connection with such a transfer.

### Laws Governing Your Account

Your Account is governed by the laws and regulations of the United States and, to the extent applicable, the laws of the state in which the office of the Bank that maintains your Account is located (unless the Bank has notified you in writing that the laws of another state shall govern your Account), without regard to conflicts of laws principles, or clearing house rules and the like. If you were not physically present at an office of the Bank when you opened your Account (for example, if you opened your Account by phone, through the mail, or over the Internet), your Account will be governed by the laws of the state in which the main office of the Bank is located, unless the Bank notifies you that your Account has been assigned to a particular office of the Bank. If the Bank does notify you that your Account has been assigned to a particular office, the laws of the state in which that office is located will govern your Account.

**The Bank and you agree that any lawsuits, claims, or other proceedings arising from or relating to your Account or this *Agreement*, including without limitation, the enforcement of the Arbitration Agreement in this *Agreement* and the entry of judgment on any arbitration award, shall be venued exclusively in the state or federal courts in the state whose laws govern your Account (unless the Bank has notified you that your Account will be assigned to a particular office, in which case it shall be venued exclusively in the state or federal courts located in the state in which that office is located), without regard to conflict of laws principles.**

### Limit On Number Of Accounts

The Bank reserves the right to limit each account type per account holder or per household. The term "household" refers to all persons occupying an individual housing unit, whether a single person or two or more unrelated persons.

## Miscellaneous

### Modification Of *Agreement*

The Bank may, in its sole discretion, from time to time change this *Agreement* by adding new provisions or by modifying or deleting existing provisions. Each such addition, modification or deletion is referred to in this *Agreement* as a "modification." When the laws governing your Account requires the Bank to notify you of a modification of this *Agreement,* the Bank may do so by posting notice of the modification in the Bank's home page (www.wellsfargo.com), by including a message on or with the statement for your Account, or by any other means that the Bank considers appropriate, unless the laws governing your Account requires notice by a specific means. In addition, the Bank may agree in writing (or otherwise) to waive a provision of this *Agreement,* including, without limitation, a fee (a "waiver"). The Bank may, upon prior written notice to you, revoke any waiver. Your continued use of your Account or a related Service including a balance inquiry or any other communication with the Bank about your Account following the effective date of any modification of this *Agreement,* or revocation of any waiver, will show your consent to that modification, or revocation of waiver.

Each of the rules, terms, and conditions set forth in this *Agreement* stand alone. Any term or condition contained in this *Agreement* which is inconsistent with the laws governing your Account will be deemed to have been modified by the Bank and applied in a manner consistent with such laws. Any term of this *Agreement* which a court of competent jurisdiction determines to be unenforceable or invalid will not affect the enforceability or validity of the remaining provisions of this *Agreement.*

### Monitoring And Recording Communications

The Bank may monitor, record and retain telephone conversations, electronic messages, electronic records, and other data transmissions between you and the Bank at any time without further notice to anyone, unless further notice is otherwise required by the laws governing your Account, and will have no liability for doing or failing to do so.

### No Fiduciary Relationship

The Bank's relationship with you concerning your Account is that of debtor and creditor; no fiduciary, quasi-fiduciary, or special relationship exists between you and the Bank.

### Reordering Checks

You can reorder checks by mailing the reorder form enclosed in your current order of checks, order checks online by visiting www.wellsfargo.com, or by calling the Bank at the telephone number shown on your statement for your Account. If you or a third party prints your checks, the Bank shall have no liability to you if the Bank is unable to process such checks by automated means.

### Verification Of Transactions; Right To Reverse Erroneous Credits

All transactions, including without limitation, those for which the Bank has provided a receipt, are subject to the Bank's final verification. Verification of a deposit does not occur at the teller window. Consequently, the receipt that you receive at the time of your deposit is not evidence that your deposit has been verified. The Bank may reverse or otherwise adjust any credit it believes it has erroneously made to your Account at any time without prior notice to you.

41

## Interest-Earning Accounts

### Variable/Fixed-Rate Accounts

An interest-earning account may be either a variable-rate or a fixed-rate account. Unless the Bank has specified otherwise in writing, your Account will be a variable-rate account. That means the Bank may, in its sole discretion, change the interest rate on your Account at any time. Excluding CDs, the Bank may change the interest rate on fixed-rate accounts provided it pays the new interest rate for at least 30 days.

### Method Used To Calculate Earned Interest

The Bank may use either the average daily collected balance or daily collected balance method to calculate interest. Interest is calculated using a 365-day year.

- The average daily collected balance method applies a periodic rate to the average daily collected balance for the period. The average daily collected balance is calculated by adding collected balance for each day and dividing by the number of days in the period.
- The daily collected balance method applies a daily periodic rate to collected balance each day

Unless the Bank has specified otherwise in writing, it will use the daily collected balance method to calculate interest. If your Account is a tiered-rate account, the Bank may pay the same interest rate on more than one tier.

### Interest Accrual

If you deposit a non-cash *Item*, such as a check, interest begins to accrue no later than the *Business Day* the Bank receives credit for the deposit of that *Item*. This may not be the same day that you deposit the noncash *Item* to your Account.

### Compounding And Crediting

Interest will compound on a daily basis. For checking and savings accounts, interest will be credited on a monthly basis. For CDs, the Bank will notify you separately as to the frequency with which interest will be credited to your Account.

### Interest Adjustments

If you receive a statement for your Account, an interest adjustment may be reflected on the statement for your Account for the month after it occurs rather than the month in which it occurs.

## Interest-Earning Accounts

### Tax Identification Number Certification

In most instances, Treasury regulations require the Bank to obtain a Tax Identification Number (TIN) for each account. To avoid backup withholding tax on accounts that earn interest or dividends, you must submit Internal Revenue Service (IRS) Form W-9 or Form W-8BEN and supporting information and/or documentation to the Bank. U.S. citizens or other U.S. persons, including resident alien individuals, must provide a Form W-9. If you are a non-resident alien as defined in IRS Regulation, you must provide a Form W-8BEN. Until the Bank has received the completed and signed Form W-9 or W-8BEN and supporting information and/or documentation to the Bank, the Bank will pay interest and comply with the backup withholding requirements of the IRS. If, at any time, the Bank receives information which indicates that someone other than you is using the same Tax Identification Number that you certified as your TIN on Form W-9, and the Bank is not able to determine to its own satisfaction that the TIN has been assigned to you, the Bank will pay interest and comply with the backup withholding requirements of the IRS and/or take any other action which the Bank believes is reasonable under the circumstances.

Upon the death of the primary owner, the Bank must be provided with the estate's or successor's TIN or the Bank may either refuse to pay interest earned on the Account since the date of the death or withhold a portion of the interest that has been earned on the Account since the date of the death.

### Annual Percentage Yield And Annual Percentage Yield Earned

The Bank may periodically disclose the annual percentage yield that is applicable to your Account. The Annual Percentage Yield (APY) is a percentage rate that reflects the total amount of interest paid on the Account. It is based on the interest rate earned on the Account and the frequency of compounding for a 365-day period (366 days in a leap year). If you receive a statement for your Account, that statement will include the APY earned on your Account for the period covered by the statement. The Annual Percentage Yield Earned (APYE) is an annualized rate that reflects the relationship between the amount of interest actually earned on your Account and the average daily balance in the Account. Both the APY and the APYE are calculated according to formulas established by federal regulations. The APY that is disclosed in connection with your Account may not be the same as the APYE that appears on the statement for your Account.







## Interest-Earning Accounts

**The Bank's Right To Require Notice**

The Bank has the right to require seven days written notice before you withdraw money from any savings Account.

**Limitations On Transfers From Your Savings Account**

Regulation D limits certain types of withdrawal and transfer transactions you can make out of your savings or money market Accounts to a maximum combined total of six per month, including:

- Transfers via telephone
- Transfers via Online Banking (including Bill Pay)
- Automatic transfers for *Overdraft* coverage to your checking Account
- Pre-authorized transfers and withdrawals from your Account (including automatic and wire transfers)
- Checks, drafts, or similar other withdrawals payable to third parties (counted when they are posted to your Account and not when they are written)
- Debit Card or ATM Card Point-Of-Sale (POS) purchases that post to the savings Account

An Excess Activity Fee may apply for each transaction that exceeds the limit stated above. If the Bank determines that you are exceeding the limit described above on more than an occasional basis, the Bank will, at its option, either close your savings Account and transfer the funds on deposit in your Account to another account that you are eligible to maintain, or terminate your right to make transfers and write *Items* against your savings Account.

# Time Accounts (CDs)

## General

Time Accounts include deposits which are payable, either on a specified date or at the expiration of a specified time, no less than seven calendar days after the date of deposit. The Bank may refer to a Time Account as a "CD" or a "Certificate of Deposit," even though the Time Account is not represented by a certificate.

## Certificated CDs

If you received a certificate evidencing your CD, the Bank may require you to present the certificate and any amendments to receive payment or transfer ownership.

## Maturity Date

Your CD will mature at the end of the term stated on your receipt, disclosure, or certificate, as applicable.

## Time Requirements

You agree to keep your funds on deposit until the maturity date. You may make withdrawals from your CD on the maturity date or within the grace period after that date. The Bank will not agree in advance to allow withdrawal before maturity.

## Payment Of Interest

If you have elected a payment of interest other than a credit to your CD, the Bank may, in its discretion, terminate this interest payment method in favor of crediting your CD. Ordinarily, such discretion will be exercised when an interest payment mailed to your Account address has been returned undelivered, when an account to which your interest payments were automatically credited has been closed, or if the interest payment amount is less than any minimum amount as determined by the Bank.

## Additional Deposits

You may not make additional deposits to your CD except during the grace period, unless the Bank otherwise agrees in writing.

## Withdrawal Of Interest Prior To Maturity

The Annual Percentage Yield (APY) disclosed to you assumes that interest will remain on deposit until maturity. A withdrawal of interest prior to maturity will reduce earnings.

## Withdrawal Of Principal Prior To Maturity

All or any part of the principal may be withdrawn before maturity without a fee due to the death of the accountholder or if the accountholder is declared mentally incompetent by a court of competent jurisdiction.





## Time Accounts (CDs)

**Renewal Policies**

If your CD is automatically renewable, at maturity it will renew:

- For a like term
- At the Bank's interest rate in effect on the maturity date for a new CD of the same term and amount, unless the Bank has notified you otherwise

You may withdraw your funds anytime during the grace period without a fee. The Bank will not pay interest from the maturity date to the date of withdrawal on the funds withdrawn. If your CD is not automatically renewable and you do not withdraw the funds on the maturity date, the CD will cease to earn interest.

## Sweep Accounts

This Part, your Sweep Account application, and the prospectus for the *Wells Fargo Advantage* Money Market Fund you designate when you open your Account ("Designated Money Market Fund") contain the additional provisions that govern your Sweep Account. These documents, which the Bank may modify from time to time, are referred to in this Part as the "Governing Documents" for your Sweep Account. Your Sweep Account can be either your *Wells Fargo* Money Market Checking, *Wells Fargo* Money Market Access, or *Wells Fargo PMA®* Money Market Checking Account. By opening your Sweep Account, you appoint the Bank as your agent to purchase and redeem shares in the Designated Money Market Fund as described in the Governing Documents.



Your Sweep Account consists of a transaction account ("Transaction Account") that is linked to a Designated Money Market Fund through a custodial account at the Bank ("Bank Custodial Account") where Funds are held for your benefit before the Bank purchases shares for you in the Designated Money Market Fund. Each Funds *Business Day*, the Bank calculates the difference between the deposits to and withdrawals from your Transaction Account. The difference is referred to as the "Net Sweep Amount." For purposes of your Sweep Account, a "Funds *Business Day*" is a *Business Day* excluding days on which *Wells Fargo Advantage Funds®* is not open for business.

On any Funds *Business Day* when your total deposits to your Transaction Account exceed the total of all *Items* presented on your Transaction Account, the Bank will sweep the Net Sweep Amount from your Transaction Account into the Bank Custodial Account, where these Funds will be held for your benefit. On the following Funds *Business Day*, the Bank will use these Funds to purchase shares for you in the Designated Money Market Fund.



On any Funds *Business Day* when the total of all *Items* presented on your Transaction Account exceeds your total deposits to your Transaction Account, the Bank will sweep Funds from the Bank Custodial Account to your Transaction Account in an amount equal to the lesser of the Net Sweep Amount or the total value of your shares in the Designated Money Market Fund. On the following Funds *Business Day*, the Bank will redeem your shares in the Designated Money Market Fund for the amount that it swept from the Bank Custodial Account to your Transaction Account (on the preceding Funds *Business Day*).



The Bank maintains your shares in the Designated Money Market Fund in a subaccount of an account in the Bank's name at the Designated Money Market Fund. You may access your shares in the Designated Money Market Fund *only* through your Sweep Account. You cannot exchange your shares in the Designated Money Market Fund for shares in any other *Wells Fargo Advantage Funds*, and you cannot exchange your shares in any other *Wells Fargo Advantage Funds* for shares in the Designated Money Market Fund. The prospectus contains detailed information about the Designated Money Market Fund, including information about dividends, tax treatment for investments in Designated Money Market Funds shares, charges, and expenses. Consult your tax advisor regarding the tax consequences of your investment in the Designated Money Market Fund through your Sweep Account.



47

## Sweep Accounts

Generally, once you request us to close your Sweep Account, dividends on your shares in the Designated Money Market Fund will no longer accrue. You cannot withdraw dividends that have accrued on your shares in the Designated Money Market Fund (including dividends accruing during the month in which you request the Bank close your Sweep Account) until those dividends are paid and credited to your Transaction Account at the end of the month.  If your Sweep Account is closed at month end, dividends may accrue on your shares in the Designated Money Market Fund for the first one to three days of the following month.  These dividends will be paid and credited to your Transaction Account at the end of that following month. If your Account balance does not reach zero within three months from the date of your request to close the Account, the Bank may send you the collected balance on deposit in your Account by mail to your most recent address shown on the Bank's records.

Deposits to your Sweep Account may not be included in your Net Sweep Amount on the same day that the Bank receives them. The Bank credits cash and *Items* drawn on the Bank to your Net Sweep Amount on the same Funds *Business Day* that the Bank receives them. The Bank credits local checks (as defined in the Bank's Funds Availability Policy) to your Net Sweep Amount on the first Funds *Business Day* after the Bank receives them. The Bank will credit all other checks to your Net Sweep Amount by the second Funds *Business Day* after the Bank receives them. On any Funds *Business Day* that you make a deposit at a Bank office or ATM by the cutoff time posted at the office or ATM, your deposit is made on that Funds *Business Day*. If you make a deposit after the cutoff time, your deposit is made on the next Funds *Business Day*. Cutoff times for offices and ATMs may differ.

The Bank may take up to one full statement cycle to execute your instructions to:

- Convert another account in your name at the Bank to a Sweep Account or to convert your Sweep Account to another account at the Bank
- Change the Designated Money Market Fund

FDIC regulations require all insured depository institutions to disclose in writing to sweep account owners whether Funds in a sweep account are deposits within the meaning of 12 U.S.C. 1813(l) and, if the Funds are not deposits, the status such Funds would have if the depository institution failed. If the Bank were to fail, your Net Sweep Amount would be treated as a deposit and insured under the applicable FDIC insurance rules and limits. Your shares in the Designated Money Market Fund are not deposits and will not be eligible for FDIC insurance. You are the owner of your shares in the Designated Money Market Fund.

## Check Safekeeping And Image Statements

Check Safekeeping is automatically included on all Bank accounts that allow check writing. Image Statements are available on all checking Accounts. With Check Safekeeping, the front and back of all checks paid against your Account are copied on microfilm or by other means. The copies are retained for seven years (or longer as required by law) from the date each check is paid against your Account. As soon as your original check is copied, it is destroyed.







## ATM Cards And Debit Cards

This part describes the Bank's account-related electronic banking Services, and provides the terms applicable to these Services. In general, these Services provide ways to transfer funds electronically to and from your Account using an ATM Card or Debit Card linked to the Account and/or a Personal Identification Number (PIN). The Bank may limit the availability of these Services at any time, and all of these Services may not be available at each Bank location. The Bank may require you or the Cardholder to sign a separate agreement to obtain these Services. If there is a conflict between the separate agreement and this *Agreement,* the separate agreement will control. Additional terms and conditions, if any, applicable to these Services are provided in the *Schedule.*

The Bank may, in its sole discretion, limit the availability of electronic banking Services as it considers appropriate. Additional disclosures, if any, applicable to these Services may be included in the *Schedule.*

### Issuance Of A *Card* And PIN

Subject to qualification, the Bank may issue a *Card* and a Personal Identification Number (PIN) to each Cardholder to access account(s) linked to your *Card* (each, a "Linked Account") at Automated Teller Machines (each, an "ATM") and, for *Wells Fargo* ATM Cards or *Wells Fargo* Debit Cards, where offered, at Point-of-Sale (POS) network merchants.

### *Instant*<sup>SM</sup> ATM Card or *Instant* Debit Card

The *Instant* ATM Card or *Instant* Debit Card is a temporary Card that permits you to access the funds in your designated Accounts through an ATM. The Bank may permit the *Instant* ATM Card or *Instant* Debit Card to be used to make POS purchases at participating merchants. The Bank may not issue the *Instant* ATM Card or *Instant* Debit Card at all Bank locations. *Instant* ATM Cards expire 21 days after issue. *Instant* Debit Cards expire 45 days after issue or after your activation of your permanent card, whichever comes first.

### Use Of The *Card*

The specific functions that can be performed depend on the type of *Card* that the Bank agrees to issue. Some Services may not be available at all locations.

### Illegal Transactions

Your *Card* must not be used for any unlawful purpose under applicable law, including, but not limited to, "restricted transactions" as defined in the Unlawful Internet Gambling Enforcement Act of 2006 and Regulation GG issued thereunder. You agree to take steps to ensure each Cardholder will not use his or her *Card* or any Linked Account for any transaction that is illegal under the laws governing your Account. In addition, the Bank reserves the right to deny transactions or authorizations from merchants apparently engaging in the Internet gambling business or identifying themselves through the Card transactions record or otherwise as engaged in such business.

### Protecting The *Card* And Personal Identification Number (PIN)

Take care of the *Card* and PIN as you would your checks and other important documents. Each Cardholder must have his or her own unique PIN for the *Card*, which may be embossed with his or her name. Each Cardholder is responsible for maintaining the confidentiality of the PIN. Memorize the PIN. Never write the PIN on the *Card* or share it with anyone, including Bank personnel. Never allow anyone else to use, borrow, or obtain the *Card* or PIN. If the *Card* and/or PIN are given to another person, the account owner will be responsible for all transactions made by that person or anyone else to whom that person gives the *Card* and/or PIN. Notify the Bank immediately if the *Card* is lost or stolen or is no longer secure.

## ATM Cards And Debit Cards

### *Wells Fargo* ATM Card And Debit Card Safety

Each Cardholder should care for their *Card* as they would any other valuable that they carry with them:

- To protect your Account, the Bank recommends that you change your Personal Identification Number (PIN) every six months
- When selecting your Personal Identification Number (PIN), do not use any number or word that appears in your wallet (such as birth date, name, or address)
- Memorize your Personal Identification Number (PIN) and never share it with anyone
- Shop with merchants you know and trust
- Regularly review your Account statements as soon as you receive them to verify transactions. Contact the Bank immediately if you identify any discrepancies.
- Make sure any Internet purchase activity you engage in is secured with encryption to protect your Account information. Look for "secure transaction" symbols.
- Do not send your *Card* number through email, as it is typically not secure. Don't provide it over the phone unless you initiated the call.
- Always be sure to log off any site after a purchase transaction is made with your *Card*. If you cannot log off, shut down your browser to prevent unauthorized access to your Account information.
- If this is a replacement *Card,* be sure to destroy your old *Card*
- If you have forgotten your PIN or would like to select a new one, please visit your nearest Wells Fargo location
- If your *Card* is ever lost or stolen, immediately notify us at 1-800-TO WELLS (1-800-869-3557)

### ATM Safety

For your safety when using an ATM, please remember (and advise each Cardholder of) the following tips:

- Be aware of your surroundings and exercise caution when withdrawing funds
- Consider having someone accompany you when using an ATM after dark
- Watch for suspicious persons or activity around the ATM. If you observe suspicious persons or circumstances, do not use the ATM at that time. If you are in the middle of a transaction, cancel the transaction, take your *Card,* leave the area, and come back at another time or use an ATM at another location.
- Ensure no one sees you enter your PIN
- Report all crimes immediately to the operator of the automated teller machine or local law enforcement
- Refrain from displaying cash, and put it away as soon as your transaction is completed. Wait to count your cash until you are in the safety of a locked enclosure, such as a car or home.
- Safe-keep or securely dispose of your ATM receipts





## ATM Linkages And Designation Of Accounts

### Account Linkages

The Bank shall determine the number and type of accounts that can be linked to your *Card*. You may link such additional accounts to your *Card* as the Bank permits from time to time. The permitted linkages may vary depending on the type of *Card*. The Bank may link to your *Card* any or all of the accounts on which you are an *Authorized Signer*, unless you request the Bank not to link specific accounts.

### Designation Of Primary Transaction Account

If you link only one account of a single type (e.g., checking, savings accounts) to the *Card*, the checking account is automatically designated as the "primary" account for purposes of electronic banking services.

### Designation Of Primary Vs. Other Accounts

If you link more than one account of a single type to the *Card*, you may designate a primary account, secondary account, and other accounts. For example, if you link four checking accounts to your *Card,* one account will be the primary account, another will be the secondary account and the remaining two accounts will be other accounts. If you do not designate one account as the primary account of a particular type of account, the first account of that type linked to your *Card* is considered the primary account for that type of account.

### Designating Market Rate Savings/Money Market Access Accounts As "MRAs"

You may have the Bank designate your market rate savings and Money Market Access Accounts as MRAs. The Bank may limit the number of MRAs that may be linked to your *Card* for access at any *Wells Fargo* ATM, using the MRA/MMA key.

### Designating Market Rate Savings/Money Market Access Accounts As "Savings" Accounts

You may have the Bank designate your market rate savings account or Money Market Access Account as a "savings" account.

### Linked Credit Card And Line Of Credit Accounts

If the Bank permits you to link your credit card account or line of credit account (each a "Credit Account") to your *Card*, you may use your *Card* to obtain cash or transfer funds from a linked Credit Account, so long as the Credit Account is in good standing and has available funds. Cash advances or transfer of funds are treated as cash advances, and are subject to the provisions of the agreement between you and the Bank applicable to the linked Credit Account.

# ATM Transactions And Point-Of-Sale Purchases

## Daily Limits

If the *Card* may be used to make withdrawals and/or transfers at an ATM or to make POS purchases, the following rules apply:

- There is no limit on the number of times the *Card* may be used each day so long as the applicable daily limits for Linked Accounts that are separately disclosed are not exceeded

- The ATM daily dollar limit is the maximum amount of cash that can be withdrawn from any combination of linked deposit accounts by an individual *Card*

- The daily POS purchase limit is the maximum amount of purchases (including cash back, if any) that can be debited from the Linked Account used for POS access

- For purposes of the daily limits only, a "day" is defined as the 24-hour period from midnight to midnight, Pacific Time. If a transaction is initiated in another time zone, it will be processed when the Bank receives it. The Bank will send notification if the Bank decreases the daily limits.

- If your Daily Purchase Point-of-Sale (POS) limit is greater than $99,999, you may need to request that the merchant process multiple transactions to complete a Visa purchase above this amount.

If the Cardholder already has a *Card* and does not know what the daily limits are, call the Bank at the telephone number listed in the *Schedule* or on the statement for your Account. For any *Cards* that allow linkage to Credit Accounts, cash advances, or transfers from linked Credit Accounts are subject to all terms in the agreement governing the credit card account or line of credit including daily limits and cash advance fees.

## Rewards Program

From time to time, the Bank may, at its sole discretion, offer, and without prior notice modify or terminate rewards program (each, a "Reward Program") for certain Cardholders.

## Available Funds

Generally, a Cardholder can withdraw funds up to the daily ATM or POS withdrawal limit, subject to the available balance in any combination of linked deposit accounts accessed for withdrawal. If the ATM or POS purchase would create an *Overdraft* on the Linked Account, the Bank may, in its sole discretion, take any of the actions described in the section of this *Agreement* titled "*Overdraft* And Non-sufficient Funds/NSF." The availability of deposits for withdrawal is described in the Funds Availability Policy.







## ATM Transactions And Point-Of-Sale Purchases

### POS Purchases

A Cardholder may use the *Card* to purchase goods and services from merchants that accept Visa® debit cards or merchants that participate in any network whose logo is on the back of the *Card*. See the back of the *Card* for the logos of the POS networks where purchases can be made.

If the Cardholder enters a PIN to authorize the POS purchase, the purchase will be processed via a regional POS network (not Visa). For purchases processed via a regional POS network, a participating merchant may choose to offer cash back as part of the total purchase amount.

If a Cardholder signs a receipt or provides a form of authorization other than the PIN to authorize the POS purchase, the purchase will be processed via the Visa network using primary checking account funds. For purchases processed via Visa, there is no cash back feature.

Stop payments may not be requested on POS transactions. If the Bank receives an electronic notice that a POS transaction has occurred, a hold may be placed on the account designated as the "primary" transaction account. The hold will be for the actual amount of the purchase or, depending on the merchant's practice, for the anticipated amount of the purchase (which may be greater than the actual amount of the purchase). The hold may remain in effect from the time the notice is received until the merchant draft or other *Item* is presented. The amount of each POS transaction will be deducted from the available funds in that designated account.

An ATM Card Cardholder may be subject to a Bank fee for unlimited POS purchases in any month that the Cardholder makes at least one purchase.

Some POS merchants may assess a fee for a purchase made at their location. A sign describing any fee should be posted by the merchant. This fee will be included in the total purchase amount shown on the Bank account statement linked to the *Card* and reflected on the receipt issued at the time of the transaction. This fee does not apply when using a Debit Card to make Visa purchases.

### Visa Account Updater Service

The Bank subscribes to the Visa Account Updater Service (VAU). Under this Service, if you give a merchant your *Card* number and authorized it to bill your *Card* periodically for recurring payments, and your *Card* number changes due to replacement of a damaged *Card*, lost/stolen *Card*, or an updated *Card* number, your new *Card* number will automatically be sent to such merchant that subscribes to the VAU Service. Because not all merchants or billing entities subscribe to the VAU Service, you should always notify each individual merchant of your new *Card* number. Changes to your *Card* number as a result of a lost/stolen *Card* will not be updated if there is reported fraud on the *Card* number that is being replaced, and you must contact merchants to notify them of your new *Card* information.

## ATM Transactions And Point-Of-Sale Purchases

### *Authorization Holds* For *Card* Transactions

For all *Card* purchase transactions, please note that we are permitted to place a temporary hold against some or all of the funds in the Account linked to your *Card* if and when an authorization request is obtained. We refer to this temporary hold as an "*Authorization Hold,*" and it will be subtracted from your *Available Balance*. In the case of an authorization request at a gasoline merchant or at a restaurant, hotel, or similar merchant, this amount may differ from the actual transaction amount as the actual transaction amount may not yet be known to the merchant when they submit the authorization request. For those transactions, there may be no *Authorization Hold*, or the amount of the *Authorization Hold* may be different from the transaction amount. In some other cases we may not receive an authorization request from the merchant, and there will be no *Authorization Hold*. We are permitted to place an *Authorization Hold* on your Account for up to three (3) *Business Days* (or such other period of time as may be permitted by payment network rules governing your *Card*) from the time of the authorization until the matched authorization transaction is paid from your Account. However, if the transaction is not submitted promptly for payment, we will release the *Authorization Hold*, which will increase your *Available Balance* until the transaction is submitted for payment by the merchant and finally posted to your Account. We urge you to record and track all of your transactions closely to confirm that your *Available Balance* accurately reflects your spending of funds from the Account linked to your *Card*. See the Terms and Conditions accompanying your *Card* for more information on these *Authorization Holds* and the manner in which you may obtain balance information.







## ATM Transactions And Point-Of-Sale Purchases

### Transactions Outside The United States

If a *Card* is used to make an ATM withdrawal or a POS purchase outside the United States, the network that handles the transaction will convert the local currency amount of the transaction to U.S. Dollars (or, in the case of a POS purchase only, the merchant that handles the transaction may convert the currency). If the network converts the currency, it will use either a rate selected by the network from the range of rates available in wholesale currency markets for the applicable central processing date, which rate may vary from the rate the network itself receives, or the government-mandated rate in effect for the applicable central processing date. If the merchant that handles the POS purchase converts the currency, the merchant will determine the currency conversion rate. For each purchase transaction completed outside the United States, the Bank may also charge an International Purchase Transaction Fee, which is based on the amount provided to the Bank by the network in U.S. Dollars (the "Network Transaction Amount").

### Shared Network ATMs

A Cardholder may use the *Card* at specified Shared Network ATMs with which the Bank maintains an ATM sharing arrangement. These are designated ATMs, owned or operated by other financial institutions, at which the Cardholder may conduct such non-*Wells Fargo* ATM transactions as withdraw cash from, deposits to, transfer available funds between, or check the balance on, the Accounts designated as the primary checking and primary savings Account(s). Check the back of the *Card* for the logos of the Shared ATM Network(s) with which the Bank is affiliated. These ATM transactions may not be available at all Shared Network ATMs, and may differ from those available at *Wells Fargo* ATMs. Transactions will be limited to the account access, withdrawal limit(s), and currency denomination(s) provided or allowed by the participating Shared Network ATM. Some banks do not provide the option of account type. In this case, the cash withdrawal will be from the primary transaction account. A fee may be assessed for each Shared Network ATM transaction you perform. Outside parties (merchants, financial institutions, etc.) may assess additional transaction fees for transactions made at their ATMs. These fees may be included in the total amount of the transaction amount that is withdrawn from your Account and shown on the statement for the Account.

### Deposits At ATMs; Deposit Verification

*Items* that the Cardholder wants to deposit to Linked Account(s) must be endorsed by all payees. *Paper Items* drawn on Credit Accounts (also known as "superchecks"), or made out to payees not on the account may not be accepted once the *Paper Item* has been examined. You may not deposit foreign currency or *Paper Items* with payment amounts stated in foreign currency. If the Cardholder makes a deposit at the ATM and the amount keyed differs from the sum of the *Deposited Items*, a debit or credit adjustment will be made to the Account. During the verification process, *Items* that the Bank refuses to accept for deposit for any reason (e.g. non-negotiable, endorsement exceptions, or otherwise irregular) will be returned by first class mail to the address in the Bank's records for your Account. The dollar amount of such *Items* will be deducted from the total dollar amount keyed in for deposit. The availability of deposits for withdrawal is described in the Funds Availability Policy.

# ATM Transactions And Point-Of-Sale Purchases

## Statements

If your Account is governed by Regulation E, the Bank will send you a monthly statement if there are electronic fund transfers in a particular month. Otherwise, the Bank will send you a statement at least quarterly.

## Statement Of Last 10 Transactions

The Cardholder may use the *Card* to obtain a printout of the 10 most recent monetary transactions (within the last 45 days) on any checking, savings, market rate savings, or remittance account linked to the *Card*. The transactions and the account balance may include deposits still subject to verification or collection by the Bank, and the balances may differ from the Cardholder's records because of deposits in progress, outstanding checks, or other withdrawals, payments or fees. Statement of Last 10 Transactions should not be used in lieu of the monthly statement for balancing/verifying the true account balance.

## Statement Of Balances Of Linked Accounts

The Cardholder may use the *Card* to obtain a printout of the balances of all accounts linked to the *Card*. Any balance shown on the statement may include deposits still subject to verification by the Bank, and the balances may differ from the Cardholder's records because of deposits in progress, outstanding checks, or other withdrawals, payments, or fees. If there is a "\*" next to the "Balance" for any deposit account (checking, savings, market rate savings, or remittance), there may be a hold on some or all of the total balance shown.

## Certain *Items* Affect The Account Total Balance:

- "Deposits/Credits in Process" reflects a cumulative total of all credit transactions performed on your Account using a *Card* since the ATM cutoff of the most recent *Business Day*, including ATM deposits and ATM transfers into your Account
- "Withdrawals/Debits in Process" reflects a cumulative total of all debit transactions performed on your Account using a *Card* since the ATM cutoff of the most recent *Business Day*, including ATM withdrawals, ATM transfers from the account, POS purchases, and cash withdrawals from your Account
- "Preauthorized Deposits/Payments in Process" reflects the net amount of any deposits or payments (preauthorized by you) that the Bank has received but has not yet posted to your Account
- "Funds on Hold" may include any amounts not yet available for withdrawal. Periodically and during system maintenance, statement of balances of linked accounts may not be available. However, the Cardholder may be offered the option of obtaining a statement of last 10 transactions (which does not include a running balance) during these times.

## Receipts At ATMs

The Cardholder will have the option to print a receipt each time an ATM is used to make an electronic transfer. The receipt is evidence of the transaction as recorded by the ATM. All transactions are subject to posting, final payment, or verification, as applicable. The Cardholder can use the receipt to reconcile the statement for their Account.





## ATM Transactions And Point-Of-Sale Purchases

### Access To Linked Credit Card And Line Of Credit Accounts Using ATMs

If the Bank links the Cardholder's Wells Fargo credit card account or line of credit account to the *Card* at the Cardholder's request, the Cardholder may use the *Card* to access the linked credit card account or line of credit account at any *Wells Fargo* ATM, as long as all of the necessary account information is provided. The Cardholder can use the *Card* to obtain cash or transfer funds from the linked credit card or line of credit account, as long as the linked credit card or line of credit account is in good standing and has available credit. Cash advances and transfer of funds from your credit card account or line of credit account are treated as cash advances. Each transaction with the *Card* involving any linked credit card account or line of credit account is subject to, respectively, the provisions of the applicable credit card account agreement or line of credit account agreement.

You must notify the Bank in case of errors or questions about your *Wells Fargo* credit card bill. If you think your bill is wrong, or if you need more information about a transaction on your bill, write to the Bank, on a separate sheet of paper, at: Wells Fargo Card Services, P.O. Box 522, Des Moines, IA, 50302-9907. You also may call the Bank at the telephone number listed on the statement for your Account. However, you must write to the Bank to preserve your billing rights. Please consult your *Wells Fargo* Visa® or MasterCard Customer Agreement and Disclosure Statement for complete information on the terms and conditions applicable to your credit card account, including the rules relating to cash advances from, and payments to, your credit card accounts.

### U.S. Postage Stamp Purchases

If a *Card* is used to purchase sheets of U.S. postage stamps at designated *Wells Fargo* ATMs, the purchase price will be debited from the Linked Account selected and appear on the statement for that Account. Stamp purchases are subject to the *Card's* daily dollar limit for cash withdrawals at the ATMs.

### ATM And POS Malfunctions

The Cardholder will not hold the Bank responsible for damages that result from or are a consequence of an ATM or POS malfunction. The Cardholder will promptly notify the Bank if an ATM fails to dispense the correct amount of cash or provide a proper receipt by calling or writing the Bank at the telephone number or address provided in the *Schedule*.

### When A Transaction Is Posted

The time required to debit or credit your Account after the *Card* is used will depend on the location of the ATM or POS and the type of transaction.

## Funds Transfers

### Termination Of *Card* Privileges

The *Card* is the property of the Bank. The Bank may terminate the Cardholder's *Card* privileges at any time without notice to you or the Cardholder. You or the Cardholder may terminate *Card* privileges at any time by writing the Bank at the address provided in your statement. You will immediately notify the Bank in writing of the termination of the Cardholder's authority to use a *Card*. If the Cardholder's authority is terminated, the Account is closed or the *Card* is canceled, you will immediately retrieve and destroy the *Card*(s) and upon request provide written confirmation that the *Card*(s) has been destroyed. If *Card* privileges are terminated, the Cardholder(s) must immediately surrender the *Card*(s) to the Bank. Termination of *Card* privileges will not affect any rights and obligations for transactions made with a *Card* before the privileges were terminated.



### Changes In Terms Affecting Electronic Transactions

From time to time, the Bank may change the terms and conditions applicable to electronic transactions. The Bank will send you written notice as required by the laws governing your Account.



### Termination Of Electronic Fund Transfer Privileges

All of your electronic transfer privileges end if your Account is closed. Either you or the Bank may terminate specific electronic transfer Services without closing your Account. You may terminate a Service by calling or writing the Bank at the number or address listed on the statement for your Account or provided in the *Schedule*. The Bank may terminate specific electronic fund transfers anytime without prior notice to you.



### Rules Of Funds Transfer Systems

Funds transfers to or from your Account will be governed by the rules of any funds transfer system through which the transfers are made, as amended from time to time, including, without limitation, Fedwire, the National Automated Clearing House Association, any regional association (each an "ACH"), and Clearing House Interbank Payments System (CHIPS). The following terms and conditions are in addition to, and not in place of, any other agreements you have with the Bank regarding electronic transactions.



### Notice Of Receipt Of Funds

Unless the Bank has otherwise agreed in writing, we will notify you of funds electronically debited or credited to your Account through the statement for your Account covering the period in which the transaction occurred. The Bank is under no obligation to provide you with any additional notice or receipt.



### Reliance On Identification Numbers

If a transfer instruction describes the person to receive payment inconsistently by name and account number, payment may be made on the basis of the account number even if the account number identifies a person different from the named person. If a transfer instruction describes a participating financial institution inconsistently by name and identification number the identification number may be relied upon as the proper identification of the financial institution.



## Funds Transfers

### Duty To Report Unauthorized And Erroneous Fund Transfers

You will exercise ordinary care to determine whether a fund transfer to or from your Account was either erroneous or not authorized and will notify the Bank of the facts within a reasonable time not exceeding 14 days after the Bank sends you the statement for your Account on which the transfer appears or you otherwise have notice of the transfer, whichever is earlier. You will be precluded from asserting that the Bank is not entitled to retain payment unless you object to payment within the 14 day period.

### Erroneous Payment Orders

The Bank has no obligation to detect errors in payment orders (for example, an erroneous instruction to pay a beneficiary not intended by you or to pay an amount greater than the amount intended by you, or an erroneous transmission of a duplicate payment order previously sent by you). Should the Bank detect an error on one or more occasions, it shall not be construed as obligating the Bank to detect errors in any future payment order.

### Automated Clearing House (ACH) Transactions

The following terms apply to payments to or from your Account that are transmitted through an ACH.

- Your rights as to payments to or from your Account will be based upon the laws governing your Account
- Credit given by a receiving bank to its customer for a payment from your Account is provisional until final settlement has been made or until payment is considered received under the laws governing your Account
- If a payment is made to your Account and the Bank does not receive final settlement or payment is not received under the laws governing your Account, you will not be considered to have received payment and the Bank will be entitled to reimbursement from you for that payment
- You hereby authorize any Originating Depository Financial Institution (ODFI) to initiate, pursuant to ACH Operating Rules, ACH debit entries to your Account for electronic presentment or re-presentment of *Items* written or authorized by you

## Other Electronic Fund Transfer Services

### Electronic Payments

#### Accounts That May Be Used

Electronic Payment Services are available to you from your checking, market rate checking, savings, or market rate savings Account.

#### Your Authorization

No one can charge your Account unless you authorize them to do so. If you authorize a person to periodically debit your Account, in most cases, that person must give you a copy of your written authorization to keep.

#### Limitations

There are no limitations on the amount or frequency of debits that you may make from your checking Account. If, however, you make payments from your savings or market rate savings Account, any limitation on withdrawals applicable to savings accounts will apply. See the section entitled "Limitations On Transfers From Your Savings Account" in the Interest-Earning Accounts section within this *Agreement*.

#### Notice Of Change In Amount

If you authorize a person to regularly debit your Account and the amount varies from the previous amount debited, the person debiting your Account is required to tell you, at least 10 days before each debit, when the debit will be made and how much it will be.

You have the same right to stop payment as described in the "Electronic Payments" section within this *Agreement*.

#### Liability for Failure to Make Certain Preauthorized Transfers

If we do not complete a transfer on time or in the correct amount according to our agreement with you, we will be liable for your losses or damages, unless any of the following conditions exist:

- You do not have enough funds in your Account or linked account for overdraft protection to make the transfer;
- If the automated teller machine where you are making the transfer does not have enough cash or is not working properly;
- If circumstances beyond our control (such as earthquake, fire, flood, or system failure) prevent the transfer despite reasonable precautions that we have taken; or
- There are other exceptions stated in our agreement with you.

#### Stop Payment Of Preauthorized Electronic Fund Transfers

You may place a stop payment order of preauthorized electronic fund transfers by calling *Wells Fargo Phone Bank* at the number listed on the statement for your Account at least three *Business Days* prior to the scheduled transfer date. The Bank requires your name and the account number associated with the such transfer, and the exact:

- Name of the payee
- The exact payment amount
- Scheduled transfer date

Failure to provide correct and complete information may prevent us from acting on the stop payment order of the preauthorized electronic fund transfer. You agree to indemnify and hold the Bank and its *Affiliates*, officers, directors, employees, consultants,







## Other Electronic Fund Transfer Services

shareholders, and agents harmless from and against any loss incurred by the Bank as a result of the Bank's paying an electronic fund transfer if any of the information relied upon in the stop payment order is incorrect or incomplete (or as a result of the Bank's not paying a preauthorized electronic fund transfer for which a valid stop payment order is in effect.) If the Bank pays a preauthorized electronic fund transfer over a valid stop payment order, the Bank may require you to provide it with an affidavit describing in detail the dispute. If you order us to stop a preauthorized transfer three business days or more before the transfer is scheduled, and we do not do so, we will be liable for your losses or damages.

### Reversal

You have the right to reverse any unauthorized payment that was debited from your Account through an automated clearinghouse (ACH). If you give the Bank written notice that you want to reverse a payment, the Bank will recredit your Account for the amount of the payment. You must notify the Bank within 15 days after we send you the statement for your Account that reflects the payment you wish to reverse. This right of reversal is in addition to your right to stop payment.

### Electronic Check Conversion

You may authorize a merchant or other payee to make a one-time electronic payment from your checking Account using information from your check to:

- Pay for purchases
- Pay bills

### Preauthorized Credits

#### Your Authorization

You must specifically authorize the transferor to transfer funds electronically to your Account. If you ask, the transferor may provide you a copy of your authorization.

#### Limitations

There are no limitations on the number of credits or the amounts that may be credited to your Account.

#### Deposit Inquiry

You have the right to find out whether an electronic transfer was credited to your Account. Please contact *Wells Fargo Phone Bank* at the number listed on your statement for your Account.

#### When Transactions Are Posted

The credit the Bank provides for an electronic payment is provisional until the Bank receives final settlement or payment. If the Bank does not receive final settlement or payment, the Bank is entitled to a refund of the credit. The Bank is legally required to post any preauthorized credit to your Account as of the day it is received. If you authorize a credit to an interest-earning savings account, the Bank will pay interest on that credit from the settlement date for that transaction.

# Other Electronic Fund Transfer Services



## Preauthorized Transfers

### General

If you authorize the Bank to make preauthorized transfers, the Bank may periodically transfer amounts you specify from your checking or savings Account to another account or send them to you by check. This Service is only available if you have a *Wells Fargo* checking or a savings account.

### Your Authorization

To use this Service, you must provide the Bank with authorization.



### Limitations

The Bank provides you with separate notice of any limit on the amount you may transfer at any single time or on any given day, or of any limit on the number of transfers you can make from your checking Account. Limits on the number of transfers you can make from your savings Account are described in "Limitations On Transfers From Your Savings Account" in the Interest-Earning Accounts section within this *Agreement*.

### Stop Payments

You have the same right to stop payment as described in the "Electronic Payments" section within this *Agreement*.



## Online Banking

To use the Online Banking service, you must be at least 13 years old and enter into a separate agreement with the Bank. Your rights and obligations regarding Online Banking are more fully explained in that separate agreement.





## Liability For Unauthorized Electronic Fund Transfers

### In Case Of Errors Or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, call *Wells Fargo Phone Bank* at 1-800-869-3557 or the number listed on the statement for your Account, or Write us at: Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR 97228- 6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. The Bank must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

- Tell the Bank your name and Account number (if any)
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell the Bank the dollar amount of the suspected error

### Lost Or Stolen *Card* Or PIN; Reporting Unauthorized Electronic Transfers

If you believe your *Card*, your *Card* number, or your PIN has been lost or stolen, call *Wells Fargo Phone Bank* at 1-800-869-3557 or the number listed on your Account statement or write: Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR 97228- 6995. You should also call the number or write to the address listed above if you believe a transfer has been made using the information from your check without your permission.

### Liability For Transactions Covered By Regulation E

Tell us AT ONCE if you believe your *Card*, your *Card* number, or your PIN has been lost or stolen, or if you believe that an electronic fund transfer has been made without your permission using information from your check. Telephoning is the best way of keeping your possible losses down. You could lose all the money in your Account (plus funds in a line of credit or savings account linked to your *Card* or as part of an *Overdraft* Protection plan). If you tell us within two *Business Days* after you learn of the loss or theft of your *Card*, your *Card* number or your PIN, you can lose no more than $50 if someone used your *Card*, your *Card* number or your PIN without your permission, subject to *Zero Liability*.

If you do NOT tell us within two *Business Days* after you learn of the loss or theft of your *Card*, your *Card* number, or your PIN, and the Bank can prove it could have stopped someone from using your *Card*, your *Card* number or your PIN without your permission if you had told us, you could lose as much as $500, subject to *Zero Liability*. Also, if your statement shows transfers that you did not make, including those made by *Card,* PIN or other means, tell us at once. If you do not tell us within 60 days after the statement was mailed to you, you may not get back any money you lost after the 60 days if the Bank can prove that it could have stopped someone from taking the money if you had told us in time. If a good reason (such as a long trip or a hospital stay) kept you from telling us, the Bank will extend the time periods.

## Liability For Unauthorized Electronic Fund Transfers



### Investigation Of Claims Covered By Regulation E

If you tell the Bank of a claim, the Bank may require that you send your complaint or question in writing within 10 *Business Days*. The Bank will determine whether an error occurred within 10 *Business Days* after the Bank hears from you and will correct any error promptly. If the Bank needs more time, however, it may take up to 45 days to investigate your complaint or question. If the Bank decides to do this, it will credit your Account within 10 *Business Days* for the amount you think is in error, so that you will have the use of the money during the time it takes the Bank to complete its investigation. If the Bank asks you to put your complaint or question in writing and it does not receive it within 10 *Business Days*, the Bank may not credit your Account.

For errors involving new accounts, Point-of-Sale (POS), or foreign-initiated transactions, the Bank may take up to 90 days to investigate your complaint or question. For new accounts, the Bank may take up to 20 *Business Days* to credit your Account for the amount you think is in error. The Bank will tell you the results within three *Business Days* after completing its investigation. If the Bank decides that there was no error, it will send you a written explanation. You may ask for copies of the documents that the Bank used in its investigation.



### POS And Other Transactions Not Covered By Regulation E

For POS and other transactions not governed by Regulation E, you are liable for all losses relating to *Unauthorized EFTs* that do not result solely from the negligence or intentional misconduct of the Bank, unless the laws governing your Account require lesser liability. If the laws governing your Account require additional disclosures related to your electronic transactions, the Bank provides them to you in the *Schedule*.

### Investigations Of Claims Not Covered By Regulation E

If you orally notify the Bank of your claim, the Bank may ask you to send your claim in writing within 10 *Business Days*. If the claim is not governed by Regulation E, then the following provisions apply:



- The Bank shall attempt to complete its investigation within 10 *Business Days* (20 *Business Days* if the alleged error occurred during the first 30 days your Account is open) of your notifying the Bank. The Bank will report the results to you within three *Business Days* after completing its investigation and correct any error promptly. If the Bank needs more time, the Bank may take up to 90 days to investigate your claim, as long as the Bank provisionally recredits your Account within five *Business Days* for the amount you think is in error. You will have the use of the money while the Bank completes its investigation. If the Bank receives your written notice within five *Business Days*, the Bank shall provisionally recredit your Account at the end of the five-day period.



- If the Bank receives your written notice after the end of the five-day period, but within 10 *Business Days* (20 *Business Days* if the alleged error occurred during the first 30 days your Account is open), the Bank will recredit your Account at the end of the 10 day period (20-day period, as appropriate). If the Bank does not receive your written notice within 10 *Business Days* (or 20 *Business Days*, as appropriate), the Bank does not need to recredit your Account while it completes its investigation.

- If the Bank decides that there was no error, the Bank will send you a written explanation within three *Business Days* after it completes its investigation. You may ask for copies of any documents the Bank used in its investigation.



65

## Liability For Unauthorized Electronic Fund Transfers

### *Zero Liability*

*Zero Liability* protects you from *Unauthorized EFTs* or charges to your Account subject to the conditions described below.

Each *Card* may be embossed with the name of the Cardholder to whom it is issued. You are responsible for *Cards* issued to Cardholders. You will not be liable for *Unauthorized EFTs* except as explained below. Under *Zero Liability*, *Unauthorized EFTs* do not include (that is, you are liable for):

- Any transaction by a co-owner, a Cardholder or person authorized by a Cardholder, or other person with an interest in or authority to transact business on the Account
- Any transaction by a Cardholder that exceeded the authority given by the account holder
- Any transaction a merchant has processed in error, or a transaction in which the Cardholder is unhappy with goods or Services received. In these cases, the Cardholder should first contact the merchant to obtain resolution.

If a Cardholder suspects that his or her *Card* has been lost or stolen, or that an *Unauthorized EFT* has been made with the *Card* or the *Card* number issued to him or her, notify the Bank as soon as possible by calling *Wells Fargo Phone Bank* at 1-800-869-3557 or the number listed on the statement for your Account. You may also write to the Bank at: Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR 97228-6995. The sooner the Bank is notified, the sooner the Bank can protect the Linked Accounts. A delay in reporting the *Unauthorized EFT* may affect your liability protection, as defined below.

### Notices Given Within 60 Days Of Delivery Of First Statement

You have zero liability for an *Unauthorized EFT* made with a *Card* or *Card* number as defined above if the Bank is notified of the *Unauthorized EFT* within 60 days of when the first statement showing the *Unauthorized EFT* was delivered.

### Notices Given More Than 60 Days After Delivery Of First Statement

If the Bank is not notified within 60 days of when the first statement showing the *Unauthorized EFT* was delivered, you will have the burden of proving that the transaction was unauthorized. You may be required to provide documentation in support of your claim, including an affidavit of unauthorized use and a police report. Additionally, in evaluating your claim, the Bank will consider whether any negligence on the part of the Cardholders has contributed to the transaction in question. Some of the factors that the Bank will consider in connection with this evaluation include:

- **Timely reporting of lost *Card*.** Whether any loss or theft of the *Card* was reported to the Bank within 48 hours of discovery of the loss or theft.
- **Prompt review of statements.** Whether you promptly reviewed any statement for your Account that was provided to you.
- **Prompt report of *Unauthorized EFT*.** Whether, following discovery of an unauthorized use of the *Card* on a statement for your Account, the *Unauthorized EFT* was reported to the Bank within 48 hours of the discovery.
- **Safeguard *Card* and PIN.** Whether the Cardholder exercised reasonable care in safeguarding his or her *Card*, *Card* number, and Personal Identification Number (PIN) from loss or theft.
- **Multiple prior incidents.** Whether you have reported multiple incidents of *Unauthorized EFTs* to the Bank within the 12-month period immediately preceding your claim and the facts and circumstances surrounding those incidents.

## Wells Fargo Phone Bank

### General

This section describes the special rules applicable to the Services available through *Wells Fargo Phone Bank*. *Wells Fargo Phone Bank* may be accessed by telephoning the Bank at the number provided on the statement for your Account and either using the automated Telephone Banking Service and/or speaking with a Phone Banker.



### Security Procedure

The Bank will use a security procedure to authenticate the caller seeking to access Services using *Wells Fargo Phone Bank*. If a Personal Identification Number (PIN) has been assigned (for ATM Card, Debit Card, or PIN-Only use), the Bank may use the PIN as the security procedure to permit access to the automated Telephone Banking Service. If a PIN has not been assigned, or if *Wells Fargo Phone Bank* is not accessed through the automated phone system, other information the Bank has on file about you, your *Authorized Signer* or your Account will be used as the security procedure to permit access to *Wells Fargo Phone Bank*.

### PIN Security

You may change your PIN at anytime by using the Customer Selected PIN Service at a Banking Location or by requesting the mailing of a new randomly selected PIN when calling *Wells Fargo Phone Bank*. The Bank may cancel your Customer Selected PIN at any time without notice. To ensure your PIN is not cancelled due to inactivity, it must be used at least once during the preceding six-month period.



### Liability Waiver

When the Bank authenticates a caller through use of a PIN and/or any other information, the Bank may, in its sole discretion, rely that the caller has authorized any transactions performed, without limitation, to transfer of funds between or among your Linked Accounts.

### Information And Transfers

You may obtain information about your Account by telephone. If you maintain more than one Account, you may transfer funds between those Accounts by telephone.



### Limitations

The limitations on the number of transfers you can make from your savings Accounts are described in the section of this *Agreement* entitled "Limitations On Transfers From Your Savings Account" in the Interest-Earning Accounts section.

### When Transactions Are Posted

Telephone transfers accepted by the Bank prior to the Bank's cutoff hour on a *Business Day* are posted on that day, if possible. Telephone transfers which cannot be posted the same day or which are received after the cutoff hour, on a holiday observed by the Bank, or over the weekend, are posted on the next *Business Day*.



### Telephone Transactions Not Covered By EFTA/Regulation E

The Electronic Fund Transfer Act (EFTA) and Regulation E do not apply to electronic fund transfers initiated by telephone unless under a written plan in which periodic or recurring transfers are intended.

67

## Terms Of Use To *Wells Fargo Mobile* Text Banking Service

### *Wells Fargo Mobile* Text Banking Service

These *Terms of Use* set forth the terms and conditions for use of the *Wells Fargo Mobile* Text Banking Service. You agree to all the terms, conditions, and notices contained or referenced in this *Terms of Use,* and to any subsequent changes and amendments which may be updated and posted to the Bank's website from time to time. Upon registering for the Wells Fargo Mobile Text Banking Service, you are providing your **PRIOR EXPRESS CONSENT** permitting the Bank, including its affiliates, agents, assigns, and third party vendors of each, to contact you for emergency, fraud prevention, servicing, telemarketing, or for any other purposes and by any means necessary, including by use of an autodialer or predictive dialer to effect contact.

Access to and use of the *Wells Fargo Mobile* Text Banking Service is subject to all applicable federal, state, and local laws and regulations. Unauthorized use of the *Wells Fargo Mobile* Text Banking Service or information accessed via the *Wells Fargo Mobile* Text Banking Service is strictly prohibited.

### Description Of *Wells Fargo Mobile* Text Banking Service

*Wells Fargo Mobile* Text Banking Service refers generally to any service allowing you to access and view "Eligible Account(s)" from your cell phone or handheld device (collectively, "Mobile Device").

### What Does *Wells Fargo Mobile* Text Banking Service Include?

The *Wells Fargo Mobile* Text Banking Service allows you to request and receive account activity and balances, and statement balances and minimum amounts due for your "Eligible Account(s)". You can also get Wells Fargo location information, and the ability to manage your Text Banking preferences—all from your mobile phone.

The *Wells Fargo Mobile* Text Banking Service is a stand-alone service, which is a subset of a larger service known as *Wells Fargo Mobile* Banking. While *Wells Fargo Mobile* Banking includes Browser Banking as well as Text Banking, these *Terms of Use* relate only to the *Wells Fargo Mobile* Text Banking service, which allows you to view your available Account balance and review recent Account history using only the text message functionality on your Mobile Device. You do not need Internet access on your Mobile Device to use Text Banking; however *Wells Fargo Mobile* Text Banking requires a text-enabled Mobile Device.

From time to time, the Bank may develop additional mobile banking services. As such services are developed, you will have the opportunity to add them to your *Wells Fargo Mobile* Text Banking Service.

### How To Receive The *Wells Fargo Mobile* Text Banking Service

You must first register for the *Wells Fargo Mobile* Text Banking Service in order to receive the service.

### No Fees To Access *Wells Fargo Mobile* Text Banking Service

There is no fee or charge assessed by the Bank for you to register for or access the *Wells Fargo Mobile* Text Banking Service at this time. You may incur charges from your telecommunications carrier when sending and receiving text messages for Text Banking. The Bank reserves the right to assess fees or charges for the Text Banking Service in the future. You will receive notice of such fees or charges, as required by law.

# Terms Of Use To *Wells Fargo Mobile* Text Banking Service



## Security

Information you provide in connection with the *Wells Fargo Mobile* Text Banking Service will be stored on the Bank's secure server(s) and protected by advanced encryption techniques.

## Privacy And Solicitation

Wells Fargo adheres to the Children's Online Privacy Protection Act (COPPA). We do not knowingly collect or use personal information from children under 13 without obtaining verifiable consent from their parents. We are not responsible for the data collection and use practices of nonaffiliated third parties to which our websites may link. By using this Service, you certify that you are at least 13 years of age or older.



## Export Control & International Use

You are responsible for compliance with the laws of the United States and your local jurisdiction regarding the import, export, or re-export of any products or information subject to export control. The Bank makes no representation that any content or use of the *Wells Fargo Mobile* Text Banking Service is appropriate or available for use in locations outside of the United States. Accessing the *Wells Fargo Mobile* Text Banking Service from locations where its contents or use is illegal is prohibited by the Bank.



## Proprietary Rights

Other than your materials and account information, all content received on the *Wells Fargo Mobile* Text Banking Service is the exclusive property of the Bank and/or its licensors and is protected by copyrights or other intellectual property rights. The trademarks, logos, and *Wells Fargo Mobile* Text Banking Service marks displayed on the *Wells Fargo Mobile* Text Banking Service (collectively the "Trademarks") are the registered and unregistered trademarks of the Bank or third parties, and no rights are intended to be granted to anyone other than the Bank without the express written permission of the Bank, or the third party which has rights to such Trademark, as appropriate.



## Your Responsibilities

### Providing Honest And Accurate Information Upon Registration

You agree to provide true, accurate, current, and complete information about yourself as requested in registering for the Service, and you agree to not misrepresent your identity.

### No Illegal Use Of The *Wells Fargo Mobile* Text Banking Service

You agree not to use the *Wells Fargo Mobile* Text Banking Service to conduct any business or activity or solicit the performance of any activity that is prohibited by law or any contractual provision by which you are bound with any person. You agree to comply with all applicable laws, rules, and regulations in connection with the *Wells Fargo Mobile* Text Banking Service.



### Prompt Notification Of Theft Or Destruction Of Equipment

You agree to timely notify the Bank in the event you lose, change, or destroy the device whose phone number is registered with the *Wells Fargo Mobile* Text Banking Service.

### Naming Of Accounts

You agree not to use any personally-identifiable information when providing shortcuts or creating nicknames to your Eligible Accounts.

69

## Terms Of Use To *Wells Fargo Mobile* Text Banking Service

### Termination

To terminate this service, from your mobile device text "STOP" to 93557 and press SEND. These *Terms of Use* will be in effect from the date your registration is submitted by you and accepted by the Bank and at all times while you are using the *Wells Fargo Mobile* Text Banking Service. Either you or the Bank may terminate your use of the *Wells Fargo Mobile* Text Banking Service or any product within the service at any time with or without notice. All applicable provisions of these *Terms of Use* shall survive termination by either you or the Bank.

### Limited Liability For Use Of The *Wells Fargo Mobile* Text Banking Service

We hope you will find the *Wells Fargo Mobile* Text Banking Service to be a useful and reliable Service. However, neither the Bank nor the *Wells Fargo Mobile* Text Banking Service providers can make any representation or warranty that you will have continuous or uninterrupted access to the *Wells Fargo Mobile* Text Banking Service or any of its content or functions, or that any of the functions of the *Wells Fargo Mobile* Text Banking Service will be error-free. THE SERVICE IS PROVIDED TO YOU "AS IS" AND "AS AVAILABLE," AND THE BANK, AND OUR *WELLS FARGO MOBILE* TEXT BANKING SERVICE PROVIDERS MAKE NO REPRESENTATION OR WARRANTY RELATING TO THE *WELLS FARGO MOBILE* TEXT BANKING SERVICE (INCLUDING, WITHOUT LIMITATION, ITS PERFORMANCE, AVAILABILITY, CONTENTS, OR FUNCTIONS), INCLUDING, WITHOUT LIMITATION, EXPRESS OR IMPLIED WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT OF THIRD-PARTY RIGHTS AND TITLE, AND ANY IMPLIED WARRANTY ARISING FROM COURSE OF DEALING OR COURSE OF PERFORMANCE. YOUR SOLE AND EXCLUSIVE REMEDY FOR ANY FAILURE OR NON-PERFORMANCE OF THE *WELLS FARGO MOBILE* TEXT BANKING SERVICE (INCLUDING ANY ASSOCIATED SOFTWARE OR OTHER MATERIALS SUPPLIED IN CONNECTION WITH THE *WELLS FARGO MOBILE* TEXT BANKING SERVICE, IF APPLICABLE) SHALL BE FOR THE BANK TO USE COMMERCIALLY REASONABLE EFFORTS TO PERFORM AN ADJUSTMENT OR REPAIR OF THE *WELLS FARGO MOBILE* TEXT BANKING SERVICE. Some jurisdictions do not allow the exclusion of certain warranties, so the above exclusions may not apply to you. You may also have other legal rights, varying from state to state.

YOU UNDERSTAND THAT THERE ARE RISKS ASSOCIATED WITH USING A MOBILE DEVICE, AND THAT YOU WILL ADHERE TO YOUR RESPONSIBILITIES AS OUTLINED IN THE SECTION ENTITLED **YOUR RESPONSIBILITIES.**

## Terms Of Use To *Wells Fargo Mobile* Text Banking Service

### Indemnification

You agree to indemnify, defend, and hold the Bank and its *Affiliates,* officers, directors, employees, consultants, agents, *Wells Fargo Mobile* Text Banking Service providers, and licensors, parent, affiliates, and shareholders harmless from any and all third party claims, liability, damages, and/or costs (including, but not limited to, reasonable attorneys' fees) arising from:

- A third party claim, action, or allegation of infringement, misuse, or misappropriation based on information, data, files, or other materials submitted by you to the *Wells Fargo Mobile* Text Banking Service
- Any fraud, manipulation, or other breach of these *Terms of Use* by you
- Any third party claim, action, or allegation brought against the Bank arising out of or relating to a dispute with you over the terms and conditions of an agreement or related to the purchase or sale of any goods or *Wells Fargo Mobile* Text Banking Services
- Your violation of any law or rights of a third party
- Your use, or the provision of the *Wells Fargo Mobile* Text Banking Service or use of your Account by any third party
- Damages that result from misuse or loss of your phone or misuse of the *Wells Fargo Mobile* Text Banking Service

The Bank reserves the right, at its own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you will cooperate at your expense with the Bank in asserting any available defenses. You will not settle any action or claims on the Bank's behalf without the prior written consent of the Bank.

### Contacting Us

If you have any questions regarding these *Terms of Use*, or the *Wells Fargo Mobile* Text Banking Service, please contact us at 1-866-863-6762.






# Index

**A**

Acceptable Form Of *Paper Items,* Document And Image Quality ........................ 38
Access To Linked Credit Card And Line Of Credit Accounts Using ATMs. ................ 58
Account Conversion ............................................................ 38
Account Linkages. ............................................................. 52
Account Linkages And Designation Of Accounts. ..................................... 52
Account Ownership, Form Of. .................................................. 35-37
Accounts Owned By More Than One Person ......................................... 35
Acts And Omissions Of Other Financial Institutions ................................. 20
Additional Deposits. ........................................................... 45
Additional Rules for Opportunity Checking and Opportunity Savings Accounts ........ 23
Address Changes For Bank Statements And Other Account Related Information ........ 9
Adverse Claims ............................................................... 15
*Affiliate* ..................................................................... 2
Annual Percentage Yield And Annual Percentage Yield Earned ....................... 43
Arbitration, Fees And Expenses. .................................................. 6
ATM And POS Malfunctions ..................................................... 58
ATM Card And Debit Card Safety, Wells Fargo ...................................... 51
ATM Cards And Debit Cards ................................................... 50-51
ATM Linkages And Designation Of Accounts. ....................................... 52
ATM Safety .................................................................. 51
ATM Transactions And Point-Of-Sale (POS) Purchases ............................ 53-58
Authorization *Holds* For *Card* Transaction ......................................... 55
*Authorized Signer* ............................................................. 2
Automated Clearing House (ACH) Transactions ..................................... 60
*Available Balance* ............................................................. 2
Available Funds. ............................................................... 53

**B**

Bank Fees ................................................................... 33
Binding Arbitration ............................................................ 5
Breach Of Warranties. .......................................................... 19
*Business Days* ................................................................ 2

**C**

*Card.* ....................................................................... 2
Card Privileges, Termination. .................................................... 59
CDs (Time Accounts). .......................................................... 45
Certain *Items* Affect The Account Total Balance. .................................... 57
Certificated CDs .............................................................. 45
Changes In Terms Affecting Electronic Transactions ................................ 59
Check 21 Mandated Consumer Disclosure ...................................... 16-17
Check Return Customers, Special Notice. .......................................... 17
Check Safekeeping And Image Statements ......................................... 49
Checking Subaccounts. ......................................................... 34
Checks Bearing Notations. ...................................................... 19
Claims Of *Unauthorized Transactions;* The Bank's Rights And Liability. .............. 14-15
Closing Your Account .......................................................... 38

# Index

Collection *Items* .................................................... 18
Combined Balances................................................... 33
Combined Statements ................................................. 9
Compounding And Crediting .......................................... 42
Contacting Us ....................................................... 71
Contacting You ...................................................... 10
Content Of Stop Payment Order....................................... 29
Contract Language ................................................... 39
Copies Of Canceled *Paper Item* ..................................... 10
Credit Reports ...................................................... 39

**D**

Daily Limits......................................................... 53
Dates And Special Instructions On *Paper Items* ..................... 28
Death Or Incompetence ............................................... 37
*Deposited Item* ..................................................... 2
*Deposited Items* Returned .......................................... 20
Deposits, Additional ................................................ 45
Deposits At *Affiliates* ............................................ 19
Deposits At ATMs; Deposit Verification............................... 56
Deposits At Bank .................................................... 19
Deposits Of Non-U.S. *Items* ........................................ 20
Deposits To Your Account ........................................ 18-21
Description Of Wells Fargo Mobile Text Banking Service............... 68
Designating Market Rate Savings/Money Market Access Accounts As "MRAs" .......... 52
Designating Market Rate Savings/Money Market Access Accounts As "Savings" Accounts 52
Designation Of Primary Transaction Account ......................... 52
Designation Of Primary Vs. Other Accounts .......................... 52
Determining The Day Of Receipt ...................................... 22
Determining Your Account's Available Balance........................ 26
Direct Deposits Returned By The Bank................................ 21
Disclosure Of Information............................................ 39
Dispute Resolution Program: Arbitration Agreement................... 4-6
Disputes............................................................. 4
Document And Image Quality.......................................... 38
Dormant And Unclaimed Accounts...................................... 40
Duty To Report Unauthorized And Erroneous Fund Transfers ........... 60

**E**

Effective Period Of Stop Payment Order; Renewal; Revocation......... 29
Electronic Banking Services ......................................... 50
Electronic Check Conversion ......................................... 62
Electronic Fund Transfer Privileges, Termination................... 59
Electronic Payments ................................................. 61
Electronic Transfers, In Case Of Errors Or Questions About Your ..... 64
Endorsements ........................................................ 18
Erroneous Payment Orders............................................ 60
Export Control & International Use .................................. 69



# Index

**F**

Facsimile Or Mechanical Signatures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
Failure To Supply Signature . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
Fees And Expenses Of Arbitration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
Acts Beyond The Control Of The Bank . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
Forgeries Or Missing Signatures; Alterations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
Form Of Account Ownership . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35-37
Fraud Prevention . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-13
Fraud Prevention Guidelines . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
Freezing Your Account . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
Funds Availability Policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22-25
Funds Transfer Systems, Rules Of . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59
Funds Transfers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59-60

**G**

General . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18,29,30,33,38,45,63,67

**H**

Holds On Other Funds (Check Cashing) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
Holds On Other Funds (Other Accounts) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
How Do You Make A Claim For A Refund? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
How To Receive The Wells Fargo Mobile Text Banking Service . . . . . . . . . . . . . . . . . . . . . . . . 68

**I**

Illegal Transactions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50
Important Information About Your Checking Account . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
Important Notice . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . i
In Case Of Errors Or Questions About Your Electronic Transfers . . . . . . . . . . . . . . . . . . . . . . 64
Indemnification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14,71
Information And Transfers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67
Instant ATM Card or Instant Debit Card . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50
Instructions Of Co-Owners And Their Representatives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
Interest Accrual . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42
Interest Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42
Interest-Earning Accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42-44
Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Investigation By The Bank; Your *Agreement* To Cooperate . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
Investigation Of Claims Covered By Regulation E . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65
Investigations Of Claims Not Covered By Regulation E . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65
Issuance Of A *Card* And PIN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50
*Item* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
*Items* Resulting From Your Voluntary Disclosure Of Your Account Number . . . . . . . . . . . . . 27

**J**

Joint Liability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

**L**

Large Cash Withdrawals and Deposits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
Laws Governing Your Account . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
Legal Process . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

# Index

Liability For Transactions Covered By Regulation E ........................................ 64
Liability For Unauthorized Electronic Fund Transfers ............................... 64-66
Liability To Holders In Due Course ...................................................... 29
Liability Waiver .......................................................................... 67
Limit On Number Of Accounts ............................................................ 40
Limitation Of Liability; Indemnification ................................................ 14
Limitations .............................................................................. 67
Limitations On Transfers From Your Savings Account ...................................... 44
Limited Liability For Use Of The *Wells Fargo Mobile* Text Banking Service ............... 70
Linked Accounts, Statement Of Balances .................................................. 57
Linked Credit Card And Line Of Credit Accounts .......................................... 52
Longer Delays May Apply ................................................................. 22
Lost Or Stolen *Card* Or PIN; Reporting Unauthorized Electronic Fund Transfers .......... 64
Lost Or Stolen *Paper Items; Unauthorized Items* ........................................ 13

**M**

Mailing Statements And Other Account Related Information To You .......................... 8
Maturity Date ........................................................................... 45
Method Used To Calculate Earned Interest ................................................ 42
Minor-By Accounts ....................................................................... 36
Miscellaneous ..................................................................... 6,38-41
Mobile Text Banking Service ......................................................... 68-71
Modification Of *Agreement* ............................................................. 41
Monitoring And Recording Communications ................................................ 41

**N**

No Fees To Access *Wells Fargo Mobile* Text Banking Service ............................. 68
No Fiduciary Relationship ............................................................... 41
Non-Judicial Resolution Of Disputes ...................................................... 4
Notice Of Receipt Of Funds .............................................................. 59
Notices And Other Mail .................................................................. 10
Notices Given More Than 60 Days After Delivery Of First Statement ....................... 66
Notices Given Within 60 Days Of Delivery Of First Statement ............................. 66

**O**

Online Banking .......................................................................... 63
Order Of Posting; Catagories of *Items* ................................................. 26
Other Electronic Fund Transfer Services .............................................. 61-63
*Overdraft* .............................................................................. 3
*Overdraft* Protection Plans ............................................................ 32
*Overdrafts* And Non-sufficient Funds/NSF ............................................... 30
*Overdrafts;* Security Interest; The Bank's Right To Setoff .......................... 30-32

**P**

*Paper Item* ............................................................................. 3
*Paper Items,* Acceptable Form Of ....................................................... 38
*Paper Item,* Copies Of Canceled ........................................................ 10
*Paper Items* Paid Over Valid Stop Payment Orders ....................................... 29
*Paper Items* Presented Over-The-Counter For Payment By A Non-Customer ................... 27





# Index

*Paper Items,* Dates And Special Instructions .......................................... 28
Payment Of Fees.................................................................. 33
Payment Of Interest.............................................................. 45
Pay-On-Death (POD) Accounts ...................................................... 36
Phone Bank, Wells Fargo .......................................................... 67
PIN Security ..................................................................... 67
POS And Other Transactions Not Covered By Regulation E ............................ 65
POS Purchases.................................................................... 54
Preauthorized Credits............................................................ 62
Preauthorized Transfers .......................................................... 63
Privacy And Solicitation ......................................................... 69
Proprietary Rights ............................................................... 69
Protecting The *Card* And Personal Identification Number (PIN) ...................... 50

**R**

Receipts At ATMs ................................................................. 57
Reconstructing Lost Or Destroyed *Deposited Items*................................... 21
Relation Between Posting Order and Overdraft/*Returned Items* ........................ 27
Reliance On Bank Records To Determine Ownership ................................... 37
Reliance On Identification Numbers ............................................... 59
Renewal Policies ................................................................. 46
Reordering Checks................................................................ 41
Returned, Unclaimed Account Related Information ................................... 9
Rewards Program.................................................................. 53
Rights Preserved.................................................................. 6
Rules Of Funds Transfer Systems................................................... 59

**S**

Security ......................................................................... 69
Security Interest; The Bank's Right To Setoff..................................... 32
Security Procedure................................................................ 67
Shared Network ATMs .............................................................. 56
Special Notice for Check Return Customers ......................................... 17
Special Rules For New Accounts ................................................... 24
Standard Of Care ................................................................. 14
Statement Of Balances Of Linked Accounts ......................................... 57
Statement Of Last 10 Transactions................................................. 57
Statements, Combined..............................................................9, 57
Statements And Error Notifications................................................ 8
Statements And Other Account Related Information ..................................8-10
Statements, Your Obligation ...................................................... 8
Stop Payment Orders; Notices Of Post-Dating....................................... 29
Substitute Checks And Your Rights ................................................ 16
Sweep Accounts....................................................................47-48

**T**

Tax Identification Number Certification........................................... 43
Telephone Transactions Not Covered By EFTA/Regulation E ........................... 67

# Index

Termination . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70
Termination Of *Card* Privileges . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59
Termination Of Electronic Fund Transfer Privileges . . . . . . . . . . . . . . . . . . . . 59
Terminology. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Terms Of Use To *Wells Fargo Mobile* Text Banking Service . . . . . . . . . . . . . . . . . 68-71
The Bank's Right To Require Notice . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28, 44
Time Accounts (CDs) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45-46
Time Requirements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45
Transactions Outside The United States. . . . . . . . . . . . . . . . . . . . . . . . . . . 56
Transferring An Interest In Your Account . . . . . . . . . . . . . . . . . . . . . . . . . . 36

**U**

U.S. Postage Stamp Purchases. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58
*Unauthorized EFT* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
*Unauthorized Transaction* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Uniform Transfer/Gifts To Minors Act Accounts. . . . . . . . . . . . . . . . . . . . . . . 36
Use Of The *Card*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50

**V**

Variable/Fixed-Rate Accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42
Verification Of Transactions; Right To Reverse Erroneous Credits . . . . . . . . . . . . . . 41
Visa® Account Updater Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54

**W**

Welcome To Your New Account. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
*Wells Fargo Phone Bank*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67
Wells Fargo ATM Card And Debit Card Safety . . . . . . . . . . . . . . . . . . . . . . . . 51
*Wells Fargo Mobile* Text Banking Service . . . . . . . . . . . . . . . . . . . . . . . . . 68-71
What Are Your Rights Regarding Substitute Checks? . . . . . . . . . . . . . . . . . . . . . 16
What Does Wells Fargo Mobile Text Banking Service Include? . . . . . . . . . . . . . . . . . 68
What Is A Substitute Check?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
When A Transaction Is Posted . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58
When Deposits Are Credited To Your Account. . . . . . . . . . . . . . . . . . . . . . . . . 19
When Transactions Are Posted . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67
Withdrawal Of Interest Prior To Maturity . . . . . . . . . . . . . . . . . . . . . . . . . . 45
Withdrawal Of Principal Prior To Maturity . . . . . . . . . . . . . . . . . . . . . . . . . 45
Withdrawals At *Affiliates* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
Withdrawals From Your Account. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26-28
Words With Special Meaning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-3

**Y**

Your Obligation To Review Statements . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Your Responsibilities. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69

**Z**

Zero Liability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66





**Notes**

Notes

| How To Reach Wells Fargo | |
|---|---|
| Wells Fargo Online® | www.wellsfargo.com<br>or 1-800-956-4442 |
| Wells Fargo Phone Bank℠ | 1-800-TO-WELLS (1-800-869-3557) |
| Spanish-speaking customers | 1-877-PARA-WFB (1-877-727-2932) |
| Chinese-speaking customers | 1-800-288-2288 |
| TTY/TDD for deaf and hard-of-hearing customers | English        1-800-877-4833<br>Spanish       1-888-355-6052 |
| Wells Fargo Mobile℠ | 1-866-863-6762 or<br>www.wellsfargo.com/mobile |
| Wells Fargo® PMA® Package<br>  TTY/TDD | 1-800-742-4932<br>1-800-600-4833 |
| IRAs/ESAs and SEP-IRAs | 1-800-BEST-IRA (1-800-237-8472) |

For all other accounts, please refer to your statement for contact information.



© 2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.
CNS6616 (9/10)