BART H. WILLIAMS (State Bar No. 134009)
bart.williams@mto.com
MANUEL F. CACHÁN (State Bar No. 216987)
manuel.cachan@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

DAVID H. FRY (State Bar No. 189276)
david.fry@mto.com
JESLYN A. MILLER (State Bar No. 274701)
jeslyn.miller@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Defendants,
WELLS FARGO & COMPANY and
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLEE HEFFELFINGER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 15-cv-02942-SC<br><br>**DECLARATION OF CONNIE KOTZMAN IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>[Filed concurrently with Defendants' Motion to Compel Arbitration]<br><br>[REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED]<br><br>Judge:  Hon. Samuel Conti<br>Ctrm.:  1<br>Date:   August 28, 2015<br>Time:   10:00 a.m.<br><br>Action Filed:     June 24, 2015 |

I, Connie Kotzman, state and declare as follows:

1. I am a Vice President of Wells Fargo Bank, N.A. ("Wells Fargo"). My present position is Project Manager of the Greater Los Angeles and Southern California Regions.

2. My office is located at 25152 Springfield Court, Suite 260, Valencia, California 91355.

3. I have been engaged in banking for 35 years, with 33 of those years at Wells Fargo.

4. I have worked as Teller, Service Manager, Sales and Services Manager, and Store Manager. During the past 13 years, I have been a Market Support Consultant with Wells Fargo. In that capacity I have supported branches with all policies and procedures, compliance, risk, and operations.

5. I am familiar with the policies and procedures for opening bank accounts, the distribution of New Account Kits, accepting checks for deposit, online banking enrollment, the assessment of fees, and all aspects of consumer banking transactions at Wells Fargo in California.

6. The documents referred to and attached to this declaration were prepared by various employees of Wells Fargo and kept in the ordinary course of Wells Fargo's business. Each of the records was made at or near the time of each act, condition, or event, by someone with knowledge of them, or by an automated bank system. The making of the records was a regular practice of the bank. The account statements were retrieved from a computerized system of records called the Operations Image Browser that maintains images of the statements for each customer. Account applications are stored on DIPR, the bank's document retrieval system. Customer disclosures and account agreements are maintained on the Deposit Products Group website on the bank's intranet. All of the attached documents were retrieved either by myself or by Wells Fargo employees acting at my direction.

7. The following matters are stated based on my personal knowledge and I am competent to testify thereto if called to do so in a court of law.

**Consumer Account Agreement**

8. When a customer opens a new personal account at Wells Fargo, he or she is provided the operative Consumer Account Agreement ("CAA"). According to the bank's standard operating procedure in 2012, the CAA was included as a part of a shrink-wrapped package called the "New Account Kit" that was physically handed to the customer, or mailed to him or her, when the account is opened. In 2012, the New Account Kit contained the CAA, the Consumer Account Fee and Information Schedule, a brochure regarding Consumer Overdraft Services, Wells Fargo U.S. Consumer Privacy Notice, guides to the accounts and common checking account fees, and a welcome letter. The customer was also provided a document entitled, "Consumer Account Addenda" that reflected any changes in the contractual terms that governed the account terms since the packaging of the New Account Kit. The CAA is also available upon request at any banking location and is available on Wells Fargo's website, at https://www.wellsfargo.com/.

9. The version of the CAA in effect in March 2012 when Ms. Heffelfinger opened her Wells Fargo consumer accounts was dated effective October 15, 2011 (the "2011 CAA"). A true and correct copy of the 2011 CAA is attached as **Exhibit 1**.

**Online Access Agreement**

10. When a customer enrolls in online banking, he or she receives notification of, and must click an "I Agree" button constituting his or her agreement to, the terms of the Online Access Agreement (the "OAA").

11. [redacted]

12. The OAA [redacted] dated effective as of September 29, 2011 (the "2011 OAA"). A true and correct copy of the 2011 OAA is attached as **Exhibit 2**.

-3-

1  ▮▮▮▮▮▮▮▮▮▮
2  13. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮t
3  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
4  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
5  14. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
6  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
7  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
8  15. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
9  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
10 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
11 ▮▮▮▮▮▮▮▮
12 16. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
14 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
15 17. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
17 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
19 18. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
21 ▮▮▮▮▮▮▮▮▮▮
22 ▮▮▮▮▮▮▮▮▮▮▮▮
23 19. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
25 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
26 20. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
27 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
28

1 ████████████████████████████████████████████████████████

2 ████████████████████████████████████████████████████████

3 ██████████████████████████████████

4      21.   ████████████████████████████████████████████

5 ████████████████████████████████████████████████████████

6 ████████████████████████████████████████████████████████

7 ████████████████████████████████████████████████████████

8 ████████████████

9      22.   ████████████████████████████████████████████

10 ████████████████████████  ██████  ██████████████████████

11 ██████████████████████████████████████████████████

12 ████████

13      23.   ████████████████████████████████████████████

14 ██████████████████████████████████████  ████  ██████████

15 ████████████████████████████████████████████████████████

16 ████████████████

17

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed August 12, 2015, at ___Valencia___, California.

By: ___[signature]___
Connie Kotzman

-4-

KOTZMAN DECL. ISO MOTION TO COMPEL ARBITRATION OF HEFFELFINGER'S CLAIMS