1  BART H. WILLIAMS (State Bar No. 134009)
   bart.williams@mto.com
2  MANUEL F. CACHÁN (State Bar No. 216987)
   manuel.cachan@mto.com
3  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
4  Thirty-Fifth Floor
   Los Angeles, California 90071-1560
5  Telephone:   (213) 683-9100
   Facsimile:    (213) 687-3702
6
   DAVID H. FRY (State Bar No. 189276)
7  david.fry@mto.com
   JESLYN MILLER (State Bar No. 274701)
8  jeslyn.miller@mto.com
   MUNGER, TOLLES & OLSON LLP
9  560 Mission Street
   Twenty-Seventh Floor
10 San Francisco, California 94105-2907
   Telephone:   (415) 512-4000
11 Facsimile:    (415) 512-4077

12 Attorneys for Defendants, WELLS FARGO &
   COMPANY and WELLS FARGO BANK, N.A.
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17

| | |
|---|---|
| SHAHRIAR JABBARI and KAYLEE HEFFELFINGER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 15-CV-02159 VC<br><br>**MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** AND ORDER<br><br>Judge:  Hon. Vince Chhabria<br>Ctrm.:   4 |

Pursuant to the Court's e-filing procedures, Defendants Wells Fargo & Company and Wells Fargo Bank, N.A., hereby file this motion to remove a document incorrectly filed in the ECF system.

This incorrectly filed document is the motion to compel arbitration of plaintiff Kaylee Heffelfinger's claims. The motion to compel arbitration of Ms. Heffelfinger's claims was filed on August 13, 2015, and appears in the ECF system as Docket Number 49 and Docket Number 48-4. On page 6 of the publicly filed document, Defendants inadvertently included the last four digits of certain of Ms. Heffelfinger's accounts and the date these two accounts were closed. This information was to be filed under seal pursuant to Defendants' Administrative Motion to Seal, Dkt. No. 48, and Plaintiffs' counsel has confirmed that they believe this information to be sensitive and confidential information.

Upon becoming aware of the errors in the filing, Defendants immediately notified the ECF HelpDesk of the problem, and public access to the foregoing documents has been temporarily blocked. Defendants have re-filed the motion to compel, with the confidential material redacted. Defendants now request that the incorrectly filed documents be immediately removed from the ECF system. Defendants regret the errors.

Respectfully submitted,

DATED: August 14, 2015          MUNGER, TOLLES & OLSON LLP


By: _____*/s/ David H. Fry*_____
David H. Fry
Attorneys for Defendants
Wells Fargo & Company and Wells Fargo Bank, N.A.

- 3 -

MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
CASE NO. 15-CV-02159

1 **[~~PROPOSED~~] ORDER**

2   Having considered Defendants Wells Fargo & Company and Wells Fargo Bank,
3 N.A.'s Administrative Motion to Remove Incorrectly Document and determining that
4 compelling reasons exist,
5   IT IS HEREBY ORDERED that the Motion to Remove Incorrectly Filed Document is
6 GRANTED in full, and that Docket Number 49 and Docket Number 48-4 be permanently
7 removed from the ECF system.
8   IT IS SO ORDERED.

DATED: August 14, 2015

HON. VINCE CHHABRIA
United States District Judge