```
1   BART H. WILLIAMS (State Bar No. 134009)
    bart.williams@mto.com
2   MANUEL F. CACHÁN (State Bar No. 216987)
    manuel.cachan@mto.com
3   MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue
4   Thirty-Fifth Floor
    Los Angeles, California 90071-1560
5   Telephone:     (213) 683-9100
    Facsimile:     (213) 687-3702
6
    DAVID H. FRY (State Bar No. 189276)
7   david.fry@mto.com
    JESLYN MILLER (State Bar No. 274701)
8   jeslyn.miller@mto.com
    MUNGER, TOLLES & OLSON LLP
9   560 Mission Street
    Twenty-Seventh Floor
10  San Francisco, California 94105-2907
    Telephone:     (415) 512-4000
11  Facsimile:     (415) 512-4077

12  Attorneys for Defendants, WELLS FARGO &
    COMPANY and WELLS FARGO BANK, N.A.
13
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAHRIAR JABBARI and KAYLEE HEFFELFINGER, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>       vs.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>              Defendants. | Case No. 15-CV-02159 VC<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO UNSEAL MOTIONS TO COMPEL ARBITRATION AND RELATED FILINGS AND [~~PROPOSED~~] ORDER<br><br>Judge:  Hon. Vince Chhabria<br>Ctrm.:  4<br><br>Action Filed:  May 13, 2015 |

Pursuant to the stipulation of counsel,

(i) Defendants' motions to dismiss Jabbari and Heffelfinger's claims (ECF 29 and 50) shall be unsealed and publicly filed;

(ii) The Kotzman declarations in support of Defendants' motions to compel arbitration of Jabbari and Heffelfinger's claims (ECF 29-1 and 49-2) shall be unsealed and publicly filed; and

(iii) Exhibits 5-97 to the Kotzman declaration in the Jabbari filing (ECF 26-7 to 28-47) and Exhibits 3-38 to the Kotzman declaration in the Heffelfinger filing (ECF 48-7 and 48-8) shall be submitted under seal. Defendants shall publicly file versions of these exhibits that redact references to Plaintiffs' account numbers, taxpayer-identification numbers, social-security numbers, and birth dates consistent with Federal Rule of Civil Procedure 5.2, and that redact Plaintiffs' driver's license and passport numbers.

IT IS SO ORDERED.

Dated: August 28, 2015

_____
The Honorable Vince Chhabria
District Judge

Submitted by:
MUNGER, TOLLES & OLSON LLP

By: */s/ David H. Fry*
     DAVID H. FRY

Attorneys for Defendants,
WELLS FARGO & COMPANY AND
WELLS FARGO BANK, N.A.