UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRIAR JABBARI, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>        Defendants. | Case No. 15-cv-02159-VC<br><br>**ORDER REOPENING CASE AND SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 72 |

The Court of Appeals has granted the parties' stipulated motion to dismiss pending settlement approval. This case is therefore reopened for consideration of a settlement.

A Case Management Conference will be held November 8, 2016, at 1:30 P.M., in Courtroom 4, 17th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

No later than 7 calendar days before the Case Management Conference, the parties shall file a Joint Case Management Statement in conformity with the applicable local rules and standing orders.

**IT IS SO ORDERED.**

Dated: October 3, 2016

_____
VINCE CHHABRIA
United States District Judge