Matthew J. Preusch (Bar No. 298144)
mpreusch@kellerrohrback.com
Khesraw Karmand (Bar No. 280272)
kkarmand@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1129 State Street, Suite 8
Santa Barbara, CA 93101
(805) 456-1496, Fax (805) 456-1497

*Attorneys for Plaintiffs Shahriar Jabbari and Kaylee Heffelfinger*
*(Additional Counsel on Signature Page)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAHRIAR JABBARI and KAYLEE HEFFELFINGER, on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br><br>    v.<br><br>WELLS FARGO & COMPANY AND WELLS FARGO BANK, N.A.,<br><br>                  Defendants. | No. 15-cv-02159-VC<br><br>**STIPULATION EXTENDING DEADLINE FOR FILING MOTION FOR PRELIMINARY APPROVAL AND CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Judge:  Hon. Vince Chhabria<br>Dept:  Courtroom 4, 17th Floor<br>Action Filed:  May 13, 2015 |

This Stipulation is made by and between Plaintiffs Shahriar Jabbari and Kaylee

Heffelfinger (collectively, "Plaintiffs"), on the one hand, and Defendants Wells Fargo & Company

and Wells Fargo Bank, N.A. (collectively, "Wells Fargo" and together with Plaintiffs, the

"Parties"), on the other, as follows:

      (i)      WHEREAS, on November 15, 2016, the Court set a further case management

             conference for December 13, 2016 at 1:30 p.m. (ECF 81);

      (ii)     WHEREAS, on November 15, 2016, the Court set a deadline of December 9,

             2016 for Plaintiffs to file their Motion for Preliminary Approval (ECF 81);

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(iii)    WHEREAS the Parties are continuing to negotiate the full terms of their settlement agreement with the assistance of a mediator;

(iv)    WHEREAS, the Parties believe they will be in a better position to discuss the status of the matter if the case management conference is briefly delayed; and

(v)    WHEREAS, Plaintiffs will file their Motion for Preliminary Approval by December 30, 2016.

NOW, THEREFORE, the Parties hereby stipulate that (a) the status conference currently scheduled for December 13, 2016 should be rescheduled to January 10, 2017 or the next available date after that on the Court's calendar, and (b) Plaintiffs shall file their Motion for Preliminary Approval by December 30, 2016.

1      DATED this 8th day of December, 2016.

2    KELLER ROHRBACK L.L.P.                    MUNGER, TOLLES & OLSON LLP

3

4    By    */s/ Derek Loeser*                  By    */s/ David H. Fry (w/verbal permission)*
     Derek Loeser, *admitted pro hac vice*     DAVID H. FRY (State Bar No. 189276)
5    Gretchen Freeman Cappio, *admitted pro hac*   david.fry@mto.com
     *vice*
6    Daniel P. Mensher, *admitted pro hac vice*   MUNGER, TOLLES & OLSON LLP
     KELLER ROHRBACK L.L.P.                    560 Mission Street
7    1201 Third Avenue, Suite 3200             Twenty-Seventh Floor
     Seattle, WA 98101-3052                    San Francisco, California 94105-2907
8    Tel: (206) 623-1900                       Telephone: (415) 512-4000
     Fax: (206) 623-3384                       Facsimile: (415) 512-4077
9    gcappio@kellerrohrback.com
     dmensher@kellerrohrback.com
10
                                               ERIN J. COX (State Bar No. 267954)
11                                             erin.cox@mto.com
     Matthew J. Preusch (Bar No. 298144)       MUNGER, TOLLES & OLSON LLP
12   mpreusch@kellerrohrback.com               355 South Grand Avenue
     Khesraw Karmand (Bar No. 280272)          Thirty-Fifth Floor
13   kkarmand@kellerrohrback.com               Los Angeles, California 90071-1560
     1129 State Street, Suite 8                Telephone: (213) 683-9100
14   Santa Barbara, CA 93101                   Facsimile: (213) 687-3702
     Tel: (805) 456-1496
15   Fax: (805) 456-1497
                                               *Attorneys for Defendants Wells Fargo & Co. and*
16                                             *Wells Fargo Bank, N.A.*

17   *Attorneys for Plaintiffs Shahriar Jabbari and*
     *Kaylee Heffelfinger and Kaylee Heffelfinger*
18

19

20

21

22

23

24

25

26

27

28   No. 15-cv-02159-VC                  3                    STIPULATION EXTENDING
                                                              DEADLINE FOR FILING MOTION
                                                              FOR PRELIMINARY APPROVAL
                                                              AND CASE MANAGEMENT
                                                              CONFERENCE

1

2

**ORDER**

3

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4

5

Date: December  9   , 2016

_____

Hon. Vince Chhabria
United States District Court

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION EXTENDING
DEADLINE FOR FILING MOTION
FOR PRELIMINARY APPROVAL
AND CASE MANAGEMENT
CONFERENCE