UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRIAR JABBARI, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>　　　　　　Defendants. | Case No. 15-cv-02159-VC<br><br>**ORDER EXTENDING DEADLINE FOR PRELIMINARY APPROVAL MOTION**<br><br>Re: Dkt. No. 86 |

　　　　The parties' request to extend the deadline for the preliminary approval motion is granted. The motion must be filed no later than January 30, 2017.

　　　　The case management conference currently set for January 10, 2017 will remain on calendar. Counsel may request a telephonic case management conference if they prefer not to appear in person.

　　　　**IT IS SO ORDERED.**

Dated: December 29, 2016

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge