| | |
|---|---|
| Derek W. Loeser, *admitted pro hac vice* <br> Gretchen Freeman Cappio, *admitted pro hac vice* <br> Daniel P. Mensher, *admitted pro hac vice* <br> KELLER ROHRBACK L.L.P. <br> 1201 Third Avenue, Suite 3200 <br> Seattle, WA 98101-3052 <br> (206) 623-1900; Fax: (206) 623-3384 <br> dloeser@kellerrohrback.com <br> gcappio@kellerrohrback.com <br> dmensher@kellerrohrback.com <br><br> Matthew J. Preusch (Bar No. 298144) <br> Khesraw Karmand (Bar No. 280272) <br> KELLER ROHRBACK L.L.P. <br> 801 Garden Street, Suite 301 <br> Santa Barbara, CA 93101 <br> (805) 456-1496, Fax (805) 456-1497 <br> mpreusch@kellerrohrback.com <br> kkarmand@kellerrohrback.com <br><br> *Attorneys for Plaintiffs* | DAVID H. FRY (State Bar No. 189276) <br> david.fry@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 560 Mission Street, 27th Floor <br> San Francisco, California 94105-2907 <br> Telephone:   (415) 512-4000 <br> Facsimile:    (415) 512-4077 <br><br> ERIN J. COX (State Bar No. 267954) <br> erin.cox@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 350 South Grand Avenue, 50th Floor <br> Los Angeles, California 90071-1560 <br> Telephone:   (213) 683-9100 <br> Facsimile:    (213) 683-3702 <br><br> *Attorneys for Defendants, WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAHRIAR JABBARI and KAYLEE HEFFELFINGER, on behalf of themselves and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A., <br><br> Defendants. | Case No. 15-CV-02159 VC <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> Judge:  Hon. Vince Chhabria <br> Ctrm.:  4 <br> Date:   n/a <br> Time:   n/a |

The parties in the above-referenced case, by and through their counsel, submit this Joint Notice of Settlement.  The parties to this action have reached agreement on the principal terms of a national class action settlement in this matter.  If approved, the class will encompass persons who claim that Wells Fargo opened an account in their name without consent, enrolled them in a product or service without consent, or submitted an application for a product or service in their name without consent during the period from January 1, 2009 through the date the Settlement Agreement is executed.  The settlement amount is $110 million ("Settlement Fund").  From this amount, class members will be paid for out-of-pocket losses, such as fees incurred due to unauthorized account openings.  Class members will also receive additional compensation based on the number and kinds of unauthorized accounts or services claimed.   Court-approved fees and costs will also be paid out of the Settlement Fund.

If approved, the Settlement Fund will be in addition to the amounts that Wells Fargo is refunding to customers pursuant to the September 13, 2016 Stipulated Judgment in *People of the State of California v. Wells Fargo & Co.*, Case No. BC580778 (Los Angeles County Superior Court) and the fees repaid under September 8, 2016 Consent Orders issued by the Consumer Financial Protection Bureau and the Office of the Comptroller of the Currency, covering the period 2011-2016.  There will be no reversion of the Settlement Fund to Wells Fargo after final judgment is entered in this matter.

The parties are in the process of preparing a formal settlement agreement.  Plaintiffs are also preparing a motion for preliminary approval.

//

//

//

//

| | | |
|---|---|---|
| 1 | DATED: March 28, 2017 | MUNGER, TOLLES & OLSON LLP |
| 2 | | |
| 3 | | By: */s/ David H. Fry* |
| 4 | | David H. Fry |
| 5 | | Attorneys for Defendants, |
| 6 | | Wells Fargo Bank, N.A. and Wells Fargo & Company |
| 7 | | |
| 8 | DATED: March 28, 2017 | KELLER ROHRBACK L.L.P. |
| 9 | | |
| 10 | | By: */s/ Derek W. Loeser* |
| 11 | | Derek W. Loeser |
| 12 | | Attorneys for Plaintiffs, Shahriar Jabbari and Kaylee Heffelfinger |