UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRIAR JABBARI, ET AL.,<br><br>   Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>   Defendants. | Case No. 15-cv-02159-VC<br><br>**ORDER GRANTING MOTION TO ADVANCE HEARING ON THE MOTIONS TO INTERVENE**<br><br>Re: Dkt. No. 122 |

The motions to intervene will be heard on May 18, 2017, alongside the motion for preliminary approval. Opposition to the motions to intervene will be due May 11, 2017. Replies are not necessary, but should not be filed later than May 15, 2017.

   **IT IS SO ORDERED.**

Dated: May 8, 2017

_____

VINCE CHHABRIA
United States District Judge