Derek W. Loeser, *admitted pro hac vice*
Gretchen Freeman Cappio, *admitted pro hac vice*
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900; Fax: (206) 623-3384
dloeser@kellerrohrback.com
gcappio@kellerrohrback.com

Jeffrey Lewis (Bar No. 66587)
KELLER ROHRBACK L.L.P.
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 463-3900; Fax: (510) 463-3901
jlewis@kellerrohrback.com

*Attorneys for Plaintiffs*
*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAHRIAR JABBARI and KAYLEE HEFFELFINGER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY AND WELLS FARGO BANK, N.A.,<br><br>Defendants. | No. 15-cv-02159-VC<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS FOR REPLY IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND FOR CERTIFICATION OF A SETTLEMENT CLASS**<br><br>Judge: The Hon. Vince Chhabria |

Before the Court is Plaintiffs' Administrative Motion for Leave to Exceed Page Limitations for Reply in Support of Motion for Preliminary Approval of Class Action Settlement and for Certification of a Settlement Class. The motion is **GRANTED** for the reasons stated therein, and Plaintiffs are granted leave to file a single consolidated Reply Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement and for Certification of a Settlement Class not to exceed 20 pages.

**IT IS SO ORDERED.**

Dated: May 9, 2017

VINCE CHHABRIA
United States District Judge