Derek W. Loeser, *admitted pro hac vice*
Gretchen Freeman Cappio, *admitted pro hac vice*
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900; Fax: (206) 623-3384
dloeser@kellerrohrback.com
gcappio@kellerrohrback.com

Jeffrey Lewis (Bar No. 66587)
KELLER ROHRBACK L.L.P.
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 463-3900; Fax: (510) 463-3901
jlewis@kellerrohrback.com

***Attorneys for Plaintiffs***
***Additional Counsel Listed on Signature Page***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAHRIAR JABBARI and KAYLEE HEFFELFINGER, on behalf of themselves and all others similarly situated,<br><br>                                        Plaintiffs,<br><br>        v.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>                                        Defendants. | No. 15-cv-02159-VC<br><br>**PLAINTIFFS' NOTICE OF ERRATA**<br><br><br>Judge:  Hon. Vince Chhabria |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 11, 2017, Plaintiffs Jabbari and Heffelfinger, ("Plaintiffs") electronically filed their Reply Memorandum In Support Of Motion For Preliminary Approval Of Class Action Settlement And For Certification Of A Settlement Class, Docket No. 133.  Upon review, it was noted that the following inadvertent errors were included on the following pages in the filed document, Pages 4-6; 9-10; 13-14.

The errata are noted in redline in the document attached hereto as Exhibit A.

The corrected document without redlines is attached hereto as Exhibit B.  Counsel for Plaintiffs apologize for any inconvenience.

Respectfully submitted,

DATED this 12th day of May, 2017.

KELLER ROHRBACK L.L.P.

By   */s/ Derek W. Loeser*
    Derek W. Loeser, *admitted pro hac vice*
    Gretchen Freeman Cappio*, admitted pro hac vice*
    Daniel P. Mensher*, admitted pro hac vice*
    KELLER ROHRBACK L.L.P.
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101-3052
    (206) 623-1900; Fax: (206) 623-3384
    dloeser@kellerrohrback.com
    gcappio@kellerrohrback.com
    dmensher@kellerrohrback.com

    Jeffrey Lewis (Bar No. 66587)
    KELLER ROHRBACK L.L.P.
    300 Lakeside Drive, Suite 1000
    Oakland, CA 94612
    (510) 463-3900; Fax: (510) 463-3901
    jlewis@kellerrohrback.com

Matthew J. Preusch (Bar No. 298144)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
(805) 456-1496; Fax: (805) 456-1497
mpreusch@kellerrohrback.com

***Attorneys for Plaintiffs***

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

I, Derek W. Loeser, hereby certify that on this 12th day of May, 2017, I electronically filed **Plaintiffs' Notice of Errata** with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

*/s/ Derek W. Loeser*
Derek W. Loeser