DAVID H. FRY (State Bar No. 189276)
david.fry@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

ERIN J. COX (State Bar No. 267954)
erin.cox@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants, WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAHRIAR JABBARI and KAYLEE HEFFELFINGER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 15-cv-02159-VC<br><br>**STIPULATION REGARDING ORDER RE MOTION FOR PRELIMINARY APPROVAL; [PROPOSED] ORDER**<br><br>Judge:   Hon. Vince Chhabria<br>Ctrm.:   4<br>Action Filed:   May 13, 2015 |

1   This Stipulation is made by and between Plaintiffs Shahriar Jabbari and Kaylee
2   Heffelfinger (collectively, "Plaintiffs"), on the one hand, and Defendants Wells Fargo Bank,
3   N.A., and Wells Fargo & Co. (collectively, "Wells Fargo" and together with Plaintiffs, the
4   "Parties"), on the other, as follows:

5   (i)   WHEREAS, on May 18, 2017, the Court held a hearing on Plaintiffs' Motion for
6         Preliminary Approval of a Class Action Settlement in this matter;

7   (ii)  WHEREAS, on May 24, 2017, the Court issued an order directing the Parties to
8         submit within 14 days revised settlement papers addressing certain issues as
9         discussed at the preliminary approval hearing and identified in the Court's order
10        (Dkt. No. 155);

11  (iii) WHEREAS, on June 5, 2017, the Court and the Parties attended a telephonic
12        hearing to discuss, among other things, a brief extension of the deadline to submit
13        revised settlement documentation addressing the issues identified in the Court's
14        May 24, 2017 Order (Dkt. No. 156);

15  NOW, THEREFORE, the Parties hereby stipulate that the Parties shall submit revised
16  settlement papers addressing issues identified in the Court's May 24, 2017 Order by June 13,
17  2017.

18
19
20  //
21  //
22  //
23  //
24
25
26
27
28

| | | |
|---|---|---|
| DATED: June 5, 2017 | | MUNGER, TOLLES & OLSON LLP |

By: */s/ David H. Fry*
      David H. Fry

Attorneys for Defendants,
Wells Fargo Bank, N.A. and Wells Fargo & Co.

DATED: June 5, 2017          KELLER ROHRBACK, L.L.P.

By: */s/ Derek Loeser (w/ permission)*

Derek Loeser, *admitted pro hac vice*
Gretchen Freeman Cappio, *admitted pro hac vice*
Daniel P. Mensher, *admitted pro hac vice*
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel: (206) 623-1900
Fax: (206) 623-3384
gcappio@kellerrohrback.com
dmensher@kellerrohrback.com

Matthew J. Preusch (Bar No. 298144)
mpreusch@kellerrohrback.com
Khesraw Karmand (Bar No. 280272)
kkarmand@kellerrohrback.com
1129 State Street, Suite 8
Santa Barbara, CA 93101
Tel: (805) 456-1496
Fax: (805) 456-1497

Attorneys for Plaintiffs,
Shahriar Jabbari and Kaylee Heffelfinger

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: June ___, 2017       _____
                                           Hon. Vince Chhabria
                                           United States District Court