DAVID H. FRY (State Bar No. 189276)
david.fry@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

ERIN J. COX (State Bar No. 267954)
erin.cox@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants, WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAHRIAR JABBARI and KAYLEE HEFFELFINGER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 15-cv-02159-VC<br><br>**STIPULATION REGARDING ORDER RE MOTION FOR PRELIMINARY APPROVAL; [PROPOSED] ORDER**<br><br>Judge:  Hon. Vince Chhabria<br>Ctrm.:  4<br>Action Filed:    May 13, 2015 |

1  This Stipulation is made by and between Plaintiffs Shahriar Jabbari and Kaylee
2  Heffelfinger (collectively, "Plaintiffs"), on the one hand, and Defendants Wells Fargo Bank,
3  N.A., and Wells Fargo & Co. (collectively, "Wells Fargo" and together with Plaintiffs, the
4  "Parties"), on the other, as follows:

5  (i)  WHEREAS, on May 18, 2017, the Court held a hearing on Plaintiffs' Motion for
6       Preliminary Approval of a Class Action Settlement in this matter;

7  (ii) WHEREAS, on May 24, 2017, the Court issued an order directing the Parties to
8       submit within 14 days revised settlement papers addressing certain issues as
9       discussed at the preliminary approval hearing and identified in the Court's order
10      (Dkt. No. 155);

11 (iii) WHEREAS, on June 5, 2017, the Court and the Parties attended a telephonic
12       hearing to discuss, among other things, a brief extension of the deadline to submit
13       revised settlement documentation addressing the issues identified in the Court's
14       May 24, 2017 Order (Dkt. No. 156);

15 NOW, THEREFORE, the Parties hereby stipulate that the Parties shall submit revised
16 settlement papers addressing issues identified in the Court's May 24, 2017 Order by June 13,
17 2017.

20 //
21 //
22 //
23 //

DATED: June 5, 2017               MUNGER, TOLLES & OLSON LLP


                                  By:   */s/ David H. Fry*
                                        David H. Fry

                                  Attorneys for Defendants,
                                  Wells Fargo Bank, N.A. and Wells Fargo & Co.


DATED: June 5, 2017               KELLER ROHRBACK, L.L.P.


                                  By:   */s/ Derek Loeser (w/ permission)*

                                  Derek Loeser, *admitted pro hac vice*
                                  Gretchen Freeman Cappio, *admitted pro hac vice*
                                  Daniel P. Mensher, *admitted pro hac vice*
                                  KELLER ROHRBACK L.L.P.
                                  1201 Third Avenue, Suite 3200
                                  Seattle, WA 98101-3052
                                  Tel: (206) 623-1900
                                  Fax: (206) 623-3384
                                  gcappio@kellerrohrback.com
                                  dmensher@kellerrohrback.com

                                  Matthew J. Preusch (Bar No. 298144)
                                  mpreusch@kellerrohrback.com
                                  Khesraw Karmand (Bar No. 280272)
                                  kkarmand@kellerrohrback.com
                                  1129 State Street, Suite 8
                                  Santa Barbara, CA 93101
                                  Tel: (805) 456-1496
                                  Fax: (805) 456-1497

                                  Attorneys for Plaintiffs,
                                  Shahriar Jabbari and Kaylee Heffelfinger


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: June _7_, 2017             _____
                                  Hon. Vince Chhabria
                                  United States District Court

- 3 -                             STIPULATION RE ORDER RE MOTION FOR
                                  PRELIMINARY APPROVAL
                                  CASE NO. 15-CV-02159