DAVID H. FRY (State Bar No. 189276)
david.fry@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

ERIN J. COX (State Bar No. 267954)
erin.cox@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 683-3702

Attorneys for Defendants, WELLS FARGO &
COMPANY and WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAHRIAR JABBARI and KAYLEE HEFFELFINGER, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 15-CV-02159 VC<br><br>**DECLARATION OF PATRICIA KENNEDY IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge:   Hon. Vince Chhabria<br>Ctrm.:   4<br>Date:    N/A<br>Time:    N/A |

I, Patricia Kennedy, state and declare as follows:

1. I am a Senior Vice President of Wells Fargo Bank, N.A. ("Wells Fargo"). I have been employed by Wells Fargo for approximately 19 years and my present position is Loan Administration Area Manager.

2. In my current position, I am responsible for collection of negative balance amounts (including charged off amounts) for consumer and small business checking and savings accounts. I have had that responsibility since approximately 2009.

3. Wells Fargo does not report to the consumer credit reporting agencies (*i.e.*, Transunion, Experian, and Equifax) when a consumer or small business deposit customer has a negative account balance or an amount is charged off. That has been true at least as long as I have been involved in deposit account collections.

4. Under certain circumstances, Wells Fargo will report customers with charged off deposit account balances to Early Warning Services (and previously to ChexSystems). It is my understanding that information gathered by these agencies, as opposed to the three consumer credit reporting agencies referenced above, does not affect the consumer's credit score (such as a FICO score).

5. Wells Fargo has not made reports to ChexSystems since June 2012. It is my understanding that ChexSystems does not utilize information that was reported more than 5 years previously. Accordingly, ChexSystems will not be utilizing information reported by Wells Fargo after July 1, 2017.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed June 12, 2017, at Salt Lake City, Utah.

By: _____
Patricia Kennedy