# Exhibit 1.1 to Exhibit B

*clmnt_idno* - UAA &lt;&lt;SequenceNo&gt;&gt;



FOR OFFICIAL USE ONLY

01

Wells Fargo Unauthorized Account Settlement

You are eligible to receive a payment from a Class Action Settlement with Wells Fargo about unauthorized accounts. You may automatically receive a payment because you already complained about an unauthorized account. To maximize your settlement recovery, you need to fill out the enclosed claim form and mail it back by **Month XX, 2017**. You may also submit a claim online at WFSettlement.com. A postage-paid envelope is enclosed to mail the claim form.

**Please check all that apply to you:**

☐ I believe that Wells Fargo opened an unauthorized checking or savings account, credit card or line of credit, or submitted an unauthorized application for one of those products in my name. If yes, please answer the following questions:

- How many unauthorized accounts were opened in your name from May 1, 2002 through December 31, 2008? ___

- How many unauthorized accounts were opened in your name from January 1, 2009 through April 20, 2017? ___

☐ I believe that I was charged fees in connection with unauthorized accounts that were opened in my name from May 1, 2002 through December 31, 2008. If yes, how many accounts? ___

☐ I believe that I was charged fees in connection with unauthorized accounts that were opened in my name from January 1, 2009 through April 20, 2017. If yes, how many accounts? ___

☐ I believe my credit was damaged in connection with one or more unauthorized credit card, line of credit, small business deposit accounts ("Unauthorized Credit Impact Account").

If so, provide:

- Approximate year(s) in which Unauthorized Credit Impact Account was opened ____; and/or

- Year(s) in which you opened a valid credit tradeline believed to be affected by Unauthorized Credit Impact Account _____.

☐ I believe my credit was damaged in connection with a valid credit card ("Authorized Credit Impact Account") as a result of overdraft protection provided to one or more unauthorized consumer or small business deposit accounts.

If so, provide:

- Approximate year(s) in which unauthorized consumer or small business deposit accounts with overdraft protection was opened ___; and

- Last four digits of account number of Authorized Credit Impact Account ____.

www.WFSettlement.com                                                                                  1-866-431-8549

*5666*                                        *CF*                                        *RUST*



Please use the space below if you would like to provide more details on any credit-related injury:

_____

_____

☐ I authorize my credit report to be accessed in order to verify information provided on this claim form and determine whether unauthorized accounts damaged my credit.  I agree not to sue the credit agency for providing my credit report for this purpose and waive any claim that providing it for this purpose is improper.  This authorization will not affect credit.

☐ I enrolled in Wells Fargo identity theft protection.  If yes, please indicate the time period in which you enrolled:
   ☐ From May 1, 2002 through December 31, 2008    ☐ From January 1, 2009 through April 20, 2017

_____
**Please sign this line to confirm that information provided in this form is true under penalty of perjury**