# Exhibit 3 to Exhibit B

**Official Court-Approved Notice – Wells Fargo Unauthorized Account Settlement**

# Did You Have an Unauthorized Wells Fargo Account Anytime Since May 2002?

## You could get a payment from a $142 Million Wells Fargo Class Action Settlement

The Settlement includes customers who had certain unauthorized Wells Fargo credit, checking, or savings accounts, or authorized identity theft protection service, since May 2002.

Go to **www.WFSettlement.com** to learn more about how you could be included.

**Cash benefits include:**

- A payment to compensate you for fees you may have paid in connection with unauthorized accounts.
- Cash to compensate you for damages caused by harm to your credit.
- Plus, any money remaining in the fund, after paying the benefits above and all costs and expenses, will be paid out as additional compensation on a per-account basis.

### How It Works



Visit **www.WFSettlement.com** to fill out the simple claim form in a few minutes.

Your claim will be examined.

If eligible, you'll receive a check in the mail.

### Your Rights, Next Steps & Important Dates

You may object or exclude yourself from the Settlement by **Month x, 2017.**

You must submit a valid claim before **Month x, 2017.**

The Court will hold a hearing on **Month x, 2017**, to determine whether to approve the Settlement.

If you are an eligible Class Member and stay in the Settlement, you will be eligible for a cash payment and cannot sue Wells Fargo.

Attorneys representing the Class will request Court approval for attorneys' fees up to 15% of the Settlement Fund, plus costs.

Visit **www.WFSettlement.com** for more details on the Settlement, to fill out a claim form, and to review your rights and options. You may hire an attorney at your own cost to represent you.

**www.WFSettlement.com**          **1-866-431-8549**