# Exhibit 5 to Exhibit B

**Statement Notice – Exhibit 5 to Exhibit B**

*English version:*

As part of our commitment to make things right, we have entered into a $142 million class action settlement related to the opening of unauthorized accounts.

If you believe Wells Fargo opened a checking, savings, credit card or line of credit account for you without your permission, or if you purchased identity theft protection from us, you may be entitled to compensation from this fund.

To find out more, go to www.WFSettlement.com or call 1-866-431-8549.  You may be eligible for reimbursement of fees, compensation for potential impact on your credit, and an additional cash payment based on any money remaining in the fund after benefits and costs are paid out.

If you have specific questions about any of your accounts or services, please visit your Wells Fargo branch or call the toll-free number that appears on this statement.  We realize you have a choice when it comes to banking.  It is our privilege to be able to serve you.


*Spanish version:*

Como parte de nuestro compromiso de hacer lo correcto, hemos celebrado un acuerdo de liquidación de demanda colectiva por $142 millones en relación con la apertura de cuentas no autorizadas.

Si usted cree que Wells Fargo le abrió una cuenta de cheques, cuenta de ahorros, cuenta de tarjeta de crédito o cuenta de línea de crédito sin su permiso, o si compró nuestra protección contra robo de identidad, usted podría tener derecho a una indemnización de este fondo.

Para obtener más información, visite www.WFSettlement.com o llame al 1-866-431-8549. Usted podría ser elegible para el reembolso de cargos, compensación por el posible impacto en su crédito, y un pago en efectivo adicional en función de cualquier dinero restante en el fondo después que se paguen los beneficios y costos.

Si tiene preguntas específicas sobre cualquiera de sus cuentas, visite su sucursal de Wells Fargo o llame al número gratuito que aparece en esta declaración. Gracias por ser un cliente.