# Exhibit 6 to Exhibit B

# EXCLUSION REQUEST FORM

I believe that I am a member of the *Jabbari v. Wells Fargo*, No. 3:15-cv-02159 (N.D. Cal) class and want to be excluded from the class. I understand that if I exclude myself, I will not be able to get any money from this Settlement. However, I will not be bound by any Court orders, and I will keep any rights I have to sue Wells Fargo on my own behalf about the claims in this case. Please fill out the information below and submit this form by **Month 00, 2017**.

**DON'T FILE THIS FORM IF YOU WANT TO STAY IN THE CLASS**

Printed Name: _____

Address: _____

_____

E-mail: _____

Telephone Number: ( ___ ___ ___ ) ___ ___ ___ - ___ ___ ___ ___

Are you submitting this form on behalf of a business or trust (rather than on behalf of yourself as an individual)?   ☐ YES   ☐ NO

If so, please provide the name of the business or trust claimant: _____

_____

Signature: _____

Date of Signature: ___ ___ /___ ___ /___ ___ ___ ___

Submit form by postal mail or online at www.WFSettlement.com.

**Postal Mail:** Use the enclosed postage paid envelope or mail this form to the following address:

CLAIMS ADMINISTRATOR
P.O. BOX 2594
FARIBAULT, MN 55021-9594

*5666*          *EXCL*          *RUST*