# Exhibit 7 to Exhibit B

## OBJECTION FORM

I want to object to the Settlement in *Jabbari v. Wells Fargo,* No. 3:15-cv-02159 (N.D. Cal) but remain a member of the class. I understand that if I object to or comment on the Settlement I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DON'T FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

Printed Name: _____

Address: _____

_____

E-mail: _____

Telephone Number: ( ___ ___ ___ ) ___ ___ ___ - ___ ___ ___ ___

What are the reasons you object to the Settlement? Please provide any supporting materials.

_____

_____

_____

Are you aware of any unauthorized Wells Fargo consumer and small business checking accounts, consumer and small business savings accounts, or unsecured credit cards and unsecured lines of credit in your name, or did you enroll in Wells Fargo Identify Theft Protection Services?   ☐ YES   ☐ NO

If so, please provide the account number and date of opening, if known: _____

_____

Are you being represented by an attorney?   ☐ YES   ☐ NO

If so, please supply their name and contact information below: _____

_____

*0123456789*

Do you or your attorney plan to appear at the final approval hearing?  ☐ YES  ☐ NO

Signature: _____

Date of Signature: ___ ___ /___ ___ /___ ___ ___ ___

You must mail your objection to the address below postmarked no later than _____, **2017**:

| COURT |
|---|
| Class Action Clerk/Judge Vince Chhabria<br>Phillip Burton Federal Building & United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |