Derek Loeser, *admitted pro hac vice*
Gretchen Freeman Cappio, *admitted pro hac vice*
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900; Fax: (206) 623-3384
dloeser@kellerrohrback.com
gcappio@kellerrohrback.com

David H. Fry (Bar No. 189276)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
(415) 512-4000; Fax: (415) 512-4077
david.fry@mto.com

Jeffrey Lewis (Bar No. 66587)
KELLER ROHRBACK L.L.P.
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 463-3900; Fax: (510) 463-3901
jlewis@kellerrohrback.com

Erin J. Cox (Bar No. 267954)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-1560
(213) 683-9100; Fax: (213) 687-3702
erin.cox@mto.com

*Attorneys for Plaintiffs*

*Attorneys for Defendants Wells Fargo & Co. and Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAHRIAR JABBARI and KAYLEE HEFFELFINGER, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY AND WELLS FARGO BANK, N.A.,<br><br>        Defendants. | No. 15-cv-02159-VC<br><br>**JOINT NOTICE OF SUPPLEMENTAL EXHIBIT 5 TO EXHIBIT B TO AMENDED STIPULATION AND AGREEMENT OF CLASS ACTION SETTLEMENT AND RELEASE**<br><br>Judge:  Hon. Vince Chhabria |

Shahriar Jabbari and Kaylee Heffelfinger ("Plaintiffs") and Wells Fargo & Company and Wells Fargo Bank, N.A. ("Defendants") (collectively "Parties") hereby submit a supplement to the previously filed "Statement Notice," Exhibit 5 to Exhibit B of the Amended Stipulation and Settlement Agreement, ECF 162-10.

The Statement Notice, a version of which is attached as Exhibit 5 to Exhibit B to the Stipulation,

is intended to be included in certain monthly Wells Fargo account statements as described in the Stipulation, and also emailed to certain current and former Wells Fargo customers as described in the Stipulation. Attached hereto are supplements to Exhibit 5 to Exhibit B, reflecting versions of the Statement Notice which have been modified for dissemination in an email format to current and former Wells Fargo customers, rather than appearing as part of a monthly account statement. To ensure consumers understand the source of the emailed notice, a Wells Fargo logo and additional links that are typical for bank emails (e.g., "Contact Us" and "Privacy Policy") will appear on the email.

Respectfully Submitted,

DATED this 27th day of June, 2017.

| KELLER ROHRBACK L.L.P. | MUNGER, TOLLES & OLSON LLP |
|---|---|
| By ___*/s/ Derek W. Loeser*___<br>Derek Loeser, *admitted pro hac vice*<br>Gretchen Freeman Cappio, *admitted pro hac vice*<br>Daniel P. Mensher, *admitted pro hac vice*<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052<br>(206) 623-1900; Fax: (206) 623-3384<br>dloeser@kellerrohrback.com<br>gcappio@kellerrohrback.com<br>dmensher@kellerrohrback.com | By */s/ David H. Fry (w/email permission)*<br>David H. Fry (Bar No. 189276)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, California 94105-2907<br>(415) 512-4000; Fax: (415) 512-4077<br>david.fry@mto.com |
| Jeffrey Lewis (Bar No. 66587)<br>KELLER ROHRBACK L.L.P.<br>300 Lakeside Drive, Suite 1000<br>Oakland, CA 94612<br>(510) 463-3900; Fax: (510) 463-3901<br>jlewis@kellerrohrback.com<br><br>Matthew J. Preusch (Bar No. 298144)<br>1129 State Street, Suite 8<br>Santa Barbara, CA 93101<br>(805) 456-1496; Fax: (805) 456-1497<br>mpreusch@kellerrohrback.com<br><br>**Attorneys for Plaintiffs** | Erin J. Cox (State Bar No. 267954)<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, California 90071-1560<br>(213) 683-9100; Fax: (213) 687-3702<br>erin.cox@mto.com<br><br>***Attorneys for Defendants Wells Fargo &<br>Co. and Wells Fargo Bank, N.A.*** |

## CERTIFICATE OF SERVICE

I, Derek W. Loeser, hereby certify that on June 27, 2017, I electronically filed **JOINT NOTICE OF SUPPLEMENTAL EXHIBIT 5 TO EXHIBIT B TO AMENDED STIPULATION AND AGREEMENT OF CLASS ACTION SETTLEMENT AND RELEASE** with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.


*/s/ Derek W. Loeser*
Derek W. Loeser