UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRIAR JABBARI, ET AL.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-02159-VC<br><br>**ORDER RE BRIEFING ON FINAL APPROVAL** |

　　The motions for final approval and for attorneys' fees, previously set for November 5, 2017, are advanced to November 3, 2017.  The reply brief in support of final approval, previously set for December 25, 2017, is advanced to December 20, 2017.  All other deadlines will remain unchanged.

　　**IT IS SO ORDERED.**

Dated:  July 28, 2017

VINCE CHHABRIA
United States District Judge