LANG, HANIGAN & CARVALHO, LLP
Timothy R. Hanigan (State Bar No. 125791)
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
(818) 883-5644
trhanigan@gmail.com

Attorneys for class member and
objector Chad Farmer

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRIAR JABBARI and KAYLEE HEFFELFINGER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>WELLS FARGO & CO., and WELLS FARGO BANK, NA,<br><br>    Defendants. | CASE NO: 15-cv-02159-VC<br><br>NOTICE OF APPEARANCE |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Timothy R. Hanigan, of Lang, Hanigan & Carvalho, LLP, 21550 Oxnard Street, Suite 760, Woodland Hills, California 91367, hereby appears as counsel for class member/objector Chad Farmer herein.

                              LANG, HANIGAN & CARVALHO, LLP


                              By /s/ *Timothy R. Hanigan*
                                 Timothy R. Hanigan
                                 Attorneys for class member/
                                 objector Chad Farmer

Certificate of Service

The undersigned certifies that today he filed the foregoing NOTICE OF APPEARANCE on ECF which will send electronic notification to all attorneys registered for ECF-filing.

DATED: February 21, 2018         /s/ *Timothy R. Hanigan*
                                 Timothy R. Hanigan

2
*NOTICE OF APPEARANCE*