UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRIAR JABBARI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLS FARGO & CO., et al.,<br><br>    Defendants. | Case No. 15-cv-02159-VC<br><br>**ORDER CONVERTING MARCH 22 HEARING TO A CASE MANAGEMENT CONFERENCE AND CONTINUING FINAL APPROVAL HEARING**<br><br>Re: Dkt. No. 202 |

Instead of a fairness hearing, there will be a case management conference in this case on March 22, 2018 at 10:00 am to discuss the notice issue raised in the stipulation filed on March 6, 2018 (Dkt. No. 202). The plaintiffs are ordered to notify all individuals who submitted written objections by postal mail, filed objections on the docket, or indicated intentions to appear at the final approval hearing of this scheduling change.

**IT IS SO ORDERED.**

Dated: March 8, 2018

_____
VINCE CHHABRIA
United States District Judge