STEVE A. MILLER (CA Bar No. 171815)
Steve A. Miller, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph# 303-892-9933
Fax: 303-892-8925
Email: sampc01@gmail.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRIAR JABBARI and KAYLEE HEFFELFINGER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & CO. AND WELLS FARGO BANK, N.A.,<br>Defendants. | Case No. 15-cv-02159-VC<br><br>ENTRY OF APPEARANCE |

I, Steve A. Miller, hereby enter my appearance on behalf of Class Member/Objector Jill Piazza.

Respectfully Submitted,

s/Steve A. Miller_____
Steve A. Miller
STEVE A. MILLER (CA Bar No. 171815)
Steve A. Miller, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph# 303-892-9933  Fax: 303-892-8925
Email: sampc01@gmail.com

## CERTIFICATE OF SERVICE

I certify that on March 20, 2018, the foregoing of Entry of Appearance of Steve A. Miller was filed and served upon all parties of record via the ECF Filing system of this Court.

s/Steve A. Miller