# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRIAR JABBARI and KAYLEE HEFFELFINGER, on behalf of themselves and all others similarly situated,<br>      Plaintiffs,<br>v.<br>WELLS FARGO & CO. AND WELLS FARGO BANK, N.A.,<br>      Defendants. | Case No. 15-cv-02159-VC |

## NOTICE OF WITHDRAWAL/SUBSTITUTION OF LOCAL COUNSEL

Objector Jill R. Piazza hereby gives notice of the withdrawal of C. Benjamin Nutley as her local counsel, and the substitution of Steve A. Miller, Steve A. Miller PC, CA Bar # 171815, 1625 Larimer Street, No. 2905, Denver, C) 80202, Ph# 303-892-9933, as her local counsel in this case.

Respectfully submitted,
Jill Piazza,
By her attorney,

*/s/ John J Pentz*
John J. Pentz, Esq., *pro hac vice*
19 Widow Rites Lane
Sudbury, MA 01776
Phone: (978) 261-5725
jjpentz3@gmail.com

Steve A. Miller (CA Bar # 171815)
Steve A. Miller, PC
1625 Larimer St., No. 2905
Denver, CO  80202
Phone: (303) 892-9933
Sampc01@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed with the Clerk of Court using CM/ECF on March 21, 2018 and as a result has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ John J Pentz*