UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRIAR JABBARI, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>WELLS FARGO & CO., et al.,<br><br>   Defendants. | Case No. 15-cv-02159-VC<br><br>**ORDER DENYING PRO HAC VICE APPLICATION OF JOHN J. PENTZ**<br><br>Re: Dkt. No. 191 |

  The pro hac vice application of John J. Pentz is denied because local counsel C. Benjamin Nutley has filed a notice of withdrawal (Dkt. No. 212) and the new local counsel must be listed on Mr. Pentz's pro hac vice application.

  **IT IS SO ORDERED.**

Dated: March 22, 2018

VINCE CHHABRIA
United States District Judge