# OBJECTION FORM

The deadline to object to the Settlement has passed unless you received an email or mailed notice about this Settlement from Wells Fargo saying that you may object to the Settlement by **May 14, 2018**.

I want to object to the Settlement in *Jabbari v. Wells Fargo*, No. 3:15-cv-02159 (N.D. Cal) but remain a member of the class. I understand that if I object to or comment on the Settlement I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DON'T FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

Printed Name: Shimshon Wexler

Address: 1856 Berkeley Mews
Atlanta, GA 30329

E-mail: swexleresq@gmail.com

Telephone Number: (212) 760-2400

RECEIVED MAY 17 2018 SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

What are the reasons you object to the Settlement? Please provide any supporting materials.

I believe the release of the class claims is too broad. Specifically, I believe that the settlement provides zero relief for class members like me who have had an account opened but who didn't suffer harm to credit or (cont'd) fees wrongfully charged. If we are getting no money or other relief, why include us in the class?

Are you aware of any unauthorized Wells Fargo consumer and small business checking accounts, consumer and small business savings accounts, or unsecured credit cards and unsecured lines of credit in your name, or did you enroll in Wells Fargo Identify Theft Protection Services? ☒ YES ☐ NO

If so, please provide the account number and date of opening, if known: I got multiple emails (after hrs) Acct Ending in 7139 opened on or around May 2015. I believe the account was opened with different terms then we had discussed. I promptly changed the account. But I still felt that I was treated unfairly and harmed.

Are you being represented by an attorney? (I am an attorney) ☐ YES ☒ NO

If so, please supply their name and contact information below: _____

Do you or your attorney plan to appear at the final approval hearing? ☐ YES ☒ NO

Signature: [signature]

Date of Signature: 05/14/2018

You must mail your objection to the address below postmarked no later than **May 14, 2018**:

| COURT |
|---|
| Class Action Clerk/Judge Vince Chhabria |
| Phillip Burton Federal Building & United States Courthouse |
| 450 Golden Gate Avenue |
| San Francisco, CA 94102 |

 **Gmail**  Shimshon Wexler <swexleresq@gmail.com>

## Notification of Wells Fargo class action settlement
1 message

**Wells Fargo - Settlement** <wellsfargo@connect.wellsfargoemail.com>  Tue, Sep 26, 2017 at 12:55 PM
Reply-To: Wells Fargo - Settlement <support-b33w529bfp5162aucgvmhqcvypcajy@connect.wellsfargoemail.com>
To: shimshonwexler@yahoo.com

Important Information

View this email online.

Dear Customer,

As part of our commitment to make things right, we have entered into a $142 million class action settlement related to the opening of unauthorized accounts.

If you believe Wells Fargo opened a checking, savings, credit card, or line of credit account for you without your permission, or if you purchased identity theft protection from us, you may be entitled to compensation from this fund.

To find out more, go to www.WFSettlement.com or call 1-866-431-8549. You may be eligible for reimbursement of fees, compensation for potential impact on your credit, and an additional cash payment based on any money remaining in the fund after benefits and costs are paid out.

If you have specific questions about any of your accounts or services, please visit your Wells Fargo branch or call 1-800-225-5935. Thank you for being a Wells Fargo customer.

Home/Sign On     Contact Us     Add to Address Book     Update Email Address

Privacy Policy | Protect yourself from fraud

**Contact us:**
If you have questions, please do not reply to this message.
*Wells Fargo Online*® customers, sign on and select **Contact Us**.
If you are not a *Wells Fargo Online* customer, view our contact information.

Online Customer Service Code: 1709SVOTH03

© 2017 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801 Equal Housing Lender.

 **Gmail**     Shimshon Wexler <swexleresq@gmail.com>

## Notification of Wells Fargo class action settlement
1 message

**Wells Fargo - Settlement** <wellsfargo@connect.wellsfargoemail.com>     Tue, May 1, 2018 at 1:07 PM
Reply-To: Wells Fargo - Settlement <support-b2p1c6bbfp5162aud7twvqqg05p7mx@connect.wellsfargoemail.com>
To: swexleresq@gmail.com

Important Information

View this email online.

Dear Customer,

Last year, we sent you an email letting you know that, as part of our commitment to make things right, Wells Fargo entered into a $142 million class action settlement fund related to the opening of unauthorized accounts. Today, we are writing to let you know that the deadline to submit a claim with the fund has been extended to **July 7, 2018.**

If you believe Wells Fargo opened a checking, savings, credit card, or line of credit account for you without your permission, or if you purchased identity theft protection from us, you may be entitled to compensation from this fund. If you submit a claim, you may be eligible for reimbursement of fees, compensation for potential impact on your credit, and an additional cash payment based on any money remaining in the fund after benefits and costs are paid out.

**If you already submitted a claim, you do not need to submit another. Any claims submitted after the prior deadline (February 3, 2018) will be treated as timely.**

To find out more, go to wfsettlement.com or call **1-866-431-8549**.

If you have specific questions about any of your accounts or services, please visit your Wells Fargo branch or call 1-800-225-5935. Thank you for being a Wells Fargo customer.

Home/Sign On     Contact Us     Add to Address Book     Update Email Address

Privacy Policy | Protect yourself from fraud

**Contact us:**
If you have questions, please do not reply to this message.

*Wells Fargo Online*® customers, sign on and select **Contact Us**.
If you are not a *Wells Fargo Online* customer, view our contact information.

Online Customer Service Code: 1804SVOTH03

© 2018 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801 Equal Housing Lender.

 **Gmail**                                                             **Shimshon Wexler &lt;swexleresq@gmail.com&gt;**

## Notification of Wells Fargo class action settlement
1 message

**Wells Fargo - Settlement** &lt;wellsfargo@connect.wellsfargoemail.com&gt;                  Fri, Apr 27, 2018 at 1:15 PM
Reply-To: Wells Fargo - Settlement &lt;support-b2papdkbfp5162aud3rgpqcvypca6z@connect.wellsfargoemail.com&gt;
To: shimshonwexler@yahoo.com

Important Information

View this email online.

WELLS FARGO

Dear Customer,

Last year, we sent you an email letting you know that, as part of our commitment to make things right, Wells Fargo entered into a $142 million class action settlement fund related to the opening of unauthorized accounts. Today, we are writing to let you know that the deadline to submit a claim with the fund has been extended to **July 7, 2018.**

If you believe Wells Fargo opened a checking, savings, credit card, or line of credit account for you without your permission, or if you purchased identity theft protection from us, you may be entitled to compensation from this fund. If you submit a claim, you may be eligible for reimbursement of fees, compensation for potential impact on your credit, and an additional cash payment based on any money remaining in the fund after benefits and costs are paid out.

**If you already submitted a claim, you do not need to submit another. Any claims submitted after the prior deadline (February 3, 2018) will be treated as timely.**

To find out more, go to **wfsettlement.com** or call **1-866-431-8549**.

If you have specific questions about any of your accounts or services, please visit your Wells Fargo branch or call 1-800-225-5935. Thank you for being a Wells Fargo customer.

Home/Sign On        Contact Us        Add to Address Book        Update Email Address

Privacy Policy | Protect yourself from fraud

**Contact us:**
If you have questions, please do not reply to this message.

*Wells Fargo Online*[R] customers, sign on and select **Contact Us**.
If you are not a *Wells Fargo Online* customer, view our contact information.

Online Customer Service Code: 1804SVOTH03

© 2018 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801 Equal Housing Lender.

Shimshon Wexler
1856 Berkeley Mews
Atlanta, GA 30329

Class Action Clerk/Judge Vince Chhabria
Phillip Burton Federal Building + US Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102