MAY 14-2018

CLASS ACTION CLERK
USDC-NORTHERN CALIFORNIA
PHILLIP BURTON FED. COURTHOUSE
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

JABBARI v. WELLS FARGO
15-CV-2159 (N.CAL)

RECEIVED
MAY 18 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEAR CLERK:

THIS IS THE SECOND TIME I HAVE MAILED THIS OBJECTION. THE FIRST TIME IT DID NOT GET FILED ON THE CASE DOCKET.

ARE THE _MAILED_ OBJECTIONS NOT BEING FILED ON THE COURT DOCKET.

PLEASE RESPOND, VIA U.S. MAIL, TO THIS INQUIRY.

PAUL SQUICCIARINI

**\*0123456789\***

FOR OFFICIAL USE ONLY

10

Page 1 of 2

# OBJECTION FORM

I want to object to the Settlement in *Jabbari v. Wells Fargo*, No. 3:15-cv-02159 (N.D. Cal) but remain a member of the class. I understand that if I object to or comment on the Settlement I am still eligible for benefits.

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.

**DON'T FILE THIS FORM IF YOU WANT TO EXCLUDE YOURSELF FROM THE SETTLEMENT**

Printed Name: MR. & MRS PAUL SQUICCIARINI

Address: 42 PASEO BRAZO
RANCHO SANTA MARGARITA, CA 92688

E-mail: paul@culinary-innovations.com

Telephone Number: (949) 933-4734

What are the reasons you object to the Settlement? Please provide any supporting materials.

PLEASE SEE ATTACHED LETTER

Are you aware of any unauthorized Wells Fargo consumer and small business checking accounts, consumer and small business savings accounts, or unsecured credit cards and unsecured lines of credit in your name, or did you enroll in Wells Fargo Identify Theft Protection Services?

☐ YES  ☒ NO

If so, please provide the account number and date of opening, if known: _____

Are you being represented by an attorney?

☐ YES  ☒ NO

If so, please supply their name and contact information below: WE ARE NOT CURRENTLY REPRESENTED BY AN ATTORNEY BUT WE DO INTEND TO HIRE ONE

**\*5666\***          **\*OBJ\***          **\*RUST\***

*0123456789*

Do you or your attorney plan to appear at the final approval hearing?  ☐ YES  ☒ NO

Signature: _Paul Squicciarini_ (signed)

Date of Signature: 02/15/2018

You must mail your objection to the address below postmarked no later than _____, 2017:

| COURT |
|---|
| Class Action Clerk/Judge Vince Chhabria |
| Phillip Burton Federal Building & United States Courthouse |
| 450 Golden Gate Avenue |
| San Francisco, CA 94102 |

**PAUL SQUICCIARINI**
**42 PASEO BRAZO**
**RANCHO SANTA MARGARITA, CA 92688**
**Phone: (949)-933-473**
**Email: PAUL@CULINARY-INNOVATION.COM**

February 15, 2018

Class Action Clerk
U.S. District Court
Northern District of California
Phillip Burton Federal Building
United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Jabbari v. Wells Fargo*
Case No. 15-cv-02159 (N.D. Cal.)

Dear Clerk:

    My name is Paul Squicciarini. We appear on behalf of ourselves and all others similarly situated.

    My wife and I have banked with Wells Fargo for several years. We believe we are members of the Class as defined in the Legal Notice in this case. We submitted a claim on the settlement website on February 3, 2018. We are currently unsure of the unauthorized accounts and/or the account number(s) or the protection services. We are not now represented by an attorney but will, most likely, be obtaining counsel soon. We will let you know who it is when we do so. We are not planning on attending the fairness hearing.

    We object to the settlement as it presently stands. Our reasons are:

1. The settlement amount is too small. If a jury awarded the class the maximum of $1,000 per account as set forth in the statute, that would be a $600 million

award. Also more could be awarded if credit reports were willfully misused in opening accounts. Punitive damages might be awarded and that sum could be significant.

2. There is not enough information that adequately describes the settlement.

3. Plaintiffs and Defendants have not conducted any formal discovery in this matter by their own admission. "We can't know what we don't know". We should be allowed to look at wells Fargo's information to determine if this settlement is fair and reasonable.

4. The attorney fees are not fully documented so that we can review the detail of the attorney's work.

5. The attorney fees are too high given (a).the willingness of Wells Fargo to make amends for their actions; (b). The-self-policing done by Wells Fargo; (c). the threat of Government (CFPB and OCC) intervention; and (d). the constant oversight provided by Honorable Judge Chhabria.

6. The settlement needs to provide a more comprehensive notice procedure.

7. The Release is vague and overly broad.

If the Court requires us to make a motion to intervene we hereby assert this objection should serve as such a motion.

We thank you for your attention to this matter.

Very truly yours.

*Paul Squicciarini*

Mr. and Mrs. Paul Squicciarini

SAM CHIARINI
22 PASEO BRAZO
RANCHO SANTA MARGARITA, CA
92688

CLASS ACTION CLERK
USDC-NORTHERN CALIFORNIA
PHILLIP BURTON FED. COURTHOUSE
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA
94102

MILWAUKEE WI
MILWAUKEE WI 530
14 MAY '18
MAY 2018 PM 2 L

FOREVER