UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRIAR JABBARI, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>WELLS FARGO & CO., et al.,<br><br>     Defendants. | Case No.  15-cv-02159-VC<br><br>**ORDER RE FINAL APPROVAL HEARING** |

Objectors will have a total of 40 minutes to present their arguments at the final approval hearing on May 30, 2018.  Unless they work out a different arrangement among themselves, the objectors should assume that the time will be divided evenly among the objectors who appear at the hearing.

**IT IS SO ORDERED.**

Dated: May 29, 2018

_____
VINCE CHHABRIA
United States District Judge