UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRIAR JABBARI, et al.,<br><br>        Plaintiffs,<br><br>     v.<br><br>WELLS FARGO & CO., et al.,<br><br>        Defendants. | Case No. 15-cv-02159-VC<br><br>**ORDER DENYING CHERNAVSKY AND CASTRO'S MOTION FOR ATTORNEYS' FEES**<br><br>Re: Dkt. No. 179 |

      The motion for attorneys' fees filed by Alex Chernavsky and William Castro is denied. The Court has reviewed their motion and all papers filed in connection with it and concluded that their contribution, and the contribution of their counsel, is too small to warrant a fee award.

      **IT IS SO ORDERED.**

Dated: May 29, 2018

                                                                VINCE CHHABRIA<br>
                                                                 United States District Judge