Name BARBARA COCHRAN
Address 1520 DOVER ST.
City, State, Zip OXNARD, CA 90303
Phone 805-919-9909
Fax
E-Mail BARB380@HOTMAIL.COM

G FPD  G Appointed  G CJA  G Pro Per  G Retained

**FILED**

JUN 28 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| SHAHRIAR JABBARI, et al., | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | |
| v. | 15-cv-02159 |
| WELLS FARGO & CO., et al., | |
| DEFENDANT(S). | **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that _____BARBARA COCHRAN_____ hereby appeals to
 *Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

G Conviction only [F.R.Cr.P. 32(j)(1)(A)]
G Conviction and Sentence
G Sentence Only (18 U.S.C. 3742)
G Pursuant to F.R.Cr.P. 32(j)(2)
G Interlocutory Appeals
G Sentence imposed:

G Bail status:

**Civil Matter**

X Order (specify):
DOC. 271

Judgment (specify):

Other (specify):

Imposed or Filed on _____06/14/18_____. Entered on the docket in this action on _06/14/18_____

A copy of said judgment or order is attached hereto.

06/25/18                                   *Barbara Cochran*
Date                                       Signature
                                           G Appellant/ProSe   G Counsel for Appellant   G Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                       NOTICE OF APPEAL

To the Clerk:

Please file my appeal of Case # 15-cv-02159.
Thank you,

Barbara Cochran

Barbara Cochran
1520 Dover St.
Oxnard, CA 93030

Office of the Clerk
U.S. District Court
450 Golden Gate Ave.
San Francisco, CA
 94102-3489



U.S. POSTAGE
PAID
OXNARD, CA
93036
JUN 26, 18
AMOUNT
$0.50
R2303S103355-22

1000
94102

9410 0223 3489 0004