UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
JUN 29 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHAHRIAR JABBARI and
KAYLEE HEFFELFINGER,
on behalf of themselves and
all others similarly situated,

    Plaintiffs,

v.

WELLS FARGO & COMPANY
AND WELLS FARGO BANK, N.A.,

    Defendants.

No. 15-cv-02159-VCP

## NOTICE OF APPEAL

**Jeff M. Brown, Pro Se**
750 South Dixie Highway
Boca Raton, FL 33432
Telephone: (561)-395-0000

jbrown@lavallebrown.com

Notice is hereby given that Jeff M. Brown, Pro Se ("Objector /Appellant") appeals to the United States Court of Appeals for the Ninth from the Revised Order Granting Final Approval of Class Action Settlement, Approving Service Awards and Awarding Attorneys' Fees and Expenses (Document # 271) entered in this action on June 14, 2018. Objector/Appellant also hereby appeals from any order or judgment approving the Class Settlement, class counsel's attorneys' fees or expenses and/or incentive awards to class representatives. This shall also serve as notice of appeal of any order or judgment naming or identifying this Objector/Appellant or the objection filed by this Objector/Appellant entered or signed subsequent to this Notice of Appeal, including any order striking the Objector/Appellant's objection.

Dated: June 25, 2018

Respectfully Submitted,

_____
Jeff M. Brown, Pro Se
750 South Dixie Highway
Boca Raton, FL 33432
PH: 561-395-0000
Fax: 561-395-9093
Email: jbrown@lavallebrown.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2018 I caused to be filed this Notice of Appeal by mailing this Notice of Appeal via U.S. First Class Mail to the Clerk of Courts of the United States District Court for the Northern District of California. When the Clerk files this Notice of Appeal in the CM/ECF system it will effectuate service of this filing on all CM/ECF registered attorneys in this case.

Camille Martin

Jeff M. Brown
750 South Dixie Highway
Boca Raton, FL 33432

RECEIVED
JUN 29 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



02 1P
0000835303   JUN 25 2018
MAILED FROM ZIP CODE 33432
$ 001.19⁰

Clerk Of Courts
Office of the Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489