Name Kerry Ann Sweeney
Address 1223 20TH STREET UNIT 101
City, State, Zip SANTA MONICA , CA 90404
Phone 424-299-0832
Fax XX
E-Mail KERRYANNSWEENEY@GMAIL.COM

☐ FPD ☐ Appointed ☐ CJA ☐ Pro Per ☐ Retained

FILED

JUL - 3 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JABARRI<br><br>PLAINTIFF(S),<br><br>v.<br>WELLS FARG & COMPANY<br><br>DEFENDANT(S). | CASE NUMBER:<br>2015-CV-2159-VCP<br><br>NOTICE OF APPEAL |

NOTICE IS HEREBY GIVEN that _____ KERRY ANN SWEENEY, PRO SE _____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):

☐ Other (specify):

Imposed or Filed on \_\_\_JUNE 14, 2018\_\_\_. Entered on the docket in this action on JUNE 14, 2018 #271 .

A copy of said judgment or order is attached hereto.

\_\_6-25- 2018\_\_\_      \_\_\_/s/ Kerry Ann Sweeney, Pro Se\_\_\_
Date                    Signature
                        ☒ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2018 I filed this Notice of Appeal by mailing this Notice of Appeal via U.S. Mail to the Clerk of Courts of the United States District Court for the Northern District of California. When the Clerk scan this document into the CM/ECF system it will serve electronically all CM/ECF registered attorneys in this case.

*Kerry Ann Sweeney, Pro Se*
KERRY ANN SWEENEY, PRO SE



SHIPPER
1228 20TH ST.
UNIT 101
SANTA MONICA, CA
90404

CLERK OF
USDC-NORTHERN
BURTON CO
450 GOLDEN G
SAN FRAN

CONFIDENTIAL

ciox HEALTH

P.O. Box 19072 • Green Bay, WI 54307-9072

COURT
ON OAKS
FIREHOUSE
ATE AVE
ISCO, CA
94103