UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRIAR JABBARI and KAYLEE HEFFELFINGER, on behalf of themselves and all others similarly situated,<br>                      Plaintiffs,<br>v.<br><br>WELLS FARGO & CO. AND WELLS FARGO BANK, N.A.,<br>                      Defendants. | Case No. 15-cv-02159-VC |

## NOTICE OF APPEAL

Class member Jill R. Piazza, hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Revised Order Granting Final Approval of Class Action Settlement, Approving Service Awards, and Awarding Attorney's Fees and Expenses (Document 271) entered in this case on June 14, 2018.

                                                */s/ Steve A. Miller*
                                                Steve A. Miller (CA Bar # 171815)
                                                Steve A. Miller, PC
                                                1625 Larimer St., No. 2905
                                                Denver, CO  80202
                                                Phone: (303) 892-9933
                                                Sampc01@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed with the Clerk of Court using CM/ECF on July 11, 2018 and as a result has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                By: */s/ Steve A. Miller*