UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAHRIAR JABBARI and KAYLEE HEFFELFINGER, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 15-CV-02159 VC<br><br>[~~PROPOSED~~] **JUDGMENT**<br><br>Judge: Hon. Vince Chhabria<br>Ctrm.: 4 |

This certified class action is hereby DISMISSED with prejudice and judgment is entered in accordance with the Order Granting Final Approval of Class Action Settlement, Approving Service Awards, and Awarding Attorneys' Fees and Expenses (dkt no. 271). Without affecting the finality of this Judgment, the Court reserves jurisdiction over the Class Representatives, the Settlement Class, and Defendants as to all matters concerning administration, consummation, and enforcement of the Settlement Agreement.

**IT IS SO ORDERED.**

DATED: July 24, 2018.

Hon. Vince Chhabria
United States District Court
Northern District California