```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611135119
Cashier ID: almaceh
Transaction Date: 07/13/2018
Payer Name: wanda j sochran
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: wanda j sochran
 Case/Party: D-CAN-3-15-CV-002159-001
 Amount:        $505.00
--------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 1500
 Amt Tendered: $505.00
--------------------------------
Total Due:     $505.00
Total Tendered: $505.00
Change Amt:    $0.00

appeal 18-16223


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```