Timothy R. Hanigan (SBN 125791)
LANG, HANIGAN & CARVALHO, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, CA 91367
Tel: (818) 883-5644
Fax: (818) 704-9372
Attorneys for Objector/Class Member,
Chad Michael Farmer

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRIAR JABBARI and KAYLEE HEFFELFINGER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>WELLS FARGO & CO. AND WELLS FARGO BANK, N.A.,<br><br>Defendants, | Case No. 15-cv-02159-VC<br><br>The Honorable Vince Chhabria, Presiding |

## AMENDED NOTICE OF APPEAL OF CHAD MICHAEL FARMER

### AMENDED NOTICE OF APPEAL

Notice is hereby given that Class Member/Objector Chad Michael Farmer appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment (ECF Doc. 320) entered in this action on July 24, 2018, and all orders and opinions that merge therein. Additionally, as set forth in his initial Notice of Appeal filed on June 27, 2018 (ECF Doc. 276), Class Member/Objector Chad Michael

Farmer continues to appeal from the Order Granting Final Approval of Class Action Settlement, Approving Service Awards, and Awarding Attorneys' Fees and Expenses (ECF Doc. No. 271) entered in this action on June 14, 2018 and all orders and opinions that merge therein. The Class Member/Objector also hereby appeals from any and all orders or judgments approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this Class Member/Objector or the objection filed by this Class Member/Objector, and any order imposing sanctions or requiring an appeal bond, including any order entered or signed subsequent to this notice of appeal.

DATED: August 6, 2018_

Respectfully submitted,

/s/ Timothy R. Hanigan
Timothy R. Hanigan (125791)
LANG, HANIGAN &
CARVALHO, LLP,
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
(818) 883-5644
trhanigan@gmail.com

Attorney for Objector/Class Member Chad Farmer

## Certificate of Service

The undersigned certifies that today he filed the foregoing Notice of Appeal on ECF which will send electronic notification to all attorneys registered for ECF-filing.

DATED: August 6, 2018

/s/ *Timothy R. Hanigan*
Timothy R. Hanigan