UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRIAR JABBARI, et al., <br>   Plaintiffs, <br> v. <br> WELLS FARGO & CO., et al., <br>   Defendants. | Case No. 15-cv-02159-VC <br><br> **ORDER DENYING MOTION FOR APPEAL BOND** <br> Re: Dkt. No. 285 |

The motion for an appeal bond is denied. *See* Fed. R. App. Proc. 7; *Fleury v. Richemont N. Am., Inc.*, No. C-05-4525-EMC, 2008 WL 4680033, at *7 (N.D. Cal. Oct. 21, 2008); s*ee also Keller v. Nat'l Collegiate Athletic Ass'n*, No. C 09-1967 CW, 2015 WL 6178829, at *2 (N.D. Cal. Oct. 21, 2015).

**IT IS SO ORDERED.**

Dated: August 8, 2018

VINCE CHHABRIA
United States District Judge