# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION



SHAHRIAR JABBARI and
KAYLEE HEFFELFINGER,
on behalf of themselves and
all others similarly situated,

    Plaintiffs,

v.

WELLS FARGO & COMPANY
AND WELLS FARGO BANK, N.A.,

    Defendant.

No. 15-cv-02159-VC

---
### MOTION TO EXTEND TIME TO PAY APPELLATE FILING FEE
---

COMES NOW, objector and appellant Kerry Ann Sweeney, Pro Se, ("Objector/Appellant") and respectfully request(s) this Court grant her Motion to Extend Time to Pay the Appellate Filing Fee. Specifically, Objector/Appellant requests an order granting Objector/Appellant an additional 60 days in which to pay the $505 appellate filing fee. In support of the Objector/Appellant hereby states that she has fallen on some difficult financial times. Although these circumstances to not rise to the level of in forma pauperis they do require me to request an extension. Objector/Appellant believes the appellees will not be negatively affected by this motion being granted as it does nothing substantive (as

opposed to procedural) to harm the position of any appellee. As there are several appellants in this appeal this Motion does not change the requirements for any other Appellant or Appellees. Counsel has sent this motion to Counsel of Record in this case. Each will be filing their response.

Respectfully submitted,

/s/ Kerry Ann Sweeney

Kerry Ann Sweeney, Pro Se
Objector/Appellant
1223 20th Street
Unit 101
Santa Monica, CA 90404
Telephone: (424)-299-0832
*kerryannsweeney@gmail.com*

## CERTIFICATE OF SERVICE

This is to certify that on the 20th day of August, 2018 I have caused to be filed a copy of this Motion to Extend Time to Pay the Appellate Filing Fee by sending it via First Class United States Mail this to the Clerk of the Courts for the Northern District of California. When the Clerk scans this Motion into the CM/ECF filing system it will be emailed to all parties using the CM/ECF system.

/s/ Kerry Ann Sweeney

Kerry Ann Sweeney, Pro Se

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

SHAHRIAR JABBARI and
KAYLEE HEFFELFINGER,
on behalf of themselves and
all others similarly situated,

    Plaintiffs,

v.

WELLS FARGO & COMPANY
AND WELLS FARGO BANK, N.A.,

    Defendant.

No. 15-cv-02159-

## ORDER GRANTING MOTION TO EXTEND TIME TO PAY APPELLATE FILING FEE

The Appellant Kerry Ann Sweeney's Motion to Extend Time to Pay Appellate Filing Fee is hereby GRANTED. Appellant's time to pay the Appellate Filing Fee is hereby extended until October 25, 2018.

It is so ORDERED.

_____
Honorable Vince Chhabria
United States District Court
Northern District California

MILWAUKEE
WI 532
22 AUG '19
PM 6 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY ADDRESSEE

CLERK US DISTRICT COURT
1301 CLAY ST STE 400S
OAKLAND CA 94612-9771

