Derek W. Loeser, *admitted pro hac vice*
Gretchen Freeman Cappio, *admitted pro hac vice*
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900; Fax: (206) 623-3384
dloeser@kellerrohrback.com
gcappio@kellerrohrback.com

Jeffrey Lewis (Bar No. 66587)
KELLER ROHRBACK L.L.P.
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 463-3900; Fax: (510) 463-3901
jlewis@kellerrohrback.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAHRIAR JABBARI and KAYLEE HEFFELFINGER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY AND WELLS FARGO BANK, N.A.,<br><br>Defendants. | No. 15-cv-02159-VC<br><br>**PLAINTIFFS' RESPONSE TO OBJECTOR SWEENEY'S MOTION TO EXTEND TIME TO PAY APPELLATE FILING FEE**<br><br>Judge: Hon. Vince Chhabria |

Objector Kerry Ann Sweeney has submitted a motion requesting an additional 60 days to pay the filing fee for her appeal. On August 20, Sweeney asked Class Counsel whether they would oppose the motion. Counsel responded that same day that they took no position on it. The Court should be aware, however, that on August 24, the Ninth Circuit dismissed Sweeney's appeal for failure to pay the filing fee. Order, *Jabbari v. Wells Fargo & Co.*, No. 18-16268 (9th Cir. Aug. 24, 2018).

Respectfully submitted August 29th, 2018.

                                          KELLER ROHRBACK L.L.P.

                                        By   */s/Benjamin Gould*
                                        Derek Loeser, *admitted pro hac vice*
Gretchen Freeman Cappio, *admitted pro hac vice*
Daniel P. Mensher, *admitted pro hac vice*
Benjamin Gould (Bar No. 250630)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900; Fax: (206) 623-3384
dloeser@kellerrohrback.com
gcappio@kellerrohrback.com
dmensher@kellerrohrback.com
bgould@kellerrohrback.com

Jeffrey Lewis (Bar No. 66587)
KELLER ROHRBACK L.L.P.
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 463-3900; Fax: (510) 463-3901
jlewis@kellerrohrback.com

Matthew J. Preusch (Bar No. 298144)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
(805) 456-1496; Fax: (805) 456-1497
mpreusch@kellerrohrback.com

                   ***Attorneys for Plaintiffs***

# CERTIFICATE OF SERVICE

I, Benjamin Gould, hereby certify that on August 29, 2018, I electronically filed **PLAINTIFFS' RESPONSE TO OBJECTOR SWEENEY'S MOTION TO EXTEND TIME TO PAY APPELLATE FILING FEE** with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

*/s/ Benjamin Gould*
Benjamin Gould

No. 15-cv-02159-VC  3  PLAINTIFFS' RESPONSE TO MOTION TO EXTEND TIME TO PAY APPELLATE FILING FEE