UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRIAR JABBARI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLS FARGO & CO., et al.,<br><br>    Defendants. | Case No. 15-cv-02159-VC<br><br>**ORDER DENYING EXTENSION OF TIME TO PAY FILING FEES**<br><br>Re: Dkt. No. 344 |

Objector Sweeney's request for an extension of time in which to pay appellant filing fees (Dkt. No. 344) is denied as moot.

**IT IS SO ORDERED.**

Dated: September 4, 2018

VINCE CHHABRIA
United States District Judge