UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRIAR JABBARI, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO & CO., et al.,<br><br>　　　　Defendants. | Case No. 15-cv-02159-VC<br><br>**ORDER DENYING REQUEST FOR JUDICIAL NOTICE**<br><br>Re: Dkt. No. 350 |

　　The request for judicial notice is denied.

**IT IS SO ORDERED.**

Dated: January 8, 2019

_____
VINCE CHHABRIA
United States District Judge