UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRIAR JABBARI, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>WELLS FARGO & CO., et al.,<br><br>        Defendants. | Case No. 15-cv-02159-VC<br><br>**ORDER ON REMAND**<br>Re: Dkt. No. 368 |

      This order responds to the Circuit's request to further explain the Court's conclusion that the Chernavsky Plaintiffs' objection regarding the claims period did not substantially benefit the class. First, although it's true that concern with the claims period was among the many objections the Chernavsky Plaintiffs had raised, this Court would have extended the claims period on its own. Second, in any event, the claims period would have been extended as a result of involvement of the Attorneys General. Third, although it's reasonable to assume that the extension of the claims period conferred a benefit on the class, any conclusion about the extent of that benefit would be speculative.

      Generally speaking, the Chernavsky Plaintiffs' participation in the settlement approval process was more of a hindrance than a help. The objection regarding the claims period was one of countless objections they made, some of which were exceedingly minor and some of which were frivolous. Their approach of throwing as many pieces of mud on the wall as possible in the hope that one might stick suggested that the intent behind their involvement was more parasitic than productive. And their involvement was unnecessary, because there was no sign throughout

the process that class counsel or the class representatives were undermining the interests of the class; to the contrary, they vigilantly protected the interests of the class all along the way.

**IT IS SO ORDERED.**

Dated: June 6, 2020

VINCE CHHABRIA
United States District Judge