UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRIAR JABBARI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLS FARGO & CO., et al.,<br><br>    Defendants. | Case No. 15-cv-02159-VC<br><br>**ORDER REGARDING TURKIA LETTER**<br><br>Re: Dkt. No. 378 |

The request to relate 17-cr-0142-1 is denied. Turkia is advised that any motion challenging the constitutionality of a conviction or sentence should be filed in the court of conviction.

**IT IS SO ORDERED.**

Dated: August 17, 2020

VINCE CHHABRIA
United States District Judge