Derek W. Loeser, *admitted pro hac vice*
Gretchen Freeman Cappio, *admitted pro hac vice*
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900; Fax: (206) 623-3384
dloeser@kellerrohrback.com
gcappio@kellerrohrback.com

Jeffrey Lewis (Bar No. 66587)
KELLER ROHRBACK L.L.P.
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 463-3900; Fax: (510) 463-3901
jlewis@kellerrohrback.com

*Attorneys for Plaintiffs*
*Additional Attorneys Listed on Signature Page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAHRIAR JABBARI and KAYLEE HEFFELFINGER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY AND WELLS FARGO BANK, N.A.,<br><br>Defendants. | No. 15-cv-02159-VC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING OBJECTION**<br><br>Judge: Hon. Vince Chhabria |


1    The below-mentioned parties, by and through their counsel of record, jointly stipulate and agree, subject to the Court's approval, as follows:

   1. The named Plaintiffs and the certified settlement class shall not attempt to recover costs, expenses, or attorneys' fees from Barbara Cochran, or Barbara Cochran's counsel, pursuant to 28 U.S.C. § 1927, or on any other basis.

   2. Barbara Cochran withdraws her Objection and waives and releases any right she may have to further appellate review of the District Court's final class certification, approval of the class settlement, and award of attorneys' fees and costs in this action.

Respectfully Submitted,

DATED this 19th day of August, 2020.

| KELLER ROHRBACK L.L.P. | LAW OFFICES OF GEORGE W. COCHRAN |
|---|---|
| By   */s/ Derek W. Loeser* | By   */s/ George W. Cochran* |
| Derek W. Loeser, *admitted pro hac vice* | George W. Cochran |
| Gretchen Freeman Cappio, *admitted pro hac vice* | 1385 Russell Drive |
| Benjamin Gould, Bar No. 250630 | Streetsboro, OH 44241 |
| KELLER ROHRBACK L.L.P. | Tel.: (330) 607-2187 |
| 1201 Third Avenue, Suite 3200 | Fax: (330) 230-6136 |
| Seattle, WA 98101-3052 | lawchrist@gmail.com |
| (206) 623-1900; Fax: (206) 623-3384 | |
| dloeser@kellerrohrback.com | *Attorney for Barbara Cochran* |
| gcappio@kellerrohrback.com | |
| bgould@kellerrohrback.com | |

Jeffrey Lewis (Bar No. 66587)
KELLER ROHRBACK L.L.P.
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 463-3900; Fax: (510) 463-3901
jlewis@kellerrohrback.com

Matthew J. Preusch (Bar No. 298144)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
(805) 456-1496; Fax: (805) 456-1497
mpreusch@kellerrohrback.com

*Attorneys for Plaintiffs*

**[PROPOSED] ORDER**

After a hearing and pursuant to stipulation, it is so ordered.

DATED: _____

_____
HONORABLE VINCE CHHABRIA
United States District Judge

**ATTESTATION OF FILER**

I, Derek W. Loeser, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all other signatories to this document concurred in its filing.

*/s/ Derek W. Loeser*
Derek W. Loeser

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2020, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

*/s/ Derek W. Loeser*
Derek W. Loeser