Derek W. Loeser, *admitted pro hac vice*
Gretchen Freeman Cappio, *admitted pro hac vice*
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900; Fax: (206) 623-3384
dloeser@kellerrohrback.com
gcappio@kellerrohrback.com

Jeffrey Lewis (Bar No. 66587)
KELLER ROHRBACK L.L.P.
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 463-3900; Fax: (510) 463-3901
jlewis@kellerrohrback.com

*Attorneys for Plaintiffs*
*Additional Attorneys Listed on Signature Page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAHRIAR JABBARI and KAYLEE HEFFELFINGER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY AND WELLS FARGO BANK, N.A.,<br><br>Defendants. | No. 15-cv-02159-VC<br><br>**DECLARATION OF DEREK W. LOESER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR HEARING**<br><br>Judge: Hon. Vince Chhabria |

I, Derek W. Loeser, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner at Keller Rohrback L.L.P., Class Counsel in this action. I make this declaration on personal knowledge. This declaration is in support of Plaintiffs' Administrative Motion for Hearing, filed herewith.

2. After the Ninth Circuit issued its decisions in this case, I called Steven and Cameron Christensen, the attorneys for Objector Scott Johnson, to determine whether they intended to pursue further appellate review. I then sent them a follow-up email. A true and correct copy of that email—an August 17, 2020 email from me to Steven and Cameron Christensen—is attached hereto as Exhibit A.

3. Attached hereto as Exhibit B is a true and correct copy of an August 19, 2020 email I received from Cameron Christensen in response to the email attached as Exhibit A.

4. Attached hereto as Exhibit C is a true and correct copy of an August 21, 2020 email I received from Cameron Christensen, following up on the email attached as Exhibit B.

5. Attached hereto as Exhibit D is a true and correct copy of an August 21, 2020 email I sent to Cameron Christensen in response to the email attached as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of August 2020, in Seattle, Washington.

                                        */s/ Derek W. Loeser*
                                        Derek W. Loeser

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2020, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

*/s/ Derek W. Loeser*
Derek W. Loeser