UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRIAR JABBARI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLS FARGO & CO., et al.,<br><br>    Defendants. | Case No. 15-cv-02159-VC<br><br>**ORDER DENYING PETITION OF ANDREW HOLLIS FOR A WRIT OF MANDAMUS**<br><br>Re: Dkt. No. 417 |

Andrew Hollis has filed a pro se petition for a writ of mandamus seeking a payout from the settlement fund. Because Mr. Hollis has provided no claim record or other evidence showing that he was entitled to settlement funds, the petition for a writ of mandamus is denied.

**IT IS SO ORDERED.**

Dated: 09/01/2021

VINCE CHHABRIA
United States District Judge