UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRIAR JABBARI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & CO., et al.,<br><br>Defendants. | Case No. 15-cv-02159-VC<br><br>**ORDER DENYING MOTION TO SET ASIDE JUDGMENT**<br><br>Re: Dkt. No. 425 |

Andrew Hollis's motion to set aside the denial of a writ of mandamus in which he sought classification as a claimant and a payout from the settlement fund is denied. The motion is untimely under Rule 59(e). And even assuming the motion is properly styled as a Rule 60 motion and timely filed, Hollis has not shown that he meets the criteria for relief. The documents he provides do not show either that he is an automatically enrolled claimant or that he timely presented his claim to the Settlement Administrator.

**IT IS SO ORDERED.**

Dated: November 30, 2021

_____
VINCE CHHABRIA
United States District Judge