UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAHRIAR JABBARI and KAYLEE HEFFELFINGER, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>WELLS FARGO & COMPANY AND WELLS FARGO BANK, N.A.,<br><br>　　　　　　　　　　　　Defendants. | No. 15-cv-02159-VC<br><br>**[PROPOSED] ORDER REGARDING REMAINDER OF SETTLEMENT ESCROW ACCOUNT**<br><br>Judge: Hon. Vince Chhabria |

# [PROPOSED] ORDER

This matter comes before the Court on Plaintiffs' Motion Regarding Remainder of Settlement Escrow Account.

The Court finds that it would be impracticable either to distribute the remaining funds in the Settlement Escrow Account to the Class or to escheat those funds. Accordingly, a *cy pres* distribution of those remaining funds is appropriate.

The Court finds that the scope and nature of Public Justice's legal work make it an appropriate recipient in light of the statutes underlying the Class's claims and the interests of the Class members. Class Counsel are therefore authorized to cause the remaining funds in the Settlement Escrow Account, less tax-preparation costs for 2022 and 2023, to be transmitted to Public Justice as a *cy pres* award.

**IT IS SO ORDERED.**

Dated: February 23, 2023

Hon. Vince Chhabria
United States District Court Judge